IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

Copies of Cisco's First Set of Interrogatories and First Set of Document Requests to Telcordia were caused to be served on April 29, 2005 upon the following:

BY HAND

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

BY FEDERAL EXPRESS

Don O. Burley
Finnegan, Henderson, Farabow, Garrett & Dunner
1300 I Street, N.W.
Washington, DC 20005-3315

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/  Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant Cisco Systems, Inc.

OF COUNSEL:
WEIL, GOTSHAL & MANGES
Matthew D. Powers
Edward R. Reines
Bao Nguyen
Sonal N. Mehta
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(605) 802-3000

WEIL, GOTSHAL & MANGES LLP
Jessica L. Davis
767 Fifth Avenue
New York, NY  10153

April 29, 2005