IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

Copies of Cisco's Response to Telcordia's First Set of Interrogatories and Cisco's Response to Telcordia's First Set of Document Requests were caused to be served on May 9, 2005 upon the following:

BY HAND

Steven J. Balick
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

BY FEDERAL EXPRESS

Don O. Burley
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER
1300 I Street, N.W.
Washington, DC 20005-3315

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti (#4299)
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:
WEIL, GOTSHAL & MANGES
Matthew D. Powers
Edward R. Reines
Sonal N. Mehta
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(605) 802-3000

WEIL, GOTSHAL & MANGES LLP
Jessica L. Davis
767 Fifth Avenue
New York, NY  10153

May 10, 2005