**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TELCORDIA TECHNOLOGIES, INC.,                )
                                             )
           Plaintiff/Counterclaim Defendant, )
                                             )
v.                                           )
                                             ) Civil Action No. 04-876-GMS
CISCO SYSTEMS, INC.,                         )
                                             )
           Defendant/Counterclaim Plaintiff. )

**STIPULATED AMENDMENT OF COMPLAINT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)**

Plaintiff Telcordia Technologies, Inc. and defendant Cisco Systems, Inc. hereby stipulate

and agree, subject to the approval of the Court, that:

1.    Pursuant to Fed. R. Civ. P. 15(a), the parties have agreed that plaintiff may file its

First Amended Complaint in the form attached hereto at Tab A. For reference, a blacklined

version of the amended pleading is attached at Tab B.

2.    Cisco shall answer, move, or otherwise respond to the First Amended Complaint

on August 3, 2005.

ASHBY & GEDDES                      MORRIS NICHOLS ARSHT & TUNNELL

*/s/ John G. Day*                   */s/ Jack B. Blumenfeld*

_____           _____
Steven J. Balick (I.D. #2114)       Jack B. Blumenfeld (I.D. #1014)
John G. Day (I.D. #2403)            1201 North Market Street
222 Delaware Avenue, 17th Floor     P.O. Box 1347
P.O. Box 1150                       Wilmington, DE  19899
Wilmington, DE 19899                302-575-7291
302-654-1888
                                    *Attorneys for Defendant*

*Attorneys for Plaintiff*

SO ORDERED this ___ day of _____, 2005.

                    _____
                    United States District Judge