# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC., )
)
        Plaintiff, )
)
      v. )
)   C. A. No. 04-876-GMS
CISCO SYSTEMS, INC., )
)
        Defendant. )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John M. Williamson and Houtan K. Esfahani to represent the plaintiff in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for each of the foregoing attorneys has been submitted to the Clerk's office in connection with counsel's motion for their admission pro hac vice in C.A. No. 04-874-GMS.

ASHBY & GEDDES

_____ /s/ *John G. Day* _____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: _____, 2005     _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and the State of Colorado, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

Signed:      _____
            John M. Williamson
            FINNEGAN, HENDERSON, FARABOW,
              GARRETT & DUNNER, L.L.P.
            901 New York Avenue, NW
            Washington, DC  20001-4413
            Direct: (202) 408-4000
            Fax: (202) 408-4400
            E-mail: john.williamson@finnegan.com

Dated:

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed:

Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
Direct: (202) 408-4000
Fax: (202) 408-4400
E-mail: houtan.esfahani@finnegan.com

Dated:  July 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2005, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                    HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347


Matthew D. Powers, Esquire                              VIA FEDERAL EXPRESS
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065


/s/ John G. Day
John G. Day