# EXHIBIT B



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

**0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z**

12000 Series Routers
12000/10720 Router Manager
10700 Series Routers
10000 Manager
10000 Series Routers
7900 Series IP Phones
7800 Series Media Convergence Servers
7600 Router Manager
7600 Series Routers
7500 Series Routers
7300 Series Content Engines
7300 Series Routers
7200 Series Routers
7000 Series Manager
6000 Series IP DSL Switches
4600 Series Content Distribution Manager
4400 Series Content Routers
4400 Series Wireless LAN Controllers
4100 Series Wireless LAN Controllers
3800 Series Integrated Services Routers
3700 Series Access Multiservice Solutions Router
3600 Series Multiservice Platforms
3200 Series Wireless and Mobile Routers
2800 Series Integrated Services Routers
2600 Series Multiservice Platforms
2500 Series Access Servers
2000 Series Wireless LAN Controllers
1800 Series Integrated Services Routers
1700 Series Modular Access Routers
800 Series Routers
800 Series Software
500 Series Content Engines
500 Series LRE CPE Devices
200 Series Software

**10GBASE Modules**

**0-9 A** B **C** **D** E **F** **G** **H** I J K **L** **M** N O P Q **R** **S** **T** U V **V** **W** **X** Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



CISCO SYSTEMS

**Products & Services**
## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**AC/DC Power Supplies**
**Access Control Server for Unix**
**Access Control Server for Windows**
**Access Control Server Solution Engine**
**Access Point Name Manager**
**Adaptive Security Device Manager**
**Agent Desktop**
**Aironet 1400 Series**
**Aironet 1300 Series**
**Aironet 1230 AG Series**
**Aironet 1200 Series**
**Aironet 1130 AG Series**
**Aironet 1100 Series**
**Aironet 1000 Series**
**Aironet 350 Series**
**Aironet Antennas and Accessories**
**Aironet Wireless LAN Client Adapters**
**Alarm Manager**
**AON Management Software**
**Application Analysis Solution**
**Application and Content Networking System (ACNS) Software**
**Application-Oriented Networking Modules**
**AS5850 Series Software**
**AS5800 Series Universal Gateways**
**AS5400 Series Software**
**AS5400 Series Universal Gateways**
**AS5300 Series Universal Gateways**
**ASA 5500 Series Adaptive Security Appliances**
**ATA 180 Series Analog Telephone Adaptors**
**Authentication Agent**
**AVS 3100 Series Application Velocity System**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Case 1:04-cv-00876-GMS    Document 32-5    Filed 07/22/2005    Page 5 of 28

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.

Case 1:04-cv-00876-GMS    Document 32-5    Filed 07/22/2005    Page 6 of 28



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Billing and Measurements Server**
**BPX 8600 Series Switches**
**BPX/IGX/IPX WAN Software**
**Broadband Access Center**
**Broadband Configurator**
**Broadband Operating System**
**Broadband Processing Engines**
**Broadband Troubleshooter**
**BTS 10200 Softswitch**
**Building Broadband Service Manager**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



CISCO SYSTEMS

**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Cable Diagnostic Manager**
**Cable Manager**
**CallManager**
**CallManager Express**
**Carrier Routing System**
**Catalyst 8500 Manager**
**Catalyst 8500 Series Multiservice Switch Routers**
**Catalyst 6500 Series Switches**
**Catalyst 4900 Series Switches**
**Catalyst 4500 Series Switches**
**Catalyst 3750 Metro Series Switches**
**Catalyst 3750 Series Switches**
**Catalyst 3560 Series Switches**
**Catalyst 3550 Series Switches**
**Catalyst 3500 XL Series Switches**
**Catalyst 2970 Series Switches**
**Catalyst 2950 LRE Series Switches**
**Catalyst 2950 Series Switches**
**Catalyst 2940 Series Switches**
**Catalyst 2900 Series Switches**
**Catalyst 2800 Series Switches**
**Catalyst Switch Manager**
**Cisco CallManager Attendant Console**
**Cisco MGX 8850 Software**
**CiscoWorks Auto Update Server Software**
**CiscoWorks Campus Manager**
**CiscoWorks CiscoView**
**CiscoWorks Common Services Software**
**CiscoWorks Device Fault Manager**
**CiscoWorks Fault History**
**CiscoWorks Gateway Statistics Utility**
**CiscoWorks Hosting Solution Engine**
**CiscoWorks Internetwork Performance Monitor**
**CiscoWorks IP Phone Help Desk Utility**

