IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-876-GMS |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |
| ) | |

**FIRST STIPULATION SEEKING AN ORDER EXTENDING DEADLINE FOR
TELCORDIA TO ANSWER CISCO'S AUGUST 3, 2005 COUNTERCLAIMS**

WHEREAS defendant Cisco Systems, Inc. ("Cisco") filed counterclaims on August 3, 2005, along with its answer (D.I. 33) to plaintiff Telcordia Technologies, Inc.'s ("Telcordia's") amended complaint;

WHEREAS Telcordia's answer to Cisco's counterclaims is due on August 23, 2005; and

WHEREAS, due to vacation schedules and unavailability of key personnel, Telcordia has requested additional time to prepare and file its answer to Cisco's counterclaims;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that Telcordia shall file and serve its answer to Cisco's counterclaims on September 29, 2005.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS NICHOLS ARSHT & TUNNELL |
| *John G. Day* | *Jack B. Blumenfeld* |
| Steven J. Balick (I.D. #2114) | Jack B. Blumenfeld (I.D. #1014) |
| John G. Day (I.D. #2403) | 1201 North Market Street |
| 222 Delaware Avenue, 17th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | 302-575-7291 |
| 302-654-1888 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge