IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Cisco's Supplemental Response to Telcordia's Interrogatory (No. 1) were caused to be served on September 30, 2005 upon the following:

BY HAND AND EMAIL

John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

BY EMAIL

John M. Williamson
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett & Dunner
1300 I Street, N.W.
Washington, DC 20005-3315

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/  Jack B. Blumenfeld   (#1014)
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant Cisco Systems, Inc.

OF COUNSEL:

WEIL, GOTSHAL & MANGES
Matthew D. Powers
Edward R. Reines
Sonal N. Mehta
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(605) 802-3000

WEIL, GOTSHAL & MANGES LLP
Jessica L. Davis
767 Fifth Avenue
New York, NY  10153

September 30, 2005


463012