IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-876-GMS |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Cisco's Identification of Disputed Claim Terms and Phrases were caused to be served on November 17, 2005 upon the following:

BY HAND

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

BY FEDERAL EXPRESS

Don O. Burley
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, DC 20005-3315

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld   (#1014)*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
   *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Ryan Owens
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

November 17, 2005

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on November 17, 2005, I caused to be electronically filed **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Steven J. Balick
>   Ashby & Geddes

and that I caused copies to be served upon the following in the manner indicated:

>   **BY HAND**
>   Steven J. Balick
>   Ashby & Geddes
>   222 Delaware Avenue
>   P.O. Box 1150
>   Wilmington, DE 19899
>
>   **BY FEDERAL EXPRESS**
>   Don O. Burley
>   Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
>   1300 I Street, N.W.
>   Washington, DC 20005-3315

>   */s/   Jack B. Blumenfeld (#1014)*
>   Morris, Nichols, Arsht & Tunnell
>   1201 N. Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899
>   (302) 658-9200
>   jblumenfeld@mnat.com