# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

December 13, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

> Re: *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*,
>      Civil Action No. 04-876-GMS

Dear Judge Sleet:

In preparation for the teleconference scheduled for December 15, 2005 at 11:30 a.m., the parties jointly submit the following items to be presented to the Court:

**Defendant's Issues:**[1]

(1) On November 11, 2005, Telcordia served supplemental interrogatory responses identifying five new asserted claims (in addition to the six claims asserted last May). Then, on December 9, 2005, Telcordia served additional supplemental interrogatory responses identifying over 50 new accused products. In light of the November 17 and December 8, 2005 deadlines for the exchange of disputed claim terms and proposed claim constructions, and the remaining proceedings on claim construction that are about to occur, Cisco respectfully requests an order striking Telcordia's supplemental interrogatory responses as untimely pursuant to Federal Rules of Civil Procedure 26 and 37.

(2) Telcordia has not yet produced its license agreements and offers to license the patents-in-suit. Cisco respectfully requests an Order compelling immediate production of these license agreements and offers to license.

---

[1] Because the present issues have ramifications in the parallel cases filed by Telcordia against Alcatel and Lucent (C.A. Nos. 04-874-GMS and 04-875-GMS, respectively), Alcatel and Lucent plan to attend the December 15, 2005 telephonic hearing.

The Honorable Gregory M. Sleet
December 13, 2005
Page 2

(3)   Cisco has requested Telcordia's agreement that (1) the three Defendants may exchange Telcordia material designated as Confidential, so long as each party abides by its confidentiality obligations and (2) all documents served in any of the actions will be served in all three actions. Telcordia has declined both of these requests. Cisco respectfully requests an order to that effect.

### Plaintiff's Issues

**A.   Claim Construction Issue Common to All Cases**

The defendants have not addressed Telcordia's means-plus-function claims during the claim construction process. Telcordia respectfully requests an Order compelling Cisco (and the other defendants) to provide proposed claim constructions for all claims and claim terms asserted by Telcordia prior to the November 17, 2005, deadline for exchanging disputed claim terms.

**B.   The Timing and Content of Cisco's Discovery Responses**

(1)   Telcordia respectfully requests an Order compelling Cisco to produce, by a date certain, documents relevant to Telcordia's infringement analysis including functional specifications and schematics for Cisco's Sky4302, Sky4402, DFRAC, DFRAC2, QFRAC, Surf-9953, Super Carrera Packet over SONET, SRTS, DCU, SLFP, XTC, XTC2, XTC3, VXTCA, VXTC2, and mADM chips.

(2)   Telcordia respectfully requests an Order compelling Cisco to produce, by a date certain, documents relevant to Telcordia's damages analysis, including documents showing dollar and unit sales for all Cisco products accused of infringement. Telcordia also respectfully requests an Order compelling Cisco to answer, by a date certain, Telcordia Interrogatory No. 2 to provide information relevant to Telcordia's damages analysis.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack Blumenfeld

cc:   Peter T. Dalleo, Clerk (By Hand)
      John G. Day, Esq. (By Hand)
      Donald R. Dunner, Esq. (By Fax)
      Josy W. Ingersoll, Esq. (By Hand)
      Stuart J. Sinder, Esq. (By Fax)
      John W. Shaw, Esq. (By Hand)
      Steven C. Cherny, Esq. (By Fax)