IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-876-GMS |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of December, 2005, **TELCORDIA'S FIRST SET OF REQUESTS FOR ADMISSION TO CISCO SYSTEMS INC. (NOS. 1-629)** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                             HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347


Matthew D. Powers, Esquire                                           VIA FEDERAL EXPRESS
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

                                      ASHBY & GEDDES

                                      */s/ Tiffany Geyer Lydon*
                                      _____
                                      Steven J. Balick (I.D. #2114)
                                      John G. Day (I.D. #2403)
                                      Tiffany Geyer Lydon (I.D. #3950)
                                      222 Delaware Avenue, 17th Floor
                                      P.O. Box 1150
                                      Wilmington, Delaware 19899-1150
                                      (302) 654-1888
                                      sbalick@ashby-geddes.com
                                      jday@ashby-geddes.com
                                      tlydon@ashby-geddes.com

                                      *Attorneys for Plaintiff*
                                      *Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated: December 20, 2005
150915.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                         HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347


Matthew D. Powers, Esquire                                    VIA FEDERAL EXPRESS
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065


                                                        */s/ Tiffany Geyer Lydon*
                                                        _____
                                                        Tiffany Geyer Lydon