# EXHIBIT A

# VERNON A. ANTHONY

## *PROFESSIONAL EXPERIENCE*

**Telcordia Technologies (formerly Bellcore)**

    **Executive Director, Intellectual Capital Products (1998 to Present)**
- Lead Telcordia's Intellectual Capital Products (ICP) organization
- Commercialize Telcordia's intellectual property assets through licensing opportunities
- Manage licensing program in conjunction with in-house IP attorneys
- Support in-house IP attorneys and outside counsel in managing IP litigation
- Participate with in-house IP attorneys in structuring negotiated settlements of IP disputes
- Coordinate and manage the evaluation of third party technology in connection with in-house IP attorneys

**Lucent Technologies and AT&T**

    **Division Manager, Intellectual Property Division (1986 to 1998)**
- Negotiated patent license and technology transfer agreements
- Developed licensing programs and plans
- Managed the analysis of patents and third party products with patent attorneys and technical professionals
- Managed evaluation of third party products and technologies
- Supported in-house IP attorneys and outside counsel in managing IP litigation
- Developed internal management tools and databases related to IP and licensing

**Business Development Manager, AT&T Network Systems (1983 to 1986)**

**Development Engineer, Western Electric (1977 to 1982)**

## *MEMBERSHIPS*

- Active member of the Licensing Executive Society since 1987.

## *EDUCATION*

**CORNELL UNIVERSITY, Ithaca, NY**
**Bachelor of Science in Electrical Engineering**
**May 1977**

**NORTHEASTERN UNIVERSITY, Boston, MA**
**Master of Science in Engineering Management**
**May 1981**

# EXHIBIT B

# Joseph Giordano

## PROFESSIONAL EXPERIENCE (last 10 Years)

**Telcordia Technologies, Inc (formerly Bellcore)**

**Corporate Vice President and Deputy General Counsel – 2004 to Present**
- Day to Day management responsibility for all Legal/Contract Management/Procurement/IP and Licensing functions of the Corporation.
  - Management responsibilities, including budget authority, decision making authority, supervisory responsibilities, and day to day oversight for Telcordia IP licensing (in-bound and out-bound), Telcordia IP litigation, Telcordia patent prosecution, and all other Telcordia IP legal matters.
  - Management responsibilities, including budget authority, decision making authority, supervisory responsibilities, and day to day oversight for all other Telcordia legal functions.
  - Management responsibilities, including budget authority, decision making authority, supervisory responsibilities, and day to day oversight for procurement (i.e., purchasing) related to Telcordia IP and contract management business functions.

**Corporate Vice President and Associate General Counsel – Intellectual Property Matters – 1999 – 2004**
- Responsible for all IP matters for the corporation including IP client counseling, patent development, prosecution, administration, licensing and enforcement.

**Senior Counsel - Intellectual Property Matters – 1994-1999**
- One of the IP attorneys for the corporation responsible for the IP matters for the a number of the company's business units. Responsibilities including IP client counseling, patent development, prosecution, administration, licensing and enforcement

## MEMBERSHIPS

- Member of the Bar in the States of New Jersey and New York
- Registered to Practice before the USPTO

## EDUCATION

**CORNELL UNIVERSITY, Ithaca, NY**
**Bachelor of Science in Industrial Engineering and Operations Research**
**May 1978**

**University of Missouri - Rolla, Rolla, MS**
**Master of Science in Engineering Management**
**May 1981**

**Seton Hall University – School of Law, Newark NJ**
**Juris Doctor**
**May 1994**