# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 1, 2006

The Honorable Gregory M. Sleet                    VIA ELECTRONIC FILING
United States District Court
844 North King Street
Wilmington, DE 19801

　　　Re:　*Telcordia Technologies, Inc. v. Cisco Systems, Inc.,*
　　　　　　C.A. No. 04-876-GMS

Dear Judge Sleet:

　　　Pursuant to Your Honor's instructions at the January 5, 2006 hearing, the parties to the above action jointly submit an amended stipulated protective order for Your Honor's consideration.

　　　　　　　　　　Respectfully,

　　　　　　　　　　/s/ *Tiffany Geyer Lydon*

　　　　　　　　　　Tiffany Geyer Lydon (I.D. #3950)

cc:　Clerk of the Court (via electronic filing)
　　　Jack B. Blumenfeld, Esquire (via electronic mail)
　　　Edward R. Reines, Esquire (via electronic mail)
　　　Donald R. Dunner, Esquire (via electronic mail)

166260.1