IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I certify that copies of Cisco's Second Set of Document Requests to Telcordia (Nos. 112-114) were caused to be served on February 1, 2006 upon the following as indicated:

| BY HAND | BY FEDERAL EXPRESS |
|---|---|
| Steven J. Balick | Don O. Burley |
| Ashby & Geddes, P.A. | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| 222 Delaware Avenue | 901 New York Avenue, NW |
| Wilmington, DE 19801 | Washington, DC 20001-4413 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Ryan Owens
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

February 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused to be served copies of the foregoing document on February 1, 2006 upon the following in the manner indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES, P.A.
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Don O. Burley
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**BY ELECTRONIC MAIL**

John G. Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don O. Burley (don.burley@finnegan.com)

/s/ *Jack B. Blumenfeld (#1014)*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com