IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,    )
    )
    Plaintiff/Counterclaim Defendant,    )    C.A. No. 04-876 (GMS)
    )
    v.    )
    )
CISCO SYSTEMS, INC.,    )
    )
    Defendant/Counterclaim Plaintiff.    )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Cisco's Amended Proposed Claim

Constructions was caused to be served on February 10, 2006 upon the following as indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Don O. Burley
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER
1300 I Street, N.W.
Washington, DC 20005-3315

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Leslie A. Polizoti (#4299)*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

February 10, 2006
464513

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused to be served copies of the foregoing document on February 10, 2006 upon the following in the manner indicated:

**BY HAND**                                      **BY FEDERAL EXPRESS**

John G. Day                                       Don O. Burley
ASHBY & GEDDES                                    FINNEGAN, HENDERSON,
222 Delaware Avenue                                FARABOW, GARRETT & DUNNER
Wilmington, DE 19801                              1300 I Street, N.W.
                                                  Washington, DC 20005-3315
**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com