IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2006, **TELCORDIA'S RESPONSE TO CISCO'S THIRD SET OF DOCUMENT REQUESTS** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                          HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347


Matthew D. Powers, Esquire                                          VIA FEDERAL EXPRESS
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

                                           ASHBY & GEDDES

                                           */s/ Tiffany Geyer Lydon*

                                           _____
                                           Steven J. Balick (I.D. #2114)
                                           John G. Day (I.D. #2403)
                                           Tiffany Geyer Lydon (I.D. #3950)
                                           222 Delaware Avenue, 17th Floor
                                           P.O. Box 1150
                                           Wilmington, Delaware 19899-1150
                                           (302) 654-1888
                                           sbalick@ashby-geddes.com
                                           jday@ashby-geddes.com
                                           tlydon@ashby-geddes.com

                                           *Attorneys for Plaintiff*
                                           *Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated: March 3, 2006
150915.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnel<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | **HAND DELIVERY** |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon