IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>      Defendant/Counterclaim Plaintiff. | C. A. No. 04-876 (GMS) |

**DECLARATION OF LESLIE A. POLIZOTI IN SUPPORT
OF CISCO SYSTEMS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Leslie A. Polizoti, Esq., declare as follows:

1. I am a member of the Bar of this Court and an associate in the law firm of Morris, Nichols, Arsht, & Tunnell LLP, attorneys for defendant Cisco Systems, Inc. ("Cisco") in this action. I make this declaration in support of Cisco Systems, Inc.'s Opening Claim Construction Brief.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 4,835,763, issued May 30, 1989.

3. Attached as Exhibit B is a true and correct copy of the original application from the prosecution history for U.S. Patent No. 4,835,763, filed February 4, 1988.

4. Attached as Exhibit C is a true and correct copy of the office action from the prosecution history for U.S. Patent No. 4,835,763, filed October 6, 1988.

5. Attached as Exhibit D is a true and correct copy of the amendment from the prosecution history for U.S. Patent No. 4,835,763, filed January 10, 1989.

6. Attached as Exhibit E is a true and correct copy of excerpts from the IEEE Standard Dictionary of Electrical and Electronics Terms (4th ed.), dated 1988.

7. Attached as Exhibit F is a true and correct copy of excerpts from the Dictionary of Computers, Information Processing, and Telecommunications (2nd ed.), dated 1987.

8. Attached as Exhibit G is a true and correct copy of U.S. Patent No. 3,652,798, issued March 28, 1972.

9. Attached as Exhibit H is a true and correct copy of the court's decision in *Curtiss-Wright Flow Control Corp. v. Velan, Inc.*, 2006 WL 335609 (Fed. Cir. 2006), dated Feb. 15, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Leslie A. Polizoti

March 3, 2006
509579

## CERTIFICATE OF SERVICE

I certify that on March 3, 2006 I electronically filed the foregoing **DECLARATION OF LESLIE A. POLIZOTI IN SUPPORT OF CISCO SYSTEMS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF** with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, Jack B. Blumenfeld, John G. Day, Tiffany G. Lydon, Geoffrey Mason, Leslie A. Polizoti and John M. Williamson.

I further certify that I caused to be served copies of the foregoing document on March 3, 2006 upon the following in the manner indicated:

**BY HAND**
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Don O. Burley
FINNEGAN, HENDERSON, FARABOW,
 GARETT & DUNNER
1300 I Street, N.W.
Washington, DC 20005-3315

**BY ELECTRONIC MAIL**
John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200