# EXHIBIT E

GP 2100



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Examiner: M. Jung

Group Art Unit:  263

Re:  Patent Application of
     Jon CHAO et al. 1-3-2
     Serial No. : 118,997
     Filed     : November 10, 1987
     For       : DYNAMIC TIME DIVISION
                 MULTIPLEXING

)
)
)  AMENDMENT
)
)
)
)

Hon. Commissioner of Patents and Trademarks

Washington, D.C. 20231

Sir:

In response to the Office Action of November 25, 1988,

please amend the above-identified application as follows:


IN THE TITLE

Please delete the present title and insert therefor --
Method and Apparatus for Multiplexing Circuit and Packet

Traffic --.


IN THE SPECIFICATION

do not enter
MJ
9/14/89.

Page 14, line 9, delete "45" and insert therefor -- 47 --.

97

IN THE CLAIMS

1.    (Amended)  A method for transmitting circuit and packet data in a telecommunications network comprising the steps of:

generating a bit stream comprising a sequence of frames, each of said frames including a transmission overhead field containing frame timing information and an empty payload field, and

filling the empty payload fields in said frames with data in packetized format from a plurality of sources which have access to the bit stream including circuit or packet sources.

3.    (Amended)  A method for generating a bit stream capable of transporting data originating from both circuit transmission and packet sources comprising

generating a bit stream comprising a sequence of frames, each of said frames including a transmission overhead field containing frame timing information and an empty payload field,

packetizing data from a plurality of sources which have access to said bit stream including circuit transmission [bit streams] sources or customer premises equipment to produce data packets, and

inserting said packets into [said] the empty payload fields of said frames.

2

4.    (Amended) An apparatus for assembling a dynamic time division multiplexing bit stream comprising,

means for generating a train of frames wherein each frame includes a transmission overhead field containing timing information and an empty payload field,

means for processing data from a plurality of sources into packet format, and

means for receiving said train of frames and for inserting said packets comprised of data from said plurality of sources into empty payload fields of said frames to form said bit stream.

5.    An apparatus for assembling a bit stream for transmitting data from a plurality of sources comprising:

means for generating a train of frames, each of said frames including a transmission overhead field and an empty payload field, and

a plurality of interfaces, each of said interfaces serving to interface one of said sources with said train of frames, each of said interfaces comprising:

packetizing means for converting data into data packets,

memory means for storing at least one of said packets formed by said packetizing means, and

circuit means for inserting a packet stored in said memory means into an empty payload field of one of said frames.

3

7.
8. The apparatus of claim 5 wherein [all of said circuit means are connected in a chain] said interface units are connected to one another serially and wherein said frames are passed sequentially to each of said interface units to receive said packets in said empty payload fields.

Cancel claim 7.

8. (Amended) An apparatus for disassembling a bit stream comprising data packets contained in frames and for routing data contained in said packets to appropriate customer premises equipment, said apparatus comprising:

a plurality of interface units, each of said interface units being adapted to interface said bit stream with an associated unit of customer premises equipment, each of said interface units comprising:

circuit means for receiving each frame in said bit stream and for determining if each frame contains a data packet including data to be routed to the associated unit of customer premises equipment, and

memory means coupled to said circuit means for storing data packets to be routed to the associated unit of customer premises equipment.

Cancel claims 11, 12, and 13 (without prejudice).

Please add the following claim.

5
14. The apparatus of claim 4 wherein said sources include circuit transmission bit streams or customer premises equipment.

4

95

### REMARKS

The Office Action of November 25, 1988 has been carefully considered. Claims 1-6, 8-10 and newly added claim 14 are pending in this application. Claims 7 and 11-13 have been cancelled. Claims 1, 3, 4, 5, 6, and 8 have been amended herein.

In the Office Action, the Examiner has denied applicants' traversal of an earlier restriction requirement in this application. In order to expedite prosecution, applicants acquiesce to the restriction requirement. Accordingly, claims 11-13 are cancelled without prejudice. Applicants reserve the right to renew prosecution of claims 11-13 in a divisional application.

The Examiner has also objected to the title of the application. In response, the title of the application has been changed by way of this amendment so that it is more indicative of the inventive subject matter.

