IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2006**, TELCORDIA'S SECOND SET OF INTERROGATORIES TO CISCO SYSTEMS, INC. (NOS. 13-15**) was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| | |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | VIA ELECTRONIC MAIL |

                                  ASHBY & GEDDES

                                  */s/ Tiffany Geyer Lydon*

                                  Steven J. Balick (I.D. #2114)
                                  John G. Day (I.D. #2403)
                                  Tiffany Geyer Lydon (I.D. #3950)
                                  222 Delaware Avenue, 17th Floor
                                  P.O. Box 1150
                                  Wilmington, Delaware 19899-1150
                                  (302) 654-1888
                                  sbalick@ashby-geddes.com
                                  jday@ashby-geddes.com
                                  tlydon@ashby-geddes.com

                                  *Attorneys for Plaintiff*
                                  *Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated: March 10, 2006
150915.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnel<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| | |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon