IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF DEPOSITION OF WALTER DAVID SINCOSKIE

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of

Civil Procedure, counsel for Defendant Cisco will take the deposition of Walter David Sincoskie

on May 11, 2006 at 9:00 a.m. at the offices of Weil, Gotshal & Manges, 767 Fifth Avenue, New

York, New York or another mutually convenient location. The deposition will be taken before a

certified court reporter or other person authorized to administer oaths. The deposition will be

recorded by videotape and by stenographic means. The deposition will continue from day to day

until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
 *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

March 13, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused to be served copies of the foregoing document on March 13, 2006 upon the following in the manner indicated:

<u>BY HAND</u>                                          <u>BY FEDERAL EXPRESS</u>

John G. Day                                           Don O. Burley
ASHBY & GEDDES                                        FINNEGAN, HENDERSON,
222 Delaware Avenue                                    FARABOW, GARRETT & DUNNER
Wilmington, DE  19801                                 1300 I Street, N.W.
                                                      Washington, DC 20005-3315
<u>BY ELECTRONIC MAIL</u>

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com