IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-876-GMS |

**PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S
OBJECTIONS TO DEFENDANT CISCO SYSTEMS, INC.'S
<u>NOTICE OF DEPOSITION OF STUART [SIC: STANLEY] ROSEN</u>**

Plaintiff Telcordia Technologies, Inc. ("Telcordia"), by its attorneys, hereby objects to Defendant Cisco Systems, Inc.'s ("Cisco") Notice of Deposition of Stanley Rosen.

## <u>OBJECTIONS</u>

1.  Telcordia objects to the time and location of the deposition. Telcordia will work with Cisco to schedule the deposition at a mutually agreeable time and place.

2.  Telcordia objects to the use, including use by other parties, of any testimony from the noticed deposition in separate cases, such as the pending suits against Lucent and Alcatel (Telcordia Technologies, Inc. v. Lucent Technologies, Inc. Civil Action No. 04-875-GMS and Telcordia Technologies, Inc. v. Alcatel USA, Inc., Civil Action No. 04-874-GMS).

3.  Telcordia objects to the extent that this deposition in combination with depositions of other witnesses would cause Cisco to exceed any of the limits on depositions set forth in the Federal Rules of Civil Procedure.

  4.  Telcordia objects to the extent that this deposition seeks information that is protected by claims of attorney-client privilege or attorney work product in light of Stanley Rosen's work as a lawyer for Telcordia.

                   ASHBY & GEDDES

                   /s/ *Tiffany Geyer Lydon*
                   _____
                   Steven J. Balick (I.D. #2114)
                   John G. Day (I.D. #2403)
                   Tiffany Geyer Lydon (I.D. #3950)
                   222 Delaware Avenue, 17th Floor
                   P.O. Box 1150
                   Wilmington, Delaware 19899
                   (302) 654-1888
                   sbalick@ashby-geddes.com
                   jday@ashby-geddes.com
                   tlydon@ashby-geddes.com

                   *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Dated: March 24, 2006
167954.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2006, the attached **PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF DEPOSITION OF STUART [SIC: STANLEY] ROSEN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

150910.1