IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,        )
                                     )
        Plaintiff/Counterclaim Defendant,    )        C.A. No. 04-876 (GMS)
                                     )
        v.                           )
                                     )
CISCO SYSTEMS, INC.,                 )
                                     )
        Defendant/Counterclaim Plaintiff.    )

## NOTICE OF SERVICE

I hereby certify that copies of **CISCO SYSTEMS, INC.'S RESPONSES AND**

**OBJECTIONS TO TELCORDIA'S FIRST SET OF REQUESTS FOR ADMISSION**

**(NOS. 1 – 629)** were caused to be served on May 1, 2006 upon the following as indicated:

**BY HAND**                          **BY FEDERAL EXPRESS on 5/2/06**

John G. Day                          Don O. Burley
ASHBY & GEDDES                       FINNEGAN, HENDERSON,
222 Delaware Avenue                    FARABOW, GARRETT & DUNNER
Wilmington, DE  19801                901 New York Avenue
                                     Washington, DC  20001

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti (#4299)*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

May 1, 2006

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 1, 2006 I electronically filed the foregoing NOTICE

OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such

filing to Steven J. Balick and John G. Day.

   I further certify that I caused to be served copies of the foregoing document on

May 1, 2006 upon the following in the manner indicated:

**<u>BY HAND</u>**           **<u>BY FEDERAL EXPRESS on 5/2/06</u>**

John G. Day            Don O. Burley
ASHBY & GEDDES         FINNEGAN, HENDERSON,
222 Delaware Avenue         FARABOW, GARRETT & DUNNER
Wilmington, DE 19801        901 New York Avenue
                  Washington, DC 20001
**<u>BY ELECTRONIC MAIL</u>**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

       */s/ Leslie A. Polizoti (#4299)*
       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       1201 North Market Street
       Wilmington, DE 19801
       (302) 658-9200
       jblumenfeld@mnat.com