**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-876-GMS |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S
OBJECTIONS TO DEFENDANT CISCO SYSTEMS INC.'S
<u>NOTICE OF DEPOSITION OF RICHARD LAU</u>**

Plaintiff Telcordia Technologies, Inc. ("Telcordia"), by its attorneys, hereby objects to Defendant Cisco Systems, Inc.'s ("Cisco") Notice of Deposition of Richard Lau.

<u>**OBJECTIONS**</u>

1. Telcordia objects to the use, including use by other parties, of any testimony from the noticed deposition in separate cases, such as the pending suits against Alcatel and Lucent (Telcordia Technologies, Inc. v. Alcatel USA, Inc. Civil Action No. 04-874-GMS and Telcordia Technologies, Inc. v. Lucent Technologies, Inc., Civil Action No. 04-875-GMS).

2. Telcordia objects to the extent that this deposition in combination with depositions of other witnesses would cause Cisco to exceed any of the limits on depositions set forth in the Federal Rules of Civil Procedure.

2

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ Tiffany Geyer Lydon* |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
| *Of Counsel:* | John G. Day (I.D. #2403) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
| Donald R. Dunner | 222 Delaware Avenue, 17th Floor |
| Don O. Burley | P.O. Box 1150 |
| Steven M. Anzalone | Wilmington, Delaware  19899 |
| Richard H. Smith | (302) 654-1888 |
| Houtan K. Esfahani | sbalick@ashby-geddes.com |
| FINNEGAN, HENDERSON, FARABOW, | jday@ashby-geddes.com |
|   GARRETT & DUNNER, L.L.P. | tlydon@ashby-geddes.com |
| 901 New York Avenue, N.W. |  |
| Washington, D.C.  20001-4413 | *Attorneys for Plaintiff* |
| (202) 408-4000 | *Telcordia Technologies, Inc.* |

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

Dated:  May 5, 2006
169224.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2006, the attached **PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT CISCO SYSTEMS INC.'S NOTICE OF DEPOSITION OF RICHARD LAU** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

150910.1