IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## <u>NOTICE OF DEPOSITION OF LEONARD SUCHYTA</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, counsel for Defendant Cisco Systems will take the deposition of Leonard C. Suchyta on May 18, 2006 at 9:00 a.m. at the offices of Latham & Watkins LLP, One Newark Center, 16th Floor, Newark, New Jersey 07101-3174 or another mutually convenient location. The deposition will be taken before a certified court reporter or other person authorized to administer oaths. The deposition will be recorded by videotape and by stenographic means. The deposition will continue from day to day until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
 *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

May 15, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Jack B. Blumenfeld, hereby certify that on May 15, 2006 I electronically filed

Notice of Deposition of Leonard Suchyta with the Clerk of the Court using CM/ECF, which will

send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused copies of the foregoing document to be served on

May 15, 2006 upon the following in the manner indicated:

**<u>BY HAND</u>**                                    **<u>BY FEDERAL EXPRESS</u>**

John G. Day                                  Don O. Burley
ASHBY & GEDDES                               FINNEGAN, HENDERSON,
222 Delaware Avenue                           FARABOW, GARRETT & DUNNER
Wilmington, DE 19801                         901 New York Avenue
                                             Washington, DC 20001

**<u>BY ELECTRONIC MAIL</u>**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

*/s/Jack B. Blumenfeld*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com