IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES INC.,     ) | |
|        ) | |
|     Plaintiff/Counterclaim Defendant,     ) | |
|        ) | |
|        v.     ) | Civil Action No. 04-876-GMS |
|        ) | |
| CISCO SYSTEMS, INC.,     ) | |
|        ) | |
|     Defendant/Counterclaim Plaintiff.     ) | |

## NOTICE OF SERVICE

I hereby certify that copies of **CISCO SYSTEMS, INC.'S RESPONSES TO TELCORDIA'S TECHNOLOGIES, INC.'S THIRD SET OF INTERROGATORIES (NOS. 16-22); CISCO SYSTEMS, INC.'S RESPONSES TO TELCORDIA'S TECHNOLOGIES, INC.'S FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 179-190);** and **CISCO SYSTEMS, INC.'S RESPONSES TO TELCORDIA'S TECHNOLOGIES, INC.'S FIFTH SET OF REQUESTS FOR PRODUCTION (NO. 191)** were caused to be served on May 19, 2006 upon the following as indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*
        Jack B. Blumenfeld (#1014)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

May 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2006 I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused to be served copies of the foregoing document on May 19, 2006 upon the following in the manner indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

*/s/ Jack B. Blumenfeld (#1014)*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com