IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

I certify that copies of: (1) Cisco Systems, Inc.'s Response And Objections To Telcordia's Second Set Of Requests For Admission (Nos. 630-1068); (2) Cisco Systems, Inc's Responses To Telcordia Technologies, Inc.'s Sixth Set Of Requests For Production (Nos. 192-200); (3) Cisco Systems, Inc.'s Response To Telcordia Technologies, Inc.'s Fourth Set Of Interrogatories (Nos. 23-35) and (4) Cisco's Supplemental Responses To Interrogatory Nos. 1, 2, 5-7 and 9-11 were caused to be served on May 26, 2006 upon the following as indicated:

**BY FEDERAL EXPRESS**

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Don O. Burley
FINNEGAN, HENDERSON,
 FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC  20001

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Leslie A. Polizoti*

                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        Leslie A. Polizoti (#4299)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                          *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

May 30, 2006
518292

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused copies of the foregoing document to be served on May 30, 2006 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

/s/ *Leslie A. Polizoti*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com