IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

Pursuant to the Court's Order dated June 26, 2006, the undersigned hereby certifies that before the close of business on June 28, 2006, plaintiff Telcordia Technologies, Inc. served its **EXPERT REPORT OF JAMES J. NAWROCKI** upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | VIA ELECTRONIC MAIL |

                ASHBY & GEDDES

                */s/ John G. Day*

                _____
                Steven J. Balick (I.D. #2114)
                John G. Day (I.D. #2403)
                Tiffany Geyer Lydon (I.D. #3950)
                222 Delaware Avenue, 17th Floor
                P.O. Box 1150
                Wilmington, Delaware 19899-1150
                (302) 654-1888
                sbalick@ashby-geddes.com
                jday@ashby-geddes.com
                tlydon@ashby-geddes.com

                *Attorneys for Plaintiff*
                *Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675
(650) 849-6600

Dated: June 28, 2006
150915.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | **VIA ELECTRONIC MAIL** |

/s/ *John G. Day*
_____
John G. Day