# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

July 10, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    <u>Telcordia Technologies, Inc. v. Cisco Systems, Inc.</u>, C.A. No. 04-876 (GMS)

Dear Judge Sleet:

    We represent Cisco in this action.

    In May, Telcordia initiated an action in the International Trade Commission ("ITC") based on the same allegations of infringement present here. Pursuant to 28 U.S.C. § 1659, Cisco has a statutory right to stay this district court action due to the institution of the ITC action.

    Although asked, Telcordia has never given any good reason as to why it started the ITC action when this case is so advanced. This is the appropriate forum to resolve the parties' dispute, especially because we have been litigating here for two years. Thus, Cisco has decided not to exercise its right to stay this action.

    In sum, this case is so advanced that it makes no sense to Cisco to halt it now. We believe that this Court is in the best position to provide a just and speedy resolution of the parties' dispute.

    Respectfully,

    /s/ *Jack B. Blumenfeld (#1014)*

    Jack B. Blumenfeld

cc:    Peter T. Dalleo, Clerk (By Hand)
        John G. Day, Esquire (By Hand)
        Donald R. Dunner, Esquire (By Fax)
        Edward R. Reines, Esquire (By Fax)