IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. ) | Civil Action No. 04-876-GMS |

## NOTICE OF SERVICE

I certify that copies of: (1) the Expert Report of Dr. Wayne Grover Regarding the Non-infringement of U.S. Patent No. 4,835,763 and (2) the Expert Report on Damages by Terry L. Muiska were caused to be served on July 21, 2006 upon the following as indicated:

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

Don O. Burley, Esquire
FINNEGAN, HENDERSON,
 FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, D.C.  20001

Steven C. Cherny, Esquire
LATHAM & WATKINS LLP
886 Third Avenue
Suite 1000
New York, NY 10022-4802

**BY ELECTRONIC MAIL**

John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
John Shaw (jshaw@ycst.com)

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Leslie A. Polizoti*
                Jack B. Blumenfeld (#1014)
                Leslie A. Polizoti (#4299)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                lpolizoti@mnat.com
                *Attorneys for Defendant/Counterclaim Defendants*
                *Cisco Systems, Inc. and Lucent Technologies Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

July 24, 2006
530063

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, John G. Day, Tiffany Lydon, Geoffrey Mason, Israel Mayergoyz, David Nelson, Neilesh Patel, John Shaw, John Williamson and Jack B. Blumenfeld.

I further certify that I caused copies of the foregoing document to be served on July 24, 2006 upon the following in the manner indicated:

### **BY ELECTRONIC MAIL**

Don Burley (don.burley@finnegan.com)
Steven Cherny (steven.cherny@lw.com)
John Day (jday@ashby-geddes.com)
York Faulkner (york.faulkner@finnegan.com)
John Shaw (jshaw@ycst.com)
John Williamson (john.williamson@finnegan.com)

*/s/ Leslie A. Polizoti*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com