**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF VINCENT C. JONES**

PLEASE TAKE NOTICE that pursuant to Rule 26(b)(4)(A) of the Federal Rules of Civil

Procedure, Plaintiff Telcordia Technologies, Inc. ("Telcordia") will take the deposition of

Vincent C. Jones by oral examination using videotape, audiotape, and/or stenographic means.

The deposition will begin at 9:00 a.m. on August 2, 2006, at the offices of FINNEGAN,

HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., 901 New York Avenue NW,

Washington, DC 20001-4431 or at another mutually convenient location, and will continue from

day to day until completed. The deposition will be taken before a Notary Public or other officer

authorized by law to administer oaths.

You are invited to attend and examine the witness.

ASHBY & GEDDES

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888

*Attorneys for Plaintiff Telcordia Technologies, Inc.*

Dated:  July 24, 2006

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
Griffith B. Price
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
(202) 408-4000

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2006, the attached **NOTICE OF**

**DEPOSITION OF VINCENT C. JONES** was served upon the below-named counsel of record

at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                    HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347


Matthew D. Powers, Esquire                                    VIA FEDERAL EXPRESS
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065



                                          */s/ Tiffany Geyer Lydon*
                                          _____
150910.1                                   Tiffany Geyer Lydon