IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875 (GMS) |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| _____ | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Reply Expert Report of Anthony Acampora, Ph.D. Re:  Invalidity and Unenforceability of U.S. Patent No. RE 36,633 and (2) Reply Expert Report of Anthony Acampora, Ph.D. Re:  Invalidity and Unenforceability of U.S. Patent No. 4,893,306 (CHAO) were caused to be served on July 28, 2006 upon the following as indicated:

### BY FEDERAL EXPRESS AND ELECTRONIC MAIL

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

Steven C. Cherny
Latham & Watkins LLP
886 Third Avenue
Suite 1000
New York, NY  10022-4802

Don O. Burley
FINNEGAN, HENDERSON,
 FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC  20001

**BY ELECTRONIC MAIL**

John Shaw (jshaw@ycst.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti (#4299)*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

July 28, 2006

530854

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2006 I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, John G. Day, Tiffany Geyer Lydon, Israel S. Mayergoyz, David A. Nelson, Neilesh R. Patel, John W. Shaw, John M. Williamson, Jessica L. Davis, Sonal N. Mehta, Edward R. Reines, and Jack B. Blumenfeld.

I further certify that I caused to be served copies of the foregoing document on July 28, 2006 upon the following in the manner indicated:

## <u>BY ELECTRONIC MAIL</u>

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)
John Shaw (jshaw@ycst.com)
Steven C. Cherny (steven.cherny@lw.com)

*/s/ Leslie A. Polizoti (#4299)*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com