IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) Civil Action No. 04-876-GMS |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

## NOTICE OF SERVICE

I hereby certify that copies of **Reply Expert Report of Dr. Wayne D. Grover Regarding the Invalidity of U.S. Patent No. 4,835,763** were caused to be served on July 28, 2006 upon the following as indicated:

**BY HAND and ELECTRONIC MAIL**         **BY ELECTRONIC MAIL**

Steven J. Balick                                       York Faulkner (york.faulkner@finnegan.com)
ASHBY & GEDDES                                 Donald R. Dunner (don.dunner@finnegan.com)
222 Delaware Avenue
Wilmington, DE  19801

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Leslie A. Polizoti (#4299)*
                    Jack B. Blumenfeld (#1014)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                     *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153

July 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006 I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, John G. Day, Tiffany Geyer Lydon, John M. Williamson, Jessica L. Davis, Sonal N. Mehta, Edward R. Reines, and Jack B. Blumenfeld.

I further certify that I caused to be served copies of the foregoing document on July 28, 2006 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

John Day (jday@ashby-geddes.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

*/s/ Leslie A. Polizoti (#4299)*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com