IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875 (GMS) |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT OF U.S. PATENT NO. 4,893,306**

Pursuant to Fed. R. Civ. P. 56(c), defendants Lucent Technologies, Inc. and Cisco Systems, Inc. hereby move for summary judgment of non-infringement of U.S. Patent No. 4,893,306. The grounds for this motion are set forth in defendants' opening brief, submitted herewith.

YOUNG, CONAWAY, STARGATT &
  TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (#3362)
Monté T. Squire (#4764)
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com
  *Attorneys for Lucent Technologies, Inc.*

MORRIS, NICHOLS, ARSHT &
  TUNNELL LLP

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Cisco Systems, Inc.*

DATED: October 3, 2006

DB01:2205888.1

057224.1004

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 3, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
*sbalick@ashby-geddes.com*
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I further certify that on October 3, 2006 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL ON OCTOBER 3, 2006 AND**
**FEDERAL EXPRESS ON OCTOBER 4, 2006**

Donald R. Dunner, Esquire
*don.dunner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
*york.faulkner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*