IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC., )
 )
   Plaintiff, )
 )
   v. )  C.A. No. 04-875 (GMS)
 )
LUCENT TECHNOLOGIES, INC., )
 )
   Defendant. )
_____)
TELCORDIA TECHNOLOGIES, INC., )
 )
   Plaintiff, )
 )
   v. )  C.A. No. 04-876 (GMS)
 )
CISCO SYSTEMS, INC., )
 )
   Defendant. )

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF NONINFRINGEMENT OF U.S. PATENT NO. 4,835,763

   Pursuant to Fed. R. Civ. P. 56(c), defendants Lucent Technologies, Inc. and Cisco

Systems, Inc. hereby move for summary judgment of noninfringement of U.S. Patent No.

4,835,763.  The grounds for this motion are set forth in defendants' opening brief, submitted

herewith.

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

*/s/ John W. Shaw*

_____
John W. Shaw (#3362)
Monte T. Squire (I.D. #4764)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE  19899
(302) 571-6600
 *Attorneys for Lucent Technologies, Inc.*


October 3, 2006

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
 *Attorneys for Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, John G. Day, Tiffany Geyer Lydon, Israel S. Mayergoyz, David A. Nelson, Neilesh R. Patel, John W. Shaw, John M. Williamson, Jack B. Blumenfeld, Jessica L. Davis, Sonal N. Mehta, Leslie A. Polizoti, and Edward R. Reines.

I further certify that I caused copies of the foregoing document to be served on October 3, 2006 upon the following in the manner indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

**BY EMAIL on 10/3/06 and**
**FEDERAL EXPRESS on 10/4/06**

Don O. Burley
FINNEGAN, HENDERSON,
 FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC  20001

*/s/ Jack B. Blumenfeld*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com