**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,      )<br>                                                             )<br>         Plaintiff/Counterclaim Defendant,  )<br>                                                             )<br>                   v.                                       )<br>                                                             )<br>LUCENT TECHNOLOGIES, INC.,           )<br>                                                             )<br>         Defendant/Counterclaim Plaintiff.  )<br>_____)<br>TELCORDIA TECHNOLOGIES, INC.,      )<br>                                                             )<br>         Plaintiff/Counterclaim Defendant,  )<br>                                                             )<br>                   v.                                       )<br>                                                             )<br>CISCO SYSTEMS, INC.,                        )<br>                                                             )<br>         Defendant/Counterclaim Plaintiff.  )<br>_____) | C.A. No. 04-875-GMS<br><br><br><br><br><br><br><br><br><br>C.A. No. 04-876-GMS<br><br><br>**PUBLIC VERSION** |

**REDACTED VERSION OF EXHIBITS 2-9 AND 11 TO
DEFENDANTS' OPENING BRIEF IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT
<u>OF NONINFRINGEMENT OF U.S. PATENT NO. 4,835,763</u>**

| | |
|---|---|
| John W. Shaw (I.D. #3362)<br>Monte T. Squire (I.D. #4764)<br>YOUNG CONAWAY STARGATT &<br>    TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>jshaw@ycst.com<br>msquire@ycst.com | Jack B. Blumenfeld (I.D. #1014)<br>Leslie A. Polizoti (I.D. #4299)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>lpolizoti@mnat.com |

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David A. Nelson
Israel Sasha Mayergoyz.
David C. McKone
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Attorneys for Defendant Lucent
Technologies Inc.

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Attorneys for Defendant Cisco Systems, Inc.

Originally Filed: October 3, 2006
Redacted Version Filed: October 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, John G. Day, Tiffany Geyer Lydon, Israel S. Mayergoyz, David A. Nelson, Neilesh R. Patel, John W. Shaw, John M. Williamson, Jack B. Blumenfeld, Jessica L. Davis, Sonal N. Mehta, Leslie A. Polizoti, and Edward R. Reines.

I further certify that I caused copies of the foregoing document to be served on October 3, 2006 upon the following in the manner indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

**BY EMAIL on 10/3/06 and FEDERAL EXPRESS on 10/4/06**

Don O. Burley
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC 20001

*/s/ Jack B. Blumenfeld*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com