IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE '306 PATENT IS NOT INVALID AS ANTICIPATED OR FOR LACK OF ENABLEMENT**

For the reasons stated in the accompanying brief, Telcordia respectfully moves, pursuant to Fed. R. Civ. P. 56, for partial summary judgment that Defendants cannot prevail on their invalidity theories of anticipation and lack of enablement with respect to the '306 patent because there is no genuine issue of material fact and Telcordia is entitled to judgment as a matter of law. Defendants' expert admits that eight of the eleven references on which Defendants rely do not anticipate under the Court's claim construction. The remaining three references do not contain all the limitations of the '306 claims in a single reference. As for Defendants' enablement defense, Defendants offered no expert report, no expert testimony, and no testimony from any

other witness to support their defense that the claims are not enabled, and therefore they cannot satisfy their burden of showing invalidity through clear and convincing evidence.

                                      ASHBY & GEDDES

                                      */s/ Steven J. Balick*

                                    _____
                                    Steven J. Balick (I.D. #2114)
                                    John G. Day (I.D. #2403)
                                    Tiffany Geyer Lydon (I.D. #3950)
                                    Ashby & Geddes
                                    222 Delaware Avenue, 17th Floor
                                    P.O. Box 1150
                                    Wilmington, Delaware 19899-1150
                                    (302) 654-1888
                                    sbalick@ashby-geddes.com
                                    jday@ashby-geddes.com

*Of Counsel:*                          tlydon@ashby-geddes.com

Donald R. Dunner                    *Attorneys for Plaintiff*
Don O. Burley                        *Telcordia Technologies, Inc.*
Richard H. Smith
Houtan K. Esfahani
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated:  October 5, 2006
173931.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2006, the attached **PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE '306 PATENT IS NOT INVALID AS ANTICIPATED OR FOR LACK OF ENABLEMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 | VIA ELECTRONIC MAIL |
| David A. Nelson, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | VIA ELECTRONIC MAIL |
| David M. Farnum, Esquire<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC  20004-1304 | VIA ELECTRONIC MAIL |
| Sean S. Pak, Esquire<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007 | VIA ELECTRONIC MAIL |
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |

Matthew D. Powers, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

<u>VIA ELECTRONIC MAIL</u>

*/s/ Steven J. Balick*

Steven J. Balick

172095.1