# EXHIBIT B

Case 1:04-cv-00876-GMS   Document 250-3   Filed 10/13/2006   Page 1 of 2

**REDACTED**