# EXHIBIT N

82-0454

MULTIPLEXING OF PACKET SPEECH
ON AN EXPERIMENTAL WIDEBAND SATELLITE NETWORK

A82-23491

C. J. Weinstein and H. M. Heggestad

Massachusetts Institute of Technology
Lincoln Laboratory
Lexington, Massachusetts 02173

## ABSTRACT

Packet techniques provide powerful mechanisms for the sharing of communication resources among users with time-varying demands. In particular, significant potential advantages are expected for systems which integrate digital data and digitized voice in a common packet-switched network, including bandwidth savings and improvements in channel utilization and flexibility. An experimental system under development by DARPA, consisting of a wideband demand-assigned satellite network and a variety of local access networks with associated gateways, is being used to explore these expected characteristics. The components of the system are described in detail, and progress and goals in the experimental program are described.

## I. INTRODUCTION

Packet techniques provide powerful mechanisms for the sharing of communication resources among users with time-varying demands. Because of their discrete and independent nature, outgoing packets can be inserted in any available time interval on a communication channel. By sharing the channel among a pool of users who each maintain a queue of packets ready for transmission, one can trade a moderate increase in overall delay for a high utilization of the channel. Packet satellite systems [1] in particular, provide the opportunity for efficient demand-assigned sharing [2,3] of long-haul communications capacity among users at widely dispersed locations. The primary application of packet techniques has been for digital data communications, where the bursty nature of user traffic can be exploited to achieve large efficiency advantages in utilization of communication resources.

Packet techniques offer significant potential advantages for voice as well. The integration of digital voice and data into a common network offers potential cost advantages [4] associated with resource sharing among different types of users, as well as the possibility for enhanced services for users who require access to both voice and data communications. Packet networks offer advantages for digital voice conferencing [5] in terms of channel utilization and control flexibility. Channel capacity savings for packet voice are achieved by transmitting packets only when speakers are actually talking (i.e., during "talkspurts"). Then, by multiplexing many packet speech users on a wideband channel a factor approaching two in bandwidth saving can be achieved, similar to that achieved on specific long-haul circuit-switched network links through Time-Assigned Speech Interpolation [6] (TASI) or Digital Speech Interpolation [7] (DSI). Other benefits are obtained with packet voice. A packet network allows convenient accommodation of voice terminals with different data rates and data formats. If vocoders are used to reduce bandwidth utilization, then each vocoder will use only the capacity necessary to transmit its information rather than the fixed minimum bandwidth increment typically used in circuit-switched networks. Packet networks also provide a convenient system environment for implementation of voice flow control techniques [8] where the bit rate is dynamically adapted to network conditions.

An experimental wideband satellite-based packet system [9] is being implemented to develop and demonstrate techniques for achieving the advantages of integrating packet voice with data in a realistic large scale network. The research supported by this system builds upon previous experiments on the ARPANET [10,11] and on the Atlantic Packet Satellite Network (SATNET) [12]. In those experiments the basic feasibility of packet speech was demonstrated, techniques were developed [10,13] for reconstitution of speech from packets arriving at non-uniform intervals, and packet protocols [14] were developed for call set-up and for speech transport. However, the network link capacities were too small to accommodate a sufficient number of simultaneous users to allow experimental demonstration of efficient statistical multiplexing of voice. The new experiment is designed around a satellite channel with a capacity of 3 Mbps, which will be able to support many simultaneous voice connections. In addition to a practical demonstration of efficient statistical multiplexing, a key purpose of the experiment is to assess the implementation requirements for terminals and for switching and multiplexing in a large-scale packet speech system.

The experimental system consists of research facilities at multiple sites which are linked by a wideband packet satellite network (the WB SATNET) including a channel on a satellite transponder, earth stations, high-performance burst modems, and demand

Copyright © American Institute of Aeronautics and Astronautics, Inc., 1982. All rights reserved.

ignment multiple access (DAMA) processors.
sites have local packet speech access
ilities including packet voice terminals
(PVTs), local area networks including
le [16,17] and radio [18] systems, and
centrators [19,20]. The overall system
ign has a high degree of flexibility, so
t a variety of experiments can be supported.
ides access facilities for real traffic,
system includes traffic emulators to
ow controlled variation of network loading.
surement facilities are provided, to
port experimental evaluation of system
formance.

