# ALL EXHIBITS CONFIDENTIAL

Case 1:04-cv-00876-GMS    Document 270-2    Filed 11/02/2006    Page 1 of 1