IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-876-GMS |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>   Ashby & Geddes
>   500 Delaware Avenue, 8th Floor
>   P.O. Box 1150
>   Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

>   ASHBY & GEDDES
>
>   */s/ Steven J. Balick*
>   _____
>   Steven J. Balick (I.D. #2114)
>   John G. Day (I.D. #2403)
>   Lauren E. Maguire (I.D. #4261)
>   222 Delaware Avenue, 17th Floor
>   P.O. Box 1150
>   Wilmington, DE 19899
>    (302) 654-1888
>
>   *Attorneys for Plaintiff*

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
Griffith B. Price
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
(202) 408-4000

Dated: December 13, 2006
175973.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | VIA ELECTRONIC MAIL |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*

Steven J. Balick