IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>LUCENT TECHNOLOGIES, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | | C.A. No. 04-875-GMS |
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | | C.A. No. 04-876-GMS |

**STIPULATION AND ORDER**

1.      It is hereby stipulated by the parties, for the reasons set forth in plaintiff's January 8, 2007 letter to the Court (D.I. 297 in C.A. No. 04-875-GMS, and D.I. 284 in C.A. No. 04-876-GMS), and subject to the approval of the Court, as follows:

    a.      **Consolidation.**  Civil Action Nos. 04-875-GMS and 04-876-GMS are consolidated for trial, and the parties shall submit a double-captioned joint proposed final pretrial order.

    b.      **Trial.**  Trial now will commence on April 30, 2006.

2.      In light of the added work necessary to integrate issues and information from both cases into a single pretrial order, and in light of the fact that if this stipulated order is entered, the trial of these cases will commence two weeks later than originally scheduled, the parties

1

respectfully stipulate, subject to the approval of the Court, to a corresponding extension of various other pretrial dates as follows:

    a.    **Defendants' Draft of Pretrial Order.** Defendants' comments on plaintiff's draft pretrial order, as well as the information that they propose to include in the pretrial order, shall be provided to plaintiff's counsel by February 8, 2007.

    b.    **Motions in Limine.** Opening papers shall be filed by February 8, 2007. Answering papers shall be filed by February 22, 2007. Reply papers shall be served by March 1, 2007.

    c.    **Final Pretrial Order.** The final pretrial order shall be filed with the Court on or before March 2, 2007.

    d.    **Pretrial Conference.** On March 30, 2007, beginning at 10:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Jack B. Blumenfeld* |
| Steven J. Balick (#2114)<br>John G. Day (#2403)<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>lpolizoti@mnat.com |
| *Attorneys for Plaintiff Telcordia Technologies, Inc.* | *Attorneys for Defendant Cisco Systems, Inc.* |

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

*/s/ John W. Shaw*

John W. Shaw (#3362)
Monte T. Squire (#4764)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
msquire@ycst.com

*Attorneys for Defendant Lucent Technologies Inc.*

January 30, 2007
719580.2


SO ORDERED this ____ day of _____, 2007.

                                                  _____
                                                  U.S. District Judge