IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875 (GMS) |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | REDACTED – PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | REDACTED – PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' MOTIONS *IN LIMINE*

YOUNG, CONAWAY, STARGATT &
   TAYLOR, LLP
John W. Shaw (#3362)
Monte T. Squire (#4764)
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE  19899
(302) 571-6600

  *Attorneys for Lucent Technologies, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
Wilmington, DE  19899
(302) 658-9200

  *Attorneys for Cisco Systems, Inc.*

Original Filing Date:  February 8, 2007

Corrected Filing Date:  February 20, 2007

Redacted Filing Date:  February 21, 2007

Defendants Cisco Systems, Inc. and Lucent Technologies, Inc. respectfully submit the following motions:

**Joint Motions**

Exhibit 1   *Corrected* Motion *In Limine* No. 1 Re:  Unsupported Damages Theories

Exhibit 2   Motion *In Limine* No. 2 Re:  Uncorroborated Evidence of Conception

Exhibit 3   Motion *In Limine* No. 3 Re:  Advice of Counsel

Exhibit 4   Motion *In Limine* No. 4 Re:  *Telcordia v. Fore Systems* License and Settlement Agreements

**Cisco's Motion**

Exhibit 5A   Cisco's Motion *In Limine* No. 5 Re:  Hyperbolic and Prejudicial Argument or Evidence

**Lucent's Motion**

Exhibit 5B   Lucent's Motion *In Limine* No. 5 Re:  References to the Alcatel-Lucent Merger

Counsel for the Defendants certify that, pursuant to D. Del. LR 7.1.1, the subject of the foregoing motions has been discussed with counsel for the Plaintiff and that the parties have not been able to reach agreement thereon. Counsel for the Defendants further certify that counsel for Plaintiff refused to confer about the subject of Plaintiff's motions *in limine*.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John W. Shaw* | */s/ Leslie A. Polizoti* |
| John W. Shaw (#3362) | Jack B. Blumenfeld (#1014) |
| Monte T. Squire (#4764) | Leslie A. Polizoti (#4299) |
| 1000 West Street, 17th Floor, P.O. Box 391 | 1201 N. Market Street |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 571-6600 | (302) 658-9200 |
| Attorneys for Lucent Technologies, Inc. | Attorneys for Cisco Systems, Inc. |

Corrected Filing Date: February 20, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, John G. Day, Tiffany Geyer Lydon, Israel S. Mayergoyz, David A. Nelson, Neilesh R. Patel, John W. Shaw, John M. Williamson, Jack B. Blumenfeld, Jessica L. Davis, Sonal N. Mehta, Leslie A. Polizoti, and Edward R. Reines.

I further certify that I caused copies of the foregoing document to be served on February 8, 2007 upon the following in the manner indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

John W. Shaw
YOUNG CONAWAY STARGATT
 & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS on 2/9/07**

Don O. Burley
FINNEGAN, HENDERSON,
 FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC 20001

David A. Nelson
LATHAM & WATKINS
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**BY ELECTRONIC MAIL**

Steve Balick (sbalick@ashby-geddes.com)
Tiffany Geyer Lydon (tlydon@ashby-geddes.com)
John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)
Israel Mayergoyz (sasha.mayergoyz@lw.com)
David Nelson (david.nelson@lw.com)
Neilesh Patel (neilesh.patel@lw.com)
John Shaw (jshaw@ycst.com)

I further certify that I caused copies of the foregoing document to be served on February 20, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

Steve Balick (sbalick@ashby-geddes.com)
Tiffany Geyer Lydon (tlydon@ashby-geddes.com)
John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)
Israel Mayergoyz (sasha.mayergoyz@lw.com)
David Nelson (david.nelson@lw.com)
Neilesh Patel (neilesh.patel@lw.com)
John Shaw (jshaw@ycst.com)

*/s/ Leslie A. Polizoti(#4299)*
lpolizoti@mnat.com

2

3

I further certify that I caused copies of the foregoing document to be served on February 21, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

Steve Balick (sbalick@ashby-geddes.com)
Tiffany Geyer Lydon (tlydon@ashby-geddes.com)
John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)
Israel Mayergoyz (sasha.mayergoyz@lw.com)
David Nelson (david.nelson@lw.com)
Neilesh Patel (neilesh.patel@lw.com)
John Shaw (jshaw@ycst.com)

*/s/ Leslie A. Polizoti(#4299)*
lpolizoti@mnat.com