IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875 (GMS) |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## **TITLE**

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/* | */s/* |
| John W. Shaw (#3362) | Jack B. Blumenfeld (#1014) |
| Monte T. Squire (I.D. #4764) | Leslie A. Polizoti (#4299) |
| The Brandywine Building | 1201 N. Market Street, P.O. Box 1347 |
| 1000 West Street, 17th Floor, P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 | *Attorneys for Cisco Systems, Inc.* |
| *Attorneys for Lucent Technologies, Inc.* | |

DATE