# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
(302) 351-9415
lpolizoti@mnat.com

April 6, 2007

**BY E-FILING (cover letter only)**
**AND BY HAND (cover letter and enclosures)**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

   Re: *Telcordia v. Cisco*, C.A. No. 04-876 (GMS)

Dear Judge Sleet:

  Pursuant to the discussion at the March 30, 2007 pretrial conference, enclosed please find a sample of privileged documents reflecting advice of counsel received by Cisco for the Court's *in camera* inspection.  We are happy to provide copies of Cisco's privilege logs if it would assist the Court.

  We have also filed concurrently with this letter the Declaration of Barton E. Showalter in support of Cisco's Motion *In Limine* No. 3 regarding advice of counsel.

         Respectfully,

         */s/ Leslie A. Polizoti*

         Leslie A. Polizoti (#4299)

Enclosures (for *in camera* inspection)
cc: Peter T. Dalleo, Clerk (By Hand, **without enclosures**)
   Steven J. Balick, Esquire (By Hand and by E-mail, **without enclosures**)
   John W. Shaw, Esquire (By Hand and by E-mail, **without enclosures**)
   John Williamson, Esquire (By E-mail, **without enclosures**)
   Steven Cherny, Esquire (By E-mail, **without enclosures**)

788086