Barr, Robert CONFIDENTIAL - ATTORNEYS' EYES ONLY May 27, 2006
Redwood Shores, CA

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-oOo-

TELCORDIA TECHNOLOGIES, INC.,   )
                                )
            Plaintiff,          )
                                )
vs.                             )   Case No. 04-876-GMS
                                )
CISCO SYSTEMS,                  )
                                )
            Defendant.          )
_____)


CONFIDENTIAL ATTORNEYS' EYES ONLY


     Deposition of ROBERT BARR, taken on behalf

of Plaintiff, at the 201 Redwood Shores Parkway,

Redwood Shores, California, commencing at

10:04 a.m., Saturday, May 27, 2006, before Richard

M. Raker, CSR No. 3445.


Henderson Legal Services
(202) 220-4158

379ab504-ac1a-4c54-b99c-1484088e8b0

Barr, Robert CONFIDENTIAL - ATTORNEYS' EYES ONLY May 27, 2006
Redwood Shores, CA

Page 126

1  representation, you'd better check it out.        01:58PM
2         THE WITNESS: That's what it says on       01:58PM
3  page 5. Yes.                                     01:58PM
4         MR. REINES: One at a time, please.        01:58PM
5  BY MR. PRICE:                                    01:58PM
6    Q.  Eighteen months from October of 1998       01:58PM
7  would be sometime in early 2000; is that correct? 01:59PM
8    A.  That's correct?                            01:59PM
9    Q.  Exhibit Barr 019, which is the -- what     01:59PM
10 you've characterized as the mistake letter from  01:59PM
11 Mr. Kovalick, says that Telcordia intends to     01:59PM
12 enforce its patent portfolio against any and all 01:59PM
13 infringers now or upon the conclusion of the above 01:59PM
14 litigation, closed quote. Referring to litigation 01:59PM
15 that was commenced in October 1998.              01:59PM
16        In your experience, how long does a       01:59PM
17 patent case typically take to get to trial and   01:59PM
18 through appeal?                                  01:59PM
19        MR. REINES: You mean sitting here now    01:59PM
20 as the head of the Berkeley Center for Law &    01:59PM
21 Technology or at that time or --                 01:59PM
22 BY MR. PRICE:                                    01:59PM

Page 127

1    Q.  At that time.                              01:59PM
2    A.  Anything from a year to ten years.         01:59PM
3         MR. PRICE: Let's mark the next            02:00PM
4  document as Exhibit Barr 021 for identification. 02:00PM
5         (Exhibit Barr 021 was marked for          02:00PM
6  identification by the reporter.)                 02:00PM
7         MR. PRICE: This is a document with       02:00PM
8  production numbers TELC0256231 through -233.01, 02:00PM
9  inclusive -- I'm sorry -- point 001, inclusive.  02:00PM
10   Q.  Can you identify this document?            02:00PM
11   A.  The first page is a letter to              02:01PM
12 Mr. Scheinman on September 7, 2001, from         02:01PM
13 Mr. Giordano. And then there are -- there is an  02:01PM
14 attachment of several pages.                     02:01PM
15   Q.  Have you seen this document before?        02:01PM
16   A.  Yes, I have.                               02:01PM
17   Q.  Did you receive a copy of it on or         02:01PM
18 about the time that it was received by           02:01PM
19 Mr. Scheinman at Cisco?                          02:01PM
20   A.  Once again, I'm sure I received it. I     02:01PM
21 believe I received it eventually from            02:01PM
22 Mr. Scheinman. I'm sure I received it from someone 02:01PM

Page 128

1  in due course.                                   02:01PM
2    Q.  What, if anything, did you do when you     02:01PM
3  received a copy of this document?                02:01PM
4    A.  I don't recall specifically. I read       02:01PM
5  it. Let's see. I may have -- sometime after this, 02:01PM
6  I believe we engaged outside counsel. I don't know 02:02PM
7  exactly when.                                    02:02PM
8    Q.  Why did you do that?                       02:02PM
9    A.  Oh, this was -- first time there was       02:02PM
10 a -- there is more patents involved and a specific 02:02PM
11 allegation of infringement, so I probably engaged 02:02PM
12 outside counsel.                                 02:02PM
13   Q.  And who was that?                          02:02PM
14   A.  Baker Botts.                               02:02PM
15   Q.  And did Baker Botts prepare a written      02:02PM
16 opinion of infringement, validity, and/or        02:02PM
17 enforceability relating to any of these patents? 02:02PM
18        MR. REINES: Give me that question        02:03PM
19 back.                                            02:03PM
20        (The record was read back as follows:    02:03PM
21        "Q. And did Baker Botts prepare a        02:02PM
22        written opinion of infringement,         02:02PM

Page 129

1         validity, and/or enforceability          02:02PM
2         relating to any of these patents?")       02:03PM
3         MR. REINES: I'm going to object on       02:03PM
4  vagueness and things. If the question's whether -- 02:03PM
5  I'll permit a question on whether they received  02:03PM
6  legal advice, related to those questions, in     02:03PM
7  written form.                                    02:03PM
8         I don't know what you mean by            02:03PM
9  "opinion," and I don't think it's a loaded term. 02:03PM
10 And I think it invades the privilege. So I think 02:03PM
11 you can get what you want just by using the term 02:03PM
12 "legal advice."                                  02:03PM
13 BY MR. PRICE:                                    02:03PM
14   Q.  Did Baker Botts provide legal advice,      02:03PM
15 in Mr. Reines's term, when you -- when Cisco     02:03PM
16 engaged them after receiving this letter?        02:04PM
17   A.  Yes.                                       02:04PM
18   Q.  Was that advice in written form?           02:04PM
19        MR. REINES: It's fine. It is again      02:04PM
20 vague just because I know there were PowerPoints 02:04PM
21 that were presented at meetings with the other   02:04PM
22 side. So if you consider it an electronic        02:04PM

33 (Pages 126 to 129)

Barr, Robert CONFIDENTIAL - ATTORNEYS' EYES ONLY May 27, 2006
Redwood Shores, CA

Page 130

1  PowerPoint, you know, that kind of issue --  02:04PM
2      MR. PRICE: Sure. I'm not talking  02:04PM
3  about the other side now. I'm just talking about  02:04PM
4  advice to Cisco.  02:04PM
5      THE WITNESS: I'm sure some of it was  02:04PM
6  in written form.  02:04PM
7      MR. PRICE: Let's mark the next  02:04PM
8  document as Exhibit Barr 022 for identification.  02:04PM
9      (Exhibit Barr 022 was marked for  02:04PM
10  identification by the reporter.)  02:05PM
11  BY MR. PRICE:  02:05PM
12    Q.  Does this reflect Cisco's retention of  02:05PM
13  Baker Botts for the purpose that you mentioned?  02:05PM
14    A.  Yes.  02:05PM
15    Q.  And was Mr. Showalter the attorney at  02:05PM
16  Baker Botts who was principally responsible?  02:05PM
17    A.  The lead -- yeah, the lead attorney  02:05PM
18  for us.  02:05PM
19    Q.  The letter from Mr. Giordano to  02:05PM
20  Mr. Scheinman was dated May 27th -- I'm sorry. I  02:05PM
21  misread -- September 7, 2001; is that correct?  02:05PM
22  That's Exhibit Barr 021.  02:05PM

Page 131

1    A.  That's what it says. Yes.  02:05PM
2    Q.  The letter from Mr. Showalter to  02:05PM
3  Mr. Giordano is dated September 19, 2001,  02:05PM
4  twelve days later; is that correct?  02:06PM
5    A.  That's what it says. Yes.  02:06PM
6      MR. PRICE: Let's mark the next  02:06PM
7  document as Exhibit Barr 023.  02:06PM
8      (Exhibit Barr 023 was marked for  02:06PM
9  identification by the reporter.)  02:06PM
10  BY MR. PRICE:  02:06PM
11    Q.  Have you ever seen this document  02:06PM
12  before?  02:06PM
13    A.  Yes, I have.  02:06PM
14    Q.  Do you recognize this as a letter from  02:06PM
15  Mr. Giordano to Mr. Scheinman dated November 20,  02:06PM
16  2002?  02:06PM
17    A.  Yes.  02:06PM
18    Q.  More than a year after Mr. Showalter  02:06PM
19  wrote to Mr. Giordano in response to Mr. Giordano's  02:06PM
20  letter of September 12, 2001?  02:06PM
21    A.  The calendar speaks for itself, sir.  02:07PM
22    Q.  And to your knowledge, did Cisco or  02:07PM

Page 132

1  anyone acting on Cisco's behalf respond to  02:07PM
2  Mr. Giordano's September 7, '01, letter between  02:07PM
3  September 19th of 2001 and November 20th of 2002?  02:07PM
4    A.  It says so -- it says here that "over  02:07PM
5  the next few months, I had a number of  02:07PM
6  conversations with your attorney when, in  02:07PM
7  January 2002, he called me to indicate that Cisco  02:07PM
8  and Telcordia were working on other business  02:07PM
9  matters that may address the matter and he was not  02:07PM
10  permitted to pursue further discussions.  02:07PM
11      "Since that time, we have not made any  02:07PM
12  progress toward bringing our licensing discussions  02:07PM
13  to resolution."  02:07PM
14  BY MR. PRICE:  02:07PM
15    Q.  Do you know what the other business  02:07PM
16  matters referred to in that paragraph were?  02:07PM
17    A.  I was aware that OSMINE was still  02:08PM
18  ongoing, I believe, and discussions about  02:08PM
19  partnering and testing and -- let's see. We're in  02:08PM
20  period 2002. There could have been other  02:08PM
21  discussions of other business arrangements with  02:08PM
22  Telcordia.  02:08PM

Page 133

1    Q.  By November 20th of 2002, the  02:08PM
2  memorandum of understanding had expired, had it  02:08PM
3  not?  02:08PM
4    A.  Well, that's correct.  02:08PM
5    Q.  And, in fact, on September 7, 2001,  02:09PM
6  when Mr. Giordano wrote to Mr. Scheinman, the  02:09PM
7  memorandum of understanding had expired; is that  02:09PM
8  correct.  02:09PM
9    A.  When was that?  02:09PM
10    Q.  September 12th of 2001.  02:09PM
11    A.  As we said earlier, it was due to  02:09PM
12  expire in 2000. Right? Yeah, sometime in 2000.  02:09PM
13      MR. PRICE: The next document should  02:09PM
14  be marked as Exhibit Barr 024 for identification.  02:09PM
15      (Exhibit Barr 024 was marked for  02:09PM
16  identification by the reporter.)  02:10PM
17  BY MR. PRICE:  02:10PM
18    Q.  Can you identify this document?  02:10PM
19    A.  This is a printout of an e-mail which  02:10PM
20  states it is from Dave Sincoskie to Dan Scheinman  02:10PM
21  with several persons copied. It has some  02:10PM
22  attachments.  02:10PM

34 (Pages 130 to 133)