IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-876-GMS |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2007, **SUPPLEMENTAL REPORT OF JAMES J. NAWROCKI** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Sasha D. Mayergoyz, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>233 S. Wacker Dr.<br>Chicago, IL  60606 | VIA ELECTRONIC MAIL |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 | VIA ELECTRONIC MAIL |
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | VIA ELECTRONIC MAIL |

Edward D. Reines, Esquire           VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

                     ASHBY & GEDDES

                     */s/ Tiffany Geyer Lydon*

                     Steven J. Balick (I.D. #2114)
                     John G. Day (I.D. #2403)
                     Tiffany Geyer Lydon (I.D. #3950)
                     500 Delaware Avenue, 8th Floor
                     P.O. Box 1150
                     Wilmington, DE 19899
                     (302) 654-1888
                     sbalick@ashby-geddes.com
                     jday@ashby-geddes.com
                     tlydon@ashby-geddes.com

                     *Attorneys for Plaintiff*
                     *Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
Griffith B. Price
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: April 23, 2007

150915.1