IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-876 GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on May 10, 2007.

Dated: May 10, 2007  /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE