IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-876 GMS |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on May 10, 2007. The verdict was accompanied by a verdict form (D.I. 346), a copy of which is attached hereto. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the plaintiff, TELCORDIA and against the defendant, CISCO in the amount of SIX MILLION FIVE HUNDRED THOUSAND DOLLARS ($6,500,000.00) for infringement of the U.S. Patent No. 4,835,763 and the U.S. Patent No. Re 36,633.

Dated: May 16, 2007            /s/ Gregory M . Sleet
                               UNITED STATES DISTRICT JUDGE