IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>_____ ) | Civil Action No. 04-876-GMS |

**TELCORDIA TECHNOLOGIES, INC.'S MOTION FOR (1) AN AWARD OF PREJUDGMENT INTEREST AND (2) AN ACCOUNTING OF DEFENDANT CISCO SYSTEMS, INC.'S INFRINGING SALES SINCE JANUARY 31, 2007**

Plaintiff Telcordia Technologies, Inc. ("Telcordia") hereby respectfully moves the Court for an Order (1) awarding prejudgment interest on the amount of damages awarded by the jury for Cisco's infringing sales, calculated at the prime rate compounded quarterly up to the date of final judgment herein, and (2) directing an accounting of Cisco's sales of its infringing products from January 31, 2007 to the date of final judgment, and awarding Telcordia damages and prejudgment interest on those sales.

The grounds for this motion are set forth in the accompanying opening. Telcordia also submits herewith a proposed Order.

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: May 30, 2007

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Telcordia Technologies, Inc*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v.  ) | Civil Action No. 04-876-GMS |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |
| ) | |

**ORDER AWARDING PREJUDGMENT**
**INTEREST AND DIRECTING AN ACCOUNTING**

Finding upon a jury verdict that Cisco Systems, Inc. ("Cisco") has infringed claims 11 and 33 of U.S. Patent Re. 36,633 ("the '633 patent") and claims 1, 2, 7 and 8 of U.S. Patent No. 4,835,763 ("the '763 patent") (collectively, the "patents-in-suit"), owned by plaintiff Telcordia Technologies, Inc. ("Telcordia"), and

Finding that the jury has awarded Telcordia the sum of $6,500,000.00 in damages to compensate it for such infringement, and

Upon consideration of Telcordia's "Motion For (1) An Award Of Prejudgment Interest And (2) For An Accounting Of Defendant Cisco Systems, Inc.'s Infringing Sales Since January 31, 2007," and the parties' submissions in support of and opposition to that Motion,

IT IS HEREBY ORDERED that:

1. Telcordia's motion for prejudgment interest shall be, and hereby is, granted, and Telcordia shall be awarded the sum of $1,161,616.00 in prejudgment interest on Cisco's infringing sales up to January 31, 2007, which sum shall be added to the $6,500,000.00 in

damages awarded by the jury, for a total of $7,661,616 in damages and prejudgment interest on Cisco's infringing sales up to January 31, 2007, and that total shall be set forth in the final judgment in this case; and

2. Telcordia's motion for an accounting of Cisco's sales of its infringing products from January 31, 2007 to the date of final judgment shall be, and hereby is, granted, and damages and prejudgment interest shall be assessed on those sales and added to the amount of damages and prejudgment interest to be paid to Telcordia by Cisco as set forth in the final judgment in this case.

SO ORDERED:

_____
United States District Judge

Dated: _____