CiscoWorks IP Phone Information Utility
CiscoWorks IP Telephony Environment Monitor
CiscoWorks IP Telephony Monitor
CiscoWorks LAN Management Solution
CiscoWorks Management Center for Cisco Security Agents
CiscoWorks Management Center for Firewalls
CiscoWorks Management Center for IPS Sensors
CiscoWorks Management Center for VPN Routers
CiscoWorks Monitoring Center for Performance
CiscoWorks Monitoring Center for Security
CiscoWorks Multi Wireless Solution Manager
CiscoWorks QoS Policy Manager
CiscoWorks Resource Manager Essentials
CiscoWorks Security Information Management Solution
CiscoWorks Small Network Management Solution
CiscoWorks VPN/Security Management Solution
CiscoWorks Wireless LAN Solution Engine
CiscoWorks Wireless LAN Solution Engine Express
Clean Access
CNS Access Registrar
CNS Access Registrar Identity Cache Engine
CNS Address and Name Registrar
CNS Configuration Engine
CNS Netflow Collection Engine
CNS Network Registrar
CNS Notification Engine
CNS Performance Engine
CNS Subscriber Edge Services Manager
Computer Telephony Integration Option
Conference Connection
Conferencing and Transcoding Feature for Voice Gateway Routers
Configuration Assurance Solution
Content Services Gateway
Content Services Gateway Service Manager
CPE Commander
CSS 11500 Series Content Services Switches
Customer Voice Portal
CWDM GBIC/SFP

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**DistributedDirector**

**DPA 7600 Series Gateways**

**DSL Manager**

**DWDM GBICs**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**E-Mail Manager Option**
**Easy VPN**
**EGW 2200 Enterprise Gateway**
**Element Manager System**
**Emergency Responder**
**Enterprise CDN Software**
**Enterprise Reporting**
**Ethernet Switching Network Modules**
**Extensible Provisioning and Operations Manager**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

**0-9** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Fax Server**
**File Engine Series Appliances**

**0-9** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Gatekeeper/Multimedia Conference Manager**

**Gateway GPRS Support Node**

**GBICs**

**Global Roaming Server Software**

**Global Site Selector Platforms**

**GPRS Gateway Support Node Service Manager**

**Guard DDoS Mitigation Appliances**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



CISCO SYSTEMS

**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

**0-9** A B C **D** E F G H I J K **L** M N O P **Q** R **S** T U V W **X** Y Z

**High Density Voice/Fax Network Modules**
**High-Speed WAN Interface Cards**

**0-9** A B C **D** E F G H I J K **L** M N O P **Q** R **S** T U V W **X** Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



CISCO SYSTEMS

**Products & Services**
## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

IAD2400 Series Integrated Access Devices
ICM Enterprise Edition
ICM Hosted Edition
ICS 7700 Integrated Communication System
IGX 8400 Series Switches
Infiniband Host Channel Adapters
Info Center
Info Center for Security Monitoring
Info Center VPN Policy Manager
Interface Cards
Interface Processors
Intrusion Prevention System
IOS Firewall
IOS Packaging
IOS Software Releases 12.4 Mainline
IOS Software Releases 12.4 T
IOS Software Releases 12.3 Mainline
IOS Software Releases 12.3 Special and Early Deployments
IOS Software Releases 12.3 T
IOS Software Releases 12.2 Mainline
IOS Software Releases 12.2 S
IOS Software Releases 12.2 Special and Early Deployments
IOS Software Releases 12.2T
IOS Software Releases 12.1 E
IOS Software Releases 12.1 Mainline
IOS Software Releases 12.1 Special and Early Deployments
IOS Software Releases 12.1T
IOS Software Releases 12.0 S
IOS Software Releases 12.0 ST
IOS XR Software
IP Communications Voice/Fax Network Modules
IP Communicator
IP Interactive Voice Response
IP Manager Assistant

**IP SoftPhone**

**IP Solution Center**

**IP Solution Center L2 VPN Management**

**IP Solution Center MPLS VPN Management**

**IP Solution Center Security Management**

**IP Solution Center Traffic Engineering Management**

**IP Transfer Point**

**IP/TV 3400 Series Video Servers**

**IP/TV Software**

**IP/VC 3500 Series Videoconferencing Products**

**IPCC Enterprise Edition**

**IPCC Express Edition**

**IPCC Hosted Edition**

**IPCC Remote Agent Option**

**IPS 4200 Series Sensors**

**0-9** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**LAN2LAN Software**
**Lightstream ATM Switches**
**Line cards**
**LRE 48 Series POTS Splitters**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



CISCO SYSTEMS

**Products & Services**
## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Management Engine 1100 Series**
**MDS 9500 Series Multilayer Directors**
**MDS 9200 Series Multilayer Fabric Switches**
**MDS 9100 Series Multilayer Fabric Switches**
**MDS 9000 Intelligent Fabric Applications**
**MDS 9000 Port Analyzer Adapters**
**MDS 9000 SAN Management**
**MDS 9000 SAN-OS Software**
**MDS 9000 Series Multilayer Switches**
**MDS 9000 Software Licensing**
**Media Gateway Control Node Manager**
**Media Gateway Controller Software**
**Media Gateway Manager**
**MeetingPlace**
**MGX8250 Software**
**MGX8230 Software**
**MGX 8900 Series Switches**
**MGX 8800 Series Switches**
**MGX 8200 Series Edge Concentrators**
**MGX 8000 Series Carrier Voice Gateways**
**Mobile Office Net Software**
**Mobile Wireless Center**
**Mobile Wireless Center for Cisco Mobile Exchange**
**Mobile Wireless Fault Mediator**
**Mobile Wireless Home Agent**
**Multicast Manager**
**Multiprocessor WAN Application Modules**
**Multiservice IP-to-IP Gateway Software**
**MWR 1900 Mobile Wireless Routers**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

<u>0-9</u> A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Network Analysis Module Software**
**Network Analysis Toolkit**
**Network Assistant**
**Network Connectivity Center**
**Network Connectivity Center Application Service Manager**
**Network Connectivity Center Business Dashboard**
**Network Connectivity Center Business Impact Manager**
**Network Connectivity Center MPLS Manager**
**Network Connectivity Center Routing Protocol Services Manager**
**Network Connectivity Monitor**
**Network Management for Mobile Wireless**
**Network Modules**
**Network Planning Solution**
**Network Processing Engines**
**Network Processor Modules**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.

Case 1:04-cv-00876-GMS    Document 32-3    Filed 07/22/2005    Page 19 of 28



CISCO SYSTEMS

**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**ONS 15800 Series DWDM Platforms**

**ONS 15600 Series**

**ONS 15500 Series**

**ONS 15400 Series**

**ONS 15300 Series**

**ONS 15200 Series Metropolitan DWDM Systems**

**ONS 15100 Series**

**ONT 1000 Series (Gigabit Ethernet)**

**Optical Services Modules**

**Optical Transponders**

**Outbound Option**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

<u>0-9</u> <u>A</u> <u>B</u> <u>C</u> <u>D</u> <u>E</u> <u>F</u> <u>G</u> <u>H</u> I J K <u>L</u> <u>M</u> <u>N</u> <u>O</u> <u>P</u> <u>Q</u> <u>R</u> <u>S</u> <u>T</u> <u>U</u> <u>V</u> <u>W</u> <u>X</u> Y Z

**Packet Data Serving Node**
**Packet Telephony Center Monitoring and Troubleshooting**
**Packet Telephony Center Virtual Switch**
**Persistent Storage Device**
**Personal Assistant**
**PGW 2200 Softswitch**
**PIX 500 Series Security Appliances**
**PIX Device Manager**
**PIX Firewall Software**
**Port Adapters**
**Power Supplies**

<u>0-9</u> <u>A</u> <u>B</u> <u>C</u> <u>D</u> <u>E</u> <u>F</u> <u>G</u> <u>H</u> I J K <u>L</u> <u>M</u> N <u>O</u> <u>P</u> <u>Q</u> <u>R</u> <u>S</u> <u>T</u> <u>U</u> <u>V</u> <u>W</u> <u>X</u> Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



CISCO SYSTEMS

**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

**0-9** A B C **D** E F **G** H I J K L **M** N **O** P Q **R** S **T** U **V** W **X** Y Z

**Remote Monitoring Suite Option**
**RF Switches**
**Route Manager**
**Route Switch Processors**
**Router and Security Device Manager**

**0-9** A B C **D** E F **G** H I J K L **M** N **O** P Q **R** S **T** U **V** W **X** Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**SB 100 Series Small-Business Routers**

**SCA 11000 Series Secure Content Accelerators**

**SCE 2000 Series Service Control Engine**

**SCE 1000 Series Service Control Engine**

**Security Agent**

**Security Auditor**

**Security Monitoring, Analysis and Response System**

**Service Adapters**

**Service Control Application for Broadband**

**Services Modules**

**SES PNNI WAN Software**

**SFPs**

**SFS 7000 Series InfiniBand Server Switches**

**SFS 3000 Series Multifabric Server Switches**

**Shared Port Adapters/SPA Interface Processors**

**Signaling Controllers**

**Signaling Gateway Manager**

**SIP IP Phone 7960 Software**

**SIP Proxy Server**

**SN 5400 Series Storage Routers**

**SOHO 90 Series Secure Broadband Routers**

**SOHO 70 Series Routers**

**SRS Telephony**

**Storage Arrays**

**Storage Networking Modules**

**Subscriber Registration Center Device Provisioning Registrar**

**Support Tools**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

**0-9** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**TCL Scripts for IOS Gateways**
**Threat Response**
**Traffic Anomaly Detectors**
**Transport Manager**
**Trust Agent**

**0-9** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

**0-9** A B C D E F **G** H I J K L **M** N O P Q R **S** T **U** V **W** X Y Z

**uBR10012 Universal Broadband Router**
**uBR7200 Series Universal Broadband Routers**
**uBR7100 Series Universal Broadband Routers**
**uMG9800 Series Digital Video Networking Products**
**Unity**
**Unity Express**
**Universal Broadband Router Line Card**
**Universal Gateway Call Analyzer**
**Universal Gateway Manager**
**Universal Serial Bus (USB) Cards**
**User Registration Tool**

**0-9** A B C D E F **G** H I J K L **M** N O P Q R **S** T **U** V **W** X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Versatile Interface Processors**
**VFrame Server Fabric Virtualization Software**
**VG200 Series Gateways**
**Virtual Network Computing**
**Voice Manager**
**Voice Modules and Interface Cards**
**Voice Services Provisioning Tool**
**VPN 3002 Hardware Clients**
**VPN 3000 Series Concentrators**
**VPN Client**
**VPN Solution Center**
**VT Advantage**

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

**0-9** A B C D E F G H I J K L M N O P Q R S T U V **W** X Y Z

**WAN Interface Cards**
**WAN Manager**
**WAN Switching Modules**
**WDM Transmission Modules**
**Web Collaboration Option**
**Web Network Services Software**
**WebAttendant**
**Wireless Control System**
**Wireless Location Appliance**

**0-9** A B C D E F G H I J K L M N O P Q R S T U V **W** X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.

Case 1:04-cv-00876-GMS    Document 32-3    Filed 07/22/2005    Page 27 of 28



**Products & Services**

## A-Z Products Index

Search through the following alphabetical list to find a Cisco hardware, software, or module and interface card product that suits your needs.

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

### XR 12000 Series Router

0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© 1992-2005 Cisco Systems, Inc. All rights reserved. Terms and Conditions, Privacy Statement, Cookie Policy and Trademarks of Cisco Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2005, the attached **FIRST NOTICE OF**

**30(B)(6) DEPOSITION TO CISCO** was served upon the below-named counsel of record at the

address and in the manner indicated:


Jack B. Blumenfeld, Esquire                    <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347


Matthew D. Powers, Esquire                     <u>VIA FEDERAL EXPRESS</u>
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065


                            /s/ *John G. Day*
                            John G. Day