In the Office Action, the Examiner has identified an error in FIG 3. Accordingly, a proposed drawing correction is being submitted herewith. A corrected formal drawing will be supplied upon receipt of a Notice of Allowance in accordance with standard procedures  The corresponding error in the specification has also been corrected.

In the Office Action, the Examiner has rejected claims 6-10 under 35 U.S.C. 112. In response to this rejection, claims 6 and 8 have been amended to more particularly point out the claimed subject matter. Claim 7 has been cancelled because it is

duplicative of claim 6 as amended.  It is respectfully submitted that claims 1-6 and 8-10 as amended and claim 14 comply in all respects with the requirements of 35 U.S.C. 112.

The Examiner has also rejected previously pending claims 1-10 as unpatentable over Baran et al.,U.S. Patent 4,771,425.  In response to this rejection, independent claims 1, 3, 4 and 5 have been amended to clarify the inventive subject matter.  The rejection is respectfully traversed with respect to independent claim 8.

Before discussing the Examiner's rejection, it may be helpful to briefly discuss the claimed subject matter as set forth in the claims as amended.

It is an object of the present invention to provide a flexible network transport system for transmitting both circuit and packet traffic.  Typically, circuit networks utilize time division multiplexing (TDM) as a transmission technique.  When TDM is used, each data stream comprises frames which are subdivided into slots.  Corresponding slots in each frame are allocated to specific connections. For example, the first slot in each frame is allocated to one specific connection, and the second slot in each frame is allocated to a second specific connect.  Each frame also includes transmission overhead information including a frame synchronization signal.  In a circuit transmission system, a combination of space division switching and time division switching is utilized at the network switches to swap time slots between various bit streams so that

6

connections to and between specific subscribers are established. In circuit transmission systems, a multiplexing hierarchy comprised of a set of fixed bit rate signals is utilized. One such hierarchy includes the DS-1(1.544 Mbits/sec), DS-1C (3.152 Mbits/sec), DS-2 (6.312 Mbits/sec), DS3 (44.736 Mbits/sec) and DS-4 (274.176 Mbits/sec) signals. A plurality of signals at one level in the hierarchy may be multiplexed together to form a higher bit rate signal in the hierarchy.

Conventional circuit systems suffer from a number of shortcomings. One important problem is the multiplexing hierarchy itself. An important result of the hierarchy is an inherent lack of flexibility. Since the network can only transmit the set of signals in the hierarchy, every telecommunication service has to meet the stringent requirement of given hierarchical signal bit rates, instead of being able to transmit at its own natural bit rate.

In contrast with the circuit mode of transmission, the packet mode of transmission is inherently bit rate flexible. Accordingly, packet transmission is favored for future broadband networks which are to be used to deliver enhanced telecommunications services such as HDTV. In the packet transmission mode, data is transmitted in discrete blocks or packets, with each packet having an address header at the front thereof. At the network switches, packets are routed from a specific input line to a specific output line based on address information contained in the packet header. In this way, data

7

packets can be routed from a specific subscriber location, through a telecommunications network, to another subscriber location.

In accordance with the present invention, a method and apparatus for transporting both circuit and packet traffic in a telecommunications network is provided. To transport circuit and packet traffic in accordance with the present invention, a transmission bit stream is generated. The transmission bit stream is divided into frames. Each frame comprises two fields, a transmission overhead field and payload field. The transmission overhead field includes, for example, frame timing information and information as to the empty/full status of the payload field. Initially, the payload fields in the frames are empty.

The empty payload field of each frame may be filled with a data packet including a header. Illustratively, the data packets may be formed from data generated by customer premises equipment, or the data packets may be formed from slots from a circuit transmission stream. Before such a slot can be inserted into an empty payload field of a frame in the transmission bit stream, it is first converted into packet format by attaching a header at the front thereof. In certain cases, it may be possible for a payload field of a frame to contain more than one packet. The data packets from a variety of sources are transmitted to remote locations via the transmission bit stream.

8

An appropriate analogy is as follows. The stream of empty frames may be analogized to a train of empty freight cars. The empty freight cars are filled with data in packetized format from various sources which have access to the train of freight cars. The train, with its now filled freight cars, transmits the data to remote locations.

The following example illustrates how packet traffic and circuit traffic may be transmitted in an integrated fashion using the present invention. Consider three data sources, a digital phone generating 64 Kilobits/sec PCM voice, a graphics terminal sending bursty data at 1 Megabit/sec, and a circuit transmission stream operating at the DS-3 rate of about 45 Megabits/sec.

A transmission bit stream is generated comprising frames with empty payload fields. Illustratively, 144,000 frames are generated per second with each frame comprising 130 bytes for a total bit rate of 150 Megabits/sec. The frames in the transmission stream are shared by the three sources. The circuit source takes one out of every three frames passing by. Thus, the regularity of the circuit transmission will be maintained. Illustratively, the voice source is packetized by accumulating up to 15ms worth of voice samples before inserting this information into an empty payload field along with a header. Accordingly, the voice source will, on average, seize one out of every 2,160 frames. Similarly, the graphics source will fill one frame out of 150. In this manner data from three diverse sources including circuit sources and customer premises equipment are combined into

9

a single bit stream for transmission to one or more remote
location.

In a particular embodiment of the invention, each source is
interfaced with the transmission bit stream by means of an
interface unit. Each interface unit includes a packetizer for
converting data into data packets, a memory for storing packets
formed by the packetizer, and means for inserting a packet stored
in the memory into an empty payload field of one of the frames.
Illustratively, the interface units are connected in series. In
this case, the frames are passed sequentially from one interface
unit to the next to pick up packets for the payload fields.

Similarly, a transmission bit stream of the type described
above may be disassembled in accordance with the present
invention to transmit data to various customer premises
equipment. Illustratively, an apparatus for disassembling such a
bit stream includes a plurality of interface units. Each of the
interface units serves to interface an associated unit of
customer premises equipment with the bit stream. Each interface
unit comprises a circuit for receiving each frame in the bit
stream and for determining if the frame includes a data packet to
be routed to the associated customer premises equipment. If a
frame includes a data packet to be routed to the associated
customer premises equipment, the relevant interface unit stores
the packet in a memory for subsequent transmission to the
equipment.

In short, the present invention provides a network transport scheme for transmitting data from diverse sources including customer premises equipment or circuit transmission streams. To transmit the data, a bit stream comprising a sequence of frames with empty payload fields is generated. The data from the sources is packetized and the resulting packets are inserted into the payload fields for transmission to remote locations.

Like the claimed invention, the Baran et al. reference relied on by the Examiner discloses a network transport system for handling both circuit and packet traffic. However, the mechanism used to transport packet and circuit traffic in the Baran et al. reference is totally different from the transport mechanism of the claimed invention.

The system of Baran et al. may be understood with reference to FIGs 2, 3A, 3B and 8. FIG 2 illustrates a switch which interconnects a plurality of trunk lines. The protection interface card 92 of FIG 2 converts data between a transmission voltage level and a processing voltage level at which data is processed in the switch of FIG 2. The switch of FIG 2 includes a bus 90 which operates under control of the packet control card 100. Connected to the bus 90 are a plurality of transceiver units 94, 96 and a voice/data processor 103. The transceiver 94 transmits data arriving via the trunks to the bus 90. The transceiver 96 receives data from the bus 90 and transmit this data outward on the trunks. The bus 90, which operates in a

11

packet mode or in a circuit mode, transmits data among the various processing units attached thereto.

The switch of FIG 2 may act as a circuit switch. Thus, for example, data may arrive at the switch of FIG 2 in a circuit transmission format such as the DS-1 frame of FIG 3B which comprises 24 slots. Such a frame is routed by the bus 90, for example, from the transceiver 94 to the transceiver 96 so that the frame is routed outward from the switch via a particular trunk line. Similarly, the switch of FIG 2 may act as a packetizer. Thus, data in unpacketized form may arrive at the transceiver 94 from customer premises equipment. This data is routed by the bus 90 to the processor 103 where it is packetized to form a packet (see FIG 3A) whose length is the same as a DS-1 frame (see FIG 3B). This packet is then routed to a transceiver such as the transceiver 96 where it is supplied with appropriate circuit frame signal bits so that it can be transmitted via one of the trunks in a DS-1 frame. The bus 90, when operating in the packet mode, also serves to transmit packets arriving at transceiver 94 to the transceiver 96 for subsequent transmission via a particular trunk. In this manner the switch of FIG 2 of Baran et al. is able to integrate circuit and packet traffic in a single transmission system.

A channel trunk transceiver for use in connection with the switch of FIG 2 of the Baran et al. reference is shown in more detail in FIG 8. The receivers 94, 96 of FIG 2 may be formed from a plurality of units of the type shown in FIG 8. One of the

12

trunk lines entering/leaving the transceiver of FIG 8 uses the standard DS-1 format and the other trunk transmits packets which are co-extensive with DS-1 frames. The transceiver of FIG 8 comprises the TTL receivers 182 which drive a frame and signaling extractor 184. The device 184 illustratively removes DS-1 framing information and provides control information to the receiver control unit 186. Arriving data in packet format is routed by the control unit 186 to the FIFO 188 and arriving data in circuit format is routed to the RAM 190. The FIFO 188 and RAM 190 are used for temporary storage of packets and circuit data to be transmitted via the bus 90.

Circuit data transmitted by the bus 90 is received by the transceiver of FIG 8 at the RAM 192 when the bus 90 is in a circuit transmission mode. Similarly, packet data transmitted by the bus 90 is received at the transceiver of FIG 8 at the FIFO 194 when the bus 90 is in a packet transmission mode. The RAM 192 and FIFO 194 are coupled to a transmit control unit 198 through which either circuit signals in frame/slot format or packets are transmitted to the frame and signaling inserter 200. The frame and signalling inserter 200 inserts the DS-1 framing signals into the circuit frames or into the packets in accordance with conventional trunk technology. The data in circuit or packet form are then transmitted via the transmitters 202.

Thus, the Baran et al. reference integrates packet and circuit data in a manner totally different from that of the claimed invention. In particular, the transmission format is

13

entirely different.  In the claimed invention, all of the data to be transmitted is transmitted in the form of packets which are contained in the payload fields of frames.  In contrast, in the Baran et al. reference, some data is transmitted in the form of frames divided into slots and some of the data is transmitted in the form of packets whose length is the same as the length of the frames.  In addition, the transmission bit streams are formed entirely differently in the claimed invention and in Baran et al. Thus, as indicated above, the transmission stream of the claimed invention is formed by first generating a bit stream comprised of frames with empty payload fields.  Data from a plurality of sources which have access to the transmission stream are packetized.  The packets are then inserted into the empty payload fields of the frames.  The Baran et al. reference in no way discloses the formation of a transmission bit stream by generating a sequence of frames with empty payload fields and picking up packets from a plurality of sources to fill the payload fields.  Instead, Baran merely discloses a switch which internally routes and transmits data in circuit or packet format.

Accordingly, it is respectfully submitted that the claims as amended are not anticipated or rendered obvious by Baran et al.

Applicant's claims are now considered in more detail. Independent claims 1 and 3 are method claims which include the steps of generating a bit stream comprising a sequence of frames with empty payload fields, and inserting packets from a plurality of sources into the empty payload fields.  As indicated above, no

14

such method is disclosed or suggested in Baran et al.
Accordingly, it is respectfully submitted that claims 1 and 3 are
patentable over Baran et al.  Claim 2 is dependent on claim 1 and
is patentable over Baran et al. for the reasons stated above.

Claims 4 and 5 are apparatus claims directed to an apparatus
for forming a transmission bit stream.  The apparatus comprises
means for generating a bit stream comprising a sequence of frames
with empty payload fields, means for packetizing data from a
plurality of sources, and means for inserting the packets into
the empty payloads fields of the transmission bit stream.  Claim
5 is directed to an embodiment wherein each of the sources
accesses the bit stream by means of an interface unit including
packetizing, memory and inserting circuitry.  No such apparatus
is suggested or disclosed in Baran et al.  Accordingly, it is
respectfully submitted that claims 4 and 5 are patentable over
Baran et al.  Claim 14 is dependent on claim 4 and claim 6 is
dependent on claim 5.  Claims 4 and 6 are patentable over Baran
et al. for the reasons stated above.

Claim 8 is directed to an apparatus for disassembling a bit
stream which comprises packets contained in the payload fields of
frames.  The apparatus includes a plurality of interface units.
Each interface unit serves to interface a unit of customer
premises equipment with the bit stream.  The interface units read
the frames as the bit stream passes by and if an interface unit
detects a packet destined for the associated customer premises
equipment, the packet is stored for subsequent forwarding to the

15

customer premises equipment.  No such apparatus is disclosed or suggested in Baran et al.  Accordingly, it is respectfully submitted that claim 8 is patentable over Baran et al.  Claims 9 and 10 are dependent on claim 8 and are patentable over Baran et al. for the reasons stated above.

In short, applicants submit that claims 1-6, 8-10 and 14 are not anticipated or rendered obvious by the Baran et al. reference.

The Examiner has cited but has not relied upon Servel et al, U.S. Patent 4,594,708, Graves et al., U.S. Patent 4,764,921 and Kume et al, U.S. Patent 4,516,240.  Applicants have considered these references and respectfully submit that they do not anticipate or render obvious the claimed invention.

Finally, allowance of claims 1-6, 8-10 and 14 is requested. If the Examiner believes that further discussion of the matters raised herein is warranted, the Examiner is urged to telephone the undersigned.

Respectfully submitted,

H.J. Chao
S.H. Lee
L.T. Wu

By

James W. Falk, Attorney
Reg. No. 16,154
(201) 740-6100

Bell Communications Research, Inc.

Date:  FEB 1 5 1989

Attached
    Transmittal Letter
    Acknowledgement postcard
    Proposed Drawing Correction

16

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Ming-Hsiang Jonathan Chao
Sang Hoon Lee
Liang Tai Wu

**CASE**    1-3-2

**SERIAL NO.**    07/118,977                **FILED**  November 10, 1987

**GROUP ART UNIT**    263

**EXAMINER**   W. Chin

**TITLE**  Dynamic Time Division Multiplexing

**THE COMMISSIONER OF PATENTS AND TRADEMARKS**
    **WASHINGTON, D.C.    20231**

SIR:

Enclosed is an amendment in the above-identified application.

[ X ]    No additional fee is required, as shown below.

[ ]    A check in the amount of $_____ is attached to cover the fee, which
has been calculated as shown below.

| (1) | (2) CLAIMS REMAINING AFTER AMENDMENT | (3) | (4) HIGHEST NUMBER PREVIOUSLY PAID FOR | (5) PRESENT EXTRA | (6) RATE | (7) ADDITIONAL FEE |
|---|---|---|---|---|---|---|
| **CLAIMS AS AMENDED** | | | | | | |
| TOTAL CLAIMS FOR FEE PURPOSES | 10 | MINUS | 20 | 0 | x $12 | 0 |
| INDEPENDENT CLAIMS | 5 | MINUS | 7 | 0 | x $34 | 0 |
| MULTIPLE CLAIM(S) FIRST PRESENTED WITH THIS AMENDMENT | NO [X] | YES [ ] | | | IF YES, +$110 | 0 |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT → | | | | | | $ 0 |

In the event of any non-payment or improper payment of a required fee, the
Commissioner is authorized to charge deposit account 02-1820 as required to correct the error.

J. W. Falk/la
**Attorney for Applicant(s)**

Date: FEB 15 1989

Bell Communications Research, Inc.
290 West Mount Pleasant Avenue  –Room 2E-304
Livingston, NJ   07039

FT. 16 8/87 (rdp)

I hereby certify that this correspondence is being deposited with the United States Postal Service as first
class mail in an envelope addressed to:  Commissioner of Patents and Trademarks, Washington, D.C. 20231,

on  FEB 15 1989

Date  FEB 15 1989                    Joann DiKaroski
                                     Joann Pekaroski

IА8

# EXHIBIT F

# NEWTON'S
# TELECOM
# DICTIONARY

## The Official Dictionary of Telecommunications & the Internet

- IP Telephony • LANs & Intranets • Call Centers & Computer Telephony
- Fiber Optics, SONET and DWDM • Satellites
- Voice, Data, Image & Video Networking • Wired
and Wireless Telecom • VoIP • T-1, T-3, T-4, E-1,
E-3 • ISDN & ADSL • Cable Modems • Cellular,
PCS & GSM • Windows 95, 98, NT, NetWare,
Apple, Sun & Unix Networking • Ecommerce

**Updated 15th Expanded Edition**

## by Harry Newton

**NEWTON's TELECOM DICTIONARY**

copyright © 1999 Harry Newton
email: Harry_Newton@HarryNewton.com
personal web site: www.harrynewton.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published in the United States by
Miller Freeman, Inc.
Tenth floor
12 West 21 Street
New York, NY 10010
212-691-8215 Fax 212-691-1191
1-800-999-0345 and 1-800-LIBRARY

ISBN Number 1-57820-031-8

February, 1999

Manufactured in the United States of America

Fifteenth Expanded and Updated Edition
Cover Design by Saul Roldan and Regula Hoffman
Matt Kelsey, Publisher
Christine Kern, Manager

Printed at Command Web, Secaucus, New Jersey
www.commandweb.com

NEWTON'S TELECOM DICTIONARY

**A/D** Analog to Digital conversion.

**A/D Converter** Analog to Digital converter, or digitizer. It is a device which converts analog signals (such as sound or voice from microphone), to digital data so that the signal can be processed by digital circuit such as a digital signal processor. See CODEC.

**A/UX** An alternate operating system for the Macintosh based on UNIX. A/UX has its own, unique 32-bit addressing mode.

**A20 Line** A control line on the Intel 80386 microprocessor that allows MS-DOS and an extended memory manager to create the High Memory Area, or HMA. Only one program can claim control over the A20 at a time.

**A4** The Basic Group 3 standard that defines the scanning and printing of a page 215 mm (8.5 in) wide. An A5 page is 151 mm (5.9 in) wide, and the A6 is 107mm (4.2 in) wide.

**A5** See A4

**A6** See A4

**AA** 1. Automated Attendant. A device which answers callers with a digital recording, and allows callers to route themselves to an extension.

2. Auto Answer. A modem indicator light that is meant to tell you the modem is ready to pick up the phone, so long as there's a communication program running and prepared to handle the call. See also Modem.

**AABS** Automated Attendant Billing System. A feature which allows collect and third-number billed toll calls to be placed on an automated basis. A synthesized voice prompt guides the caller through the process, the system then seeks approval of the prospective billed party, and either completes or denies the call based on that authorization or lack thereof. AABS is automated in much the same way as calling card services have been automated, through the use of an Intelligent Peripheral (IP) device.

**AAL** ATM Adaptation Layer of the ATM Protocol Reference Model, which is divided into the Convergence Sublayer (CS) and the Segmentation and Reassembly (SAR) sublayer. The AAL accomplishes conversion from the higher layer, native data format and service specifications of the user data into the ATM layer. On the originating side, the process includes segmentation of the original and larger set of data into the size and format of an ATM cell, which comprises 48 octets of data payload and 5 octets of overhead. On the termination side of the connect, the AAL accomplishes reassembly of the data. Taken together, these processes are known as Segmentation and Reassembly. AAL is defined in terms of Types supported by the Convergence Sublayer. Each type supports certain specific types of traffic, and each offers an appropriate Quality of Service (QoS), based on traditional network references. See the next five definitions for AAL specifics.

| | Class A | Class B | Class C | Class D |
|---|---|---|---|---|
| Timing relation between source and destination | Required | | Not Required | |
| Bit Rate | Constant | Variable | | |
| Connection Mode | Connection-Oriented | | | Connectionless |
| Applications | Voice, Video, Circuit Emulation | Compressed Voice or Video | Frame Relay, X.25 Traffic | SMDS, LAN Traffic |

**AAL Service Classes, with specific attributes and example applications. Source: ITU-T Recommendation I.362 (March, 1993)**

**AAL-1** ATM Adaptation Layer Type 1: AAL functions in support of Class A traffic, which is connection-oriented, Constant Bit Rate (CBR), time-dependent traffic such as uncompressed, digitized voice and video. Such traffic is isochronous, i.e., stream-oriented and highly intolerant of delay.

**AAL-2** ATM Adaptation Layer Type 2: This AAL supports Class B traffic, which is connection-oriented, Variable Bit Rate (VBR), isochronous traffic requiring precise timing between source and sink. Examples include compressed voice and video.

**AAL-3/4** ATM Adaptation Layer Type 3/4: AAL support of Class C and D traffic, which is Variable Bit Rate (VBR), delay-tolerant data traffic requiring some sequencing and/or error detection support, but no precise timing between source and sink. Originally two AAL types, AAL types 3 and 4 were combined in support of both connection-oriented and connectionless traffic. Examples include X.25 packet and Frame Relay traffic.

**AAL-5** AAL-5 ATM Adaptation Layer Type 5. AAL functions in support of Class C traffic, which is of Variable Bit Rate (VBR), and which is delay-tolerant connection-oriented data traffic requiring minimal sequencing or error detection support. Such traffic involves only a single datagram in Message Mode. Examples of AAL-5 data include signaling and control data, and network management data. AAL-5 also is known as SEAL (Simple and Efficient AAL Layer). AAL-5 traffic originates in the form of a native data payload unit which is known as an IDU (Interface Data Unit). The IDU is of variable length, up to 65,536 octets. At the Convergence Layer the IDU is appended with a trailer including the UU, CPI, Length and CRC fields. The UU (User-to-User) field of one octet contains data to be transferred transparently between users. The CPI (Common Part Indicator) field of one octet aligns the trailer in the total bit stream. The Length field of two octets indicates the length of the total IDU payload. The CRC (Cyclic Redundancy Check) of four octets is used for purposes of error detection and correction in the trailer, only. When the payload user data plus the trailer data hit the ATM Adaptation



**AAL Type 5 operation. User data is appended with trailer at ATM Adaptation Layer and segmented into 48-octet cells at ATM Layer.**

Layer, the entire set of data is segmented into 48-octet payloads, with each being prepended with a 5-octet header to form a 53-octet ATM cell. See ATM.

**AAL Connection** An ATM term. Association established by the AAL between two or more next higher layer entities.

**AALs** See AAL-1, AAL-2, AAL-3/4, AAL-5.

**AAR** Automatic Alternate Routing.

**AARP Probe Packets** Packets transmitted by AARP that

# EXHIBIT G





**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
    p.        cm.
    ISBN 0-87779-201-1

    1. English language—Dictionaries.    I. Gove, Philip Babcock,
1902–1972.    II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                                        93-10630
                                                                    CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or mechanical,
including photocopying, taping, or information storage and retrieval systems—without
written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051 QP/H009998

# EXHIBIT H



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/152,238 | 02/04/88 | LAU                C | 1 |

JAMES W. FALK
BELL COMMUNICATIONS RESEARCH, INC.,
290 WEST MOUNT PLEASANT AVE.
LIVINGSTON, NJ 07039

| EXAMINER |
|---|
| CHIN,W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 263 | 5 |

DATE MAILED:

01/30/89

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to _amendment filed 1/6/89_

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are _1-8_

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____ filed on _____

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☒ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _5_. CORRECTION IS REQUIRED.

   b. ☒ The proposed drawing correction filed on _1/6/89_ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☒ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
_ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL-413
☒ Reasons for Allowance
_ Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

*Benedict V Safourek*

BENEDICT V. SAFOUREK
PRIMARY EXAMINER
GROUP 263

PTOL-37 (REV. 2-85)

USCOMM-DC 85-3744

SERIAL NO. 152,238                                          -2-

ART UNIT 263

1.   The following is an Examiner's Statement of Reasons for
Allowance: The prior art fails to disclose or suggest a dual ring
communication system wherein sub-rate communications are provided
for error or fault handling. In particular, the sending of an
error signal on a designated one of the sub-rate channels on one
or both rings is not disclosed or suggested by the prior art.
Any comments considered necessary by applicant must be submitted
no later than the Payment of the Issue Fee and, to avoid
processing delays, should preferably **accompany** the Issue Fee.
Such submissions should be clearly labeled "Comments on Statement
of Reasons for Allowance".

2.   Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Wellington
Chin whose telephone number is (703) 557-8210.  Any inquiry of a
general nature or relating to the status of this application
should be directed to the Group receptionist whose telephone
number is (703) 557-3321.

*Benedict V Safourek*

W.Chin
703-557-8210

01/30/89

BENEDICT V SAFOUREK
PRIMARY EXAMINER
GROUP 263