The wideband packet speech system develop-
t and the experiment program are sponsored
Defense Advanced Research Projects Agency
RPA), and involve a cooperative effort by
umber of organizations. These include:
t Beranek and Newman, Inc. (BBN), Cambridge,
COMSAT Laboratories, Clarksburg, MD;
ormation Sciences Institute (ISI), Marina
Rey, CA; LINKABIT Corp., San Diego, CA;
Lincoln Laboratory (LL), Lexington, MA;
International, Palo Alto, CA; and Western
ion, Inc., Upper Saddle River, NJ. The
ense Communications Agency (DCA) has
ported the development of the satellite
twork along with DARPA, and is utilizing
WB SATNET for a set of experiments
porting the development of the future
ense Communications System. One of the
r presently-installed network nodes is
ated at the Defense Communications Engineering
nter (DCEC) in Reston, VA.

This paper describes the experimental
deband packet system and the ongoing experi-
nts in packet speech multiplexing. Section
presents a system overview, and describes
w the WB SATNET fits into a context of an
terconnection (or internetwork) of local
d long-haul packet nets. Specific subsystems
the WB SATNET, and design considerations
derlying their development, will be described
Section III. Priority-Oriented Demand
signment (PODA) [1], the demand assignment
ltiple access (DAMA) algorithm used for
ficient sharing of the satellite channel,
reviewed in Section IV. Section V describes
e subsystems implemented for multiplexing
local area traffic, and Section VI discusses
e packet voice protocols used for concentra-
on of speech traffic. Section VII reports
current and planned experimental activities,
d a summary and conclusions are given in
ction VIII.

## II. SYSTEM OVERVIEW

Currently there are four WB SATNET
tes, located at DCEC, ISI, LL, and SRI. At
ch site the WB SATNET equipment includes an
rth station, burst modem, and packet satellite
MA processor. These elements are included
the region labeled WB SATNET in Fig. 1,
d will be described in Section III. The
rst modem and DAMA processor are designed
th a high degree of flexibility so that a
riety of experiments can be supported. The
SATNET performs the task of accepting
ckets from external sources, managing the
tellite channel allocation on a demand assigned
sis, and delivering the packets to their

destination. As indicated in Fig. 1, the WB
SATNET provides long-haul broadcast connectivity
among several local area networks. At LL and
at ISI there are local broadcast cable networks
(referred to as LEXNET for Lincoln Experimental
Network) which were developed at LL to efficiently
support local packet voice and data traffic.
LEXNET uses a carrier-sense multiple access
protocol with collision detection (CSMA-CD)
similar to that used in ETHERNET [21], but
includes a specialized distributed access
control mechanism [16], designed to take
advantage of the fact that speech traffic
contains bursts of periodically-generated
packets. At SRI the "local" net is a packet
radio network [22] which includes provision
for mobile users as well as users at fixed
positions.

Access from the local area onto the WB
SATNET is obtained by means of an internetwork
gateway at each site, as shown in Fig. 1.
The gateways carry out a number of tasks
including (1) communication with the WB
SATNET nodes; (2) inserting the specific WB
SATNET headers needed to transport long-
distance packets to the destination gateway;
(3) concentrating speech packets from a
number of local terminals into aggregated
packets for the satellite net; and (4) re-
questing satellite capacity allocation on the
WB SATNET based on rate requirements identified
by packet voice terminals at dial-up. The
channel allocation requirement is ideally set
on a statistical basis and takes account of
the fact that voice packets are transmitted
only during talkspurts. This resource
allocation function for gateways is part of
the "stream" or ST protocol [23,19] which is
implemented experimentally in the wideband
system, and is compatible with the DoD
standard internet data packet (IP) protocol
(see [24]). IP gateways treat packets as
independent datagrams; ST gateways provide
real-time stream allocations as well as
packet aggregation.

The internetwork configuration shown in
Fig. 1 also includes gateway connections to
the ARPANET, a long-haul store-and-forward
packet-switching network connecting research
facilities across the U.S. and in Europe.
This connection allows intercommunication
among computers (referred to as "hosts,") on
the ARPANET and terminals and hosts in the
other local networks. For example, the
network control center (NCC) for the WB
SATNET resides in an ARPANET host computer at
BBN. Direct ARPANET access is provided from
this BBN host computer to the DAMA processors
in the WB SATNET, supporting remote monitor-
ing and control functions which are necessary
during installation and checkout as well as
for some categories of experiments. Voice
communication can be carried out between
experimental packet voice facilities developed
for the ARPANET and new facilities on LEXNETs
and PRNETs. On a limited basis, terrestrial
routing via the ARPANET (e.g., from LEXNET 1
to LEXNET 2) can be an alternative to satellite
routing, provided that sufficient voice bit
rate compression is applied so that

116

he limited throughput capability of the
RPANET can handle the real-time transmission
ate.

Two kinds of interfaces are shown in
ig. 1 between the packet-switched system and
circuit-switched systems of the type more
commonly used for voice communication.
Special circuit/packet interfaces have been
developed [25] for the gateways at LL and
DCEC to allow communication with a digital
circuit switch in the T1 digital carrier
format used for interswitch communication in
digital telephony. This allows communication
between voice terminals on circuit-switched
and packet-switched networks, but more
importantly provides the capability for
experiments in which a DAMA satellite network
is used as an overlay to a terrestrial circuit-
switched net. These satellite overlay
experiments are being implemented, under DCA
sponsorship, to develop networking techniques
applicable to the next generation CONUS
AUTOVON [26] and a future Defense Switched
Network (DSN) [27] which will utilize a mix
of transmission media to provide survivable
and economic digital voice and data service
to DoD subscribers.

The switched telephone network (STN)
interface developed at ISI allows connection
between individual telephone lines (rather
than switches) and packet voice terminals
(PVTs) on a dial-up basis. This interface
allows a user to dial into the packet voice
system from any remote telephone. Plans also
call for STN interfaces to be installed at
other sites in the system.

With this system overview as background,
the next section will proceed with a more
detailed description of the functions and
subsystems of the wideband packet satellite
network.

## III. PACKET SATELLITE NETWORK SUBSYSTEMS

The WB SATNET provides packet-switched
broadcast satellite connectivity among the
local networks at the four experimental sites
(DCEC, ISI, LL and SRI). The major WB SATNET
subsystems required at each site, illustrated
in Fig. 2, are the antenna and earth station;
the Earth Station Interface (ESI); and the
Pluribus Satellite Interface Message Processor
(PSAT). The Lincoln Laboratory site configura-
tion, including the WB SATNET subsystems as
well as a concentrator and a local network,
is typical of the wideband experiment sites;
it is illustrated in Fig. 3.



Fig. 2.  Block diagram of wideband packet satellite network subsystems.



Fig. 1.  Integrated voice/data packet internetwork.

117



Fig. 3. Typical site configuration for experimental wideband packet network.

The satellite link, antenna and earth station subsystem are leased from Western Union, Inc. Satellite capacity is provided in the 4/6 GHz commercial telecommunications band. The WB SATNET carrier is at the upper end of Transponder 1 on Western Union's WESTAR III satellite, which is located at about 91 degrees west longitude. The exact frequencies are 5.959 GHz (uplink) and 3.734 GHz (downlink), and the available bandwidth is matched to the 3.088 Mbps digital signal used by the system. The antenna (a 5-meter Cassegrainian) has a field-effect transistor (FET) receiver front-end amplifier mounted behind its feed horn; together they provide an earth station figure of merit G/T of about dB/Kelvin. Uplink and downlink power budgets are designed to support system operation at a specified maximum bit error rate of $\times 10^{-3}$ at a channel bit rate of 3.088 Mbps. The transmitter amplifier is a 125-watt traveling-wave tube (TWT); it is installed in a small shelter at ground level behind the antenna in Fig. 3, along with suitable frequency up- and down-converters and IF cable drivers and receivers. In order for the equipment to be operated as an unmanned earth station, it is provided with remote monitoring and control facilities connected via automatic telephone dialing equipment with a central satellite control facility in New Jersey.

The earth station interfaces at 84 MHz on analog IF cables with a flexible burst modem (the High-Speed Packet Modem or HSPM). This subsystem together with the Interface Controller and Codec Unit (ICCU) constitutes the Earth Station Interface (ESI) equipment, which is manufactured by LINKABIT. The HSPM offers a choice of binary or quaternary phase-shift keying (BPSK or QPSK), at channel symbol rates of 193, 386, 772, or 1,544 kilobaud. The bit rate with QPSK is twice

the channel symbol rate, and hence the maximum bit rate over the channel is 3.088 Mbps. The Codec implements convolutional encoding and sequential decoding at a selection of code rates (1, 7/8, 3/4 and 1/2) with corresponding coding gains equivalent to signal-to-noise ratio improvements of 0 dB to as much as 5 dB. Suitable combinations of bit rate and code rate can be chosen to accommodate a broad range of bit error rate tolerance levels; for example, TDMA framing and synchronization information and packet headers must be received very accurately, and hence should be more heavily protected with coding (i.e., a low code rate should be used). The portions of packets which contain speech signals can tolerate increased bit error rates, on the other hand, and therefore permit operation at a higher code rate with a corresponding gain in channel throughput. Reduced code and symbol rates can also be chosen to permit interoperability with less sensitive earth stations, having smaller antennas or higher receiver noise temperatures. An important flexibility feature of the ESI is that it supports multiple changes in code rate and bit rate within a TDMA burst. Implementation of burst formats and control of the functions of the ESI are accomplished in a Motorola MC68000 16-bit microprocessor in the ICCU.

The format and contents of the transmissions in each TDMA frame are supplied to the ESI by the Pluribus Satellite Interface Message Processor, or PSAT [28]. The PSAT is a high-throughput multi-processor computer built by Bolt Beranek and Newman. The primary functions of the PSAT are management of demand-assigned allocation of time slots on the satellite channel, and transmission and reception of information bursts over the channel. The Pluribus architecture combines the processing power of six Lockheed SUE processors. Satellite demand assignment is arbitrated by a distributed protocol which combines features of both circuit- and packet-switched control techniques. This protocol, which is called the Priority-Oriented Demand Assignment (PODA) algorithm [1,28,29], is discussed in the following section.

## IV. SATELLITE CHANNEL DEMAND ASSIGNMENT ALGORITHM

The Priority-Oriented Demand Assignment (PODA) algorithm was developed for the Atlantic Packet Satellite Experiment [30] (the Atlantic SATNET) which, as noted in Section I, links a number of earth stations in the United States and Europe by means of a 64 kbps INTELSAT satellite channel. The implementation of PODA for the WB SATNET, which includes a number of modifications to adapt to the higher bit rate of the channel, is described in detail in [28].

The PSAT's transmissions basically constitute a Time-Division Multiple Access (TDMA) structure with variable frame format and fixed frame duration. A dynamic channel-sharing discipline such as PODA undertakes to achieve high efficiency on the channel for

ie relatively low-duty-cycle traffic which ; characteristic of WB SATNET users by namically re-allocating unused capacity nong the subset of users who have traffic irsts to send at any given time. Traditional ixed-format TDMA and Frequency-Division iltiple Access (FDMA) are static channel-naring disciplines which permanently allocate apacity among the community of users. ieally, these capacity allocations are sized o match the users' communication requirements; n practice the efficiency of utilization of he channel can be quite low, however, ecause random variations in user activity end to leave the assigned blocks of capacity mpty some fraction of the time. A user's ata stream can be communicated very efficiently sing fixed-format TDMA or FDMA if it has a igh duty cycle, corresponding to (for example) ultiplexed signals from a large local population f voice or data terminals. A user data tream containing multiplexed traffic from a oderate to small local population of terminals ill result in bursty traffic with a lower uty cycle, which is best handled by a dynamic echnique such as PODA.

Key functions that must be accommodated iy a dynamic channel-sharing discipline nclude user capacity request mechanisms, letermination of assignments in response to :he requests, and achievement of low assignment lelay coupled with efficient channel usage. idditional functions that would further :nhance a dynamic discipline include the ibility to adapt to both error-tolerant :raffic (e.g., speech signals) and error-intolerant traffic (e.g., computer file :ransfers), and the ability to accommodate )oth strong stations and weaker stations 'e.g., those which have smaller antennas or less sensitive receivers, or are temporarily ;uffering reduced performance due to rainfall ittenuation or component degradation). The nanner in which PODA incorporates these functions is described briefly below.

PODA provides two mechanisms for user :apacity requests: use of a special reservation ;ubframe, and "piggybacking" new requests ipon ongoing transmissions. Two types of reservation subframe techniques have been implemented: fixed PODA (FPODA), in which 2ach user is permanently allocated a specific request slot, and contention PODA (CPODA), in which request slots are shared among users on a contention basis. PODA is presently implemented as a distributed-control discipline: Each PSAT hears all capacity requests, and all the PSATs arrive at the same set of slot assignments by applying the identical algorithm to the set of requests. This results in a two-hop delay for transmissions from any given user (one satellite round trip time for submitting the capacity request, and one round trip time for actual transmission of the information in the assigned slot). Centralized assignment, in which one processor computes slot assignment for all users, results in a three-hop delay because of the extra round trip time required for the central controller to communicate its slot assignment decisions back to the requesting stations. The PODA design includes centralized assignment for a limited subset of users,

namely weak stations which cannot hear all of the transmissions exchanged across the network. This centralized assignment capability is planned but not yet implemented. The PSAT can accommodate weak stations by a combination of the centralized assignment feature of PODA and the capability to make suitable code and bit rate selections by commands to the ESI.

Figure 4 is a generalized illustration of a PODA frame (typically 21.2 msec in duration in the present implementation). The information and control subframes are used as described above. Within the information subframe there are sequences of information bursts, each from a PSAT which has obtained a slot assignment in that frame. An information burst can consist of either datagram packets or concentrated stream packets. Datagrams are independent self-contained messages which are communicated between concentrators and the PSAT in accordance with the DoD standard internet data protocol (IP); they are used for delay-tolerant digital data communications such as computer-to-computer file transfers, and can offer error-free service through the use of mechanisms such as acknowledgement and retransmission. Stream packets are elements of extended real-time communication sessions such as digitized speech streams, which have the properties that (1) they will tolerate little delay, and little or no delay variation; (2) once initiated, they may be expected to con-tinue for a time interval extending over many PODA frames. Streams are handled in accordance with a new experimental protocol called ST, which is discussed further in Section VI. PODA accommodates streams by offering stream reservations (initiated by means of requests made by the concentrator to the PSAT at call set-up time) for an extended sequence of packets providing transmission for the stated average bit rate for the duration of the call. The bit error tolerance of voice avoids the need for re-transmission, thereby tending to stabilize the delay. The gateways shown in Fig. 1 enhance the efficiency of satellite channel utilization by providing the PSAT with concentrated stream packets which have been subjected to destination-oriented aggregation, as explained in Section VI.



Fig. 4. Frame structure for Priority-Oriented Demand Assignment (PODA).

## V. LOCAL AREA NETWORK SUBSYSTEMS

A block diagram of the local area network
'stems for a typical site is shown in
5. The concentrator/gateway has been
.oped by LL with initial application as a
:T/WB SATNET traffic concentrator. It has
augmented with the required network
rface software and hardware to serve (in
erent configurations) as a gateway to
ARPANET, PRNET, and a digital circuit-
ched net as well. The hardware consists
central gateway processor (Digital
pment Corporation PDP-11/44 minicomputer),
network interface processors (UMC-Z80
ersal interface computers produced by
ciated Computer Consultants) and special
.ware interfaces for each attached network.
:e the bulk of the gateway traffic is to
:orwarded, the data portions of packets
l not be examined by the gateways. The
:way design also provides for an additional
)ry to be accessed by the Z80 processors
l multiport basis. This shared memory is
:nded to store the data portions of packets
that the load on the PDP-11 UNIBUS and
)ry will be minimized.



Fig. 5. Block diagram of local area
network subsystems.

A functional block diagram for the
ncentrator is shown in Fig. 6. ST gateway
nctions deal with the processing of stream
.e., voice) traffic, including the aggregation

of local area voice packets for efficient
multiplexing on the WB SATNET. IP gateway
functions handle datagram traffic, including
the control packets needed to set up voice
calls between packet voice terminals. Other
functions include conference access control
and control and monitoring. As indicated,
the PDP-11 is the central gateway processor
and the UMC-Z80s perform front-end packet
handling tasks for each network. The WB
SATNET UMC-Z80 performs the additional task
of deaggregating ST packets destined for
different terminals on LEXNET.

The LEXNET [17] is a baseband CSMA cable
network with distributed control similar to
ETHERNET [21]. It utilizes a distributed
algorithm for randomized retransmission
specialized for voice traffic [16]. This
algorithm estimates competing network activity
based on the fact that a voice terminal
produces periodic packets during talkspurts,
in contrast to data terminals where the
inter-packet intervals are usually modelled
as being independently distributed. The
range of the retransmission interval after
collisions is adjusted along with this activity
estimate, with longer intervals corresponding
to higher activity estimates.

The Packet Voice Terminal (PVT) [15] has
been developed with a flexible and modular
architecture, as illustrated in Fig. 5.
There are three primary functional units,
each controlled by a microprocessor. The
voice processor digitizes the speech but is
independent of the transmission medium. Each
PVT has a 64 Kbps PCM capability and a selectable
option of internally mounted vocoders of
various rates, or connection to an external
vocoder. The protocol processor forms the
voice packets and provides the necessary
layers of Network Voice Protocol (NVP) [14,19]
to insure that the packet can be delivered to
a distant network and played out at the
proper time. The necessary buffering and
speech reconstitution algorithms to produce
steady speech to the listener despite asynchronous
packet arrivals from the network are implemented
in the protocol processor. The protocol
processor also includes an interface with the
user dial/display and must generate and
interpret the packets necessary for establishing
the call. A generalized packet interface is
provided between the protocol processor and
the access controller, which performs LEXNET-
specific local net packet transport functions.
It is possible to connect the PVT to other
packet networks such as the PRNET by changing
the design of the access module.

In addition to the PVTs, a traffic
emulator is also provided in the experimental
network to allow performance measurements to
be made on the network with controlled amounts
of traffic. The LEXNET traffic emulator
module actually consists of a PVT with special
protocol processor software to generate
controlled traffic.

Packets entering or leaving LEXNET pass
through the LEXNET/Concentrator Interface
(LCI), a unit which is very similar to the

120

VT. The access processor in the LCI is
dentical to that in the PVT, and the LCI
ost processor controls packet forwarding to
nd from the concentrator.



Fig. 6.  Functional diagram of speech concentrator.

## VI.  PACKET SPEECH CONCENTRATION PROTOCOL

The format for an aggregated stream (ST)
packet, as would be delivered by a concentrator
to a PSAT to be transmitted in a stream slot
allocated within the PODA frame, is illustrated
in Fig. 7.  The sample packet includes voice
for two point-to-point (PTP) calls and one
conference (CONF) call.  All headers are
grouped at the start of the packet.  This
allows advantage to be taken of the flexible
coding properties of the burst modem (see
Section III), by coding the headers (where
bit errors are extremely damaging) more
heavily than the speech (where some bit
errors can be tolerated).  The individual PTP
headers are quite short, since they need
contain only a connection identification

(CID) and not the full destination address.
The ST connection process includes the set up
of tables in gateways which associate CIDs
with the next forwarding address along the
route.  The CONF header includes additional
information to control the forwarding of
packets to all conference participants. The
data portion of the packets include a short
(32-bit) NVP header with a time stamp to
allow the PVT to determine the proper packet
playout time.  The number of speech bits
depends on the voice bit rate and the interpacket
interval.  Typical ranges are 2.4-64 Kbps for
voice bit rate, and 20-50 msec for the interpacket
interval.

121



g. 7.  Format for aggregated stream (ST) packet.

networks, internetted with each other via the WB SATNET; and among different but compatible types of voice terminals on dissimilar local networks internetted via the satellite net.

In the area of local access network integration and performance demonstration, the checkout of Packet Voice Terminals (PVTs) on LEXNETs has been substantially completed. Demonstration of two simultaneous conversations involving four PVTs on the same LEXNET was accomplished some time ago.  Conversations between two PVTs on the same LEXNET have been looped back through the PSAT, ESI, and satellite transponder.  A number of experiments have also been done in which PVTs on two separate LEXNETs have communicated with each other by way of a concentrator.  Compatibility of the voice terminal and concentrator protocols at different sites (i.e., LL and ISI) has been established via narrowband (2400 bps) packet speech experiments using the ARPANET to link the distant local access facilities.

In the area of WB SATNET integration and checkout, the main thrust has been to achieve reliable operation of a network of PSATs performing their timing, synchronization and demand assignment functions via the satellite channel.  This activity has been substantially completed with respect to a two-PSAT network (namely, those at ISI and LL).

The immediate goal at this time is to demonstrate multiple simultaneous cross-country conversations.  Competing emulated traffic will then be introduced, and its intensity will be increased until system performance breakpoints can be observed.  A broad range of variations on these experiments will be conducted, thus making it possible to evaluate the utility of packet switching for handling real-time multiple-user speech communication.

## VIII.  SUMMARY AND CONCLUSIONS

The background and motivation for experimentation with multi-user packet speech were described; cost advantages are anticipated, as well as improvements in flexibility and transmission channel utilization efficiency. The experimental wideband satellite-based network which is being implemented to support such experiments was described in some detail, including overall system design issues as well as the characteristics and design considerations related to each of its constituent subsystems.  The functions and performance goals of the PODA algorithm were described in terms of DAMA implementation in the WB SATNET.  Local area access facilities were described, including the LEXNET and packet voice terminals (PVTs), the Packet Radio net, and circuit-to-packet interfaces, as well as the necessary concentrators and gateways and the associated protocols. Current and planned experimental activity with the wideband system, were described including the integration and performance verification of the major subsystems as well as the near-term goals for experiments combining multiple simultaneous real and emulated conversations over the satellite.

## I. CURRENT AND PLANNED EXPERIMENTAL ACTIVITY

A preliminary experiment plan [31] was epared soon after the inception of the perimental wideband packet system program. ncoln Laboratory has since been responsible r experiment planning and coordination for ie overall program.  Central to the experiment ans has been the notion of multiplexing ifficiently large numbers of packet speech ers onto a common satellite channel to rmit testing of the multiplexing efficiency. ie experiments follow a logical sequence ich has been keyed to achievement of successive ages of experimental capability, as the plementation of the various subsystems is mpleted.

The major experimental activity which s been completed at this writing has involved itegration and performance demonstration in ie two primary subdivisions of the system, mely the WB SATNET and the various local cess facilities. The system is at the point beginning to support the overall goal of ie program, which is to carry out a broad mge of multi-user packet speech experiments. iese will include interconnections among iice terminals within local networks; among iice terminals on similar but separate

## ACKNOWLEDGEMENT

The Wideband Speech Experiment was
tiated by Dr. Robert E. Kahn of the DARPA
'ormation Processing Techniques Office.
: authors would like to acknowledge his
:hnical contributions as well as his guidance
: support through the course of the project.

## REFERENCES

1] I. M. Jacobs, R. Binder, and E. Hoversten, "General Purpose Packet Satellite Networks," Proc. IEEE, Vol. 66, pp. 1448-1467, November 1978.

[2] T. Bially, A. J. McLaughlin, and C. J. Weinstein, "Voice Communication in Integrated Digital Voice and Data Networks," IEEE Trans. Comm., Vol. COM-28, No. 9, pp. 1478-1490, September 1980.

[3] C. J. Weinstein, "Statistical Multiplexing of Voice and Data in Broadcast Satellite Networks," Proc. Fifth International Conference on Computer Comm., pp. 811-816, October 1980.

[4] I. Gitman and H. Frank, "Economic Analysis of Integrated Voice and Data Networks: A Case Study," Proc. IEEE, Vol. 66, pp. 1549-1570, November 1978.

[5] J. W. Forgie, "Voice Conferencing in Packet Networks," ICC '80 Conference Record, pp. 21.3.1-21.3.4, June 1980.

[6] K. Bullington and J. Fraser, "Engineering Aspects of TASI," Bell System Technical Journal, Vol. 38, March 1959.

[7] S. J. Campanella, "Digital Speech Interpolation," COMSAT Tech. Rev., Vol. 6, Spring 1976.

[8] T. Bially, B. Gold, and S. Seneff, "A Technique for Adaptive Voice Flow Control in Integrated Packet Networks," IEEE Trans. Comm., Vol. COM-28, pp. 325-333, March 1980.

[9] R. E. Kahn, "The Introduction of Packet Satellite Communications," 1979 NTC Conference Record, pp. 45.1.1-46.1.6, November 1979.

[10] B. Gold, "Digital Speech Networks," Proc. IEEE, Vol. 65, pp. 1636-1658, November 1977.

[11] S. L. Casner, E. R. Mader, and E. R. Cole, "Some Measurements of ARPANET Packet Voice Transmission," 1978 NTC Conference Record, pp. 12.2.1-12.2.15, November 1978.

[12] W. W. Chu, et al., "Experimental Results on the Packet Satellite Network," 1979 NTC Conference Record, pp. 45.5.1-45.5.12, November 1979.

[13] J. W. Forgie, "Speech Transmission in Store-and-Forward Packet Networks," Proc. NCC 1975.

[14] R. F. Sproull and D. Cohen, "High Level Protocols," Proc. IEEE, Vol. 66, pp. 1371-1386, November 1978.

[15] G. C. O'Leary, P. E. Blankenship, J. Tierney, and J. A. Feldman, "A Modular Approach to Packet Voice Terminal Hardware Design," AFIPS Conference Proceedings (NCC 81), Vol. 50, May 1981.

[16] D. H. Johnson and G. C. O'Leary, "A Local Access Network for Packetized Digital Voice Communication," IEEE Trans. Comm. Vol. COM-29, pp. 679-688, May 1981.

[17] G. C. O'Leary, "Local Access Facilities for Packet Voice," Proc. Fifth International Conference Computer Comm., pp. 281-286, October 1980.

[18] P. Spilling and E. Craighill, "Digital Voice Communication in the Packet Radio Network," ICC '80 Conference Record, pp. 21.4.1-21.4.7, June 1980.

[19] M.I.T. Lincoln Laboratory, Semiannual Technical Summary on Information Processing Techniques Program: Packet Speech Systems Technology, ESD-TR-80-71, DDC-AD-A092113/0, March 1980.

[20] R. Rettberg, et al., "Development of a Voice Funnel System: Design Report," Bolt Beranek and Newman Inc. Report No. 4098, August 1979.

[21] R. M. Metcalfe and D. R. Boggs, "ETHERNET: Distributed Packet Switching for Local Computer Networks," Commun. Assoc. Comput. Mach., Vol. 19, pp. 395-404, 1976.

[22] R. E. Kahn, S. A. Gronemeyer, J. Burchfiel, and R. C. Kunzelman, "Advances in Packet Radio Technology," Proc. IEEE, Vol. 66, pp. 1468-1496, November 1978.

[23] J. W. Forgie, "ST - A Proposed Internet Stream Protocol," unpublished memorandum.

[24] J. B. Postel, "Internetwork Protocol Approaches," IEEE Trans. Comm., Vol. COM-28, pp. 604-611, April 1980.

[25] M.I.T. Lincoln Laboratory, Annual Report on Network Speech Systems Technology Program, ESD-TR-80-222, DDC-AD-A097998/9, September 1980.

[26] T. M. Shimabukuro, "The Next Generation CONUS AUTOVON," IEEE Trans. Comm. Vol. COM-28, pp. 1460-1466, September 1980.

[27] G. J. Coviello and R. H. Levine, "Considerations for a Defense-Switched Network," 1980 NTC Conference Record, November 1980.

[28] G. Falk, S. Groff, W. M. Milliken, and R. Koolish, "PSAT Technical Report," Bolt Beranek and Newman Inc. Report No. 4469, May 1981.

[29] I. Jacobs et al., "CPODA - A Demand Assignment Protocol for SATNET," Proc. Fifth Data Commun. Symposium, ACM and IEEE, pp. 2-5 to 2-9, September 1977.

[30] Session 45, 1979 NTC Conference Record, pp. 45.1.1 ff., November 1979.

M.I.T. Lincoln Laboratory, Semiannual
Technical Summary on Information Processing
Techniques Program:  Wideband Integrated
Voice/Data Technology, ESD-TR-78-366,
DTIC-AD-A066249/4, September 1978.

work was sponsored by the Defense Advanced
arch Projects Agency.

U.S. Government assumes no responsibility
the information presented.

— END