IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>_____ ) | Civil Action No. 04-876-GMS |

**TELCORDIA TECHNOLOGIES, INC.'S MOTION FOR
ENTRY OF A PERMANENT INJUNCTION OR, IN THE ALTERNATIVE, FOR AN
ORDER REQUIRING CISCO TO PAY A MARKET-RATE ROYALTY**

Plaintiff Telcordia Technologies, Inc. ("Telcordia") hereby moves the Court, pursuant to Fed. R. Civ. P. 65, to permanently enjoin defendant Cisco Systems, Inc. ("Cisco") from continuing to infringe U.S. Patents Nos. 4,835,763 and Re. 36,633 or, in the alternative, for an order requiring Cisco to pay a market-rate royalty. The grounds for this motion are set forth in the accompanying opening brief and Declaration of Joseph Giordano.

181115v1

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *John G. Day* |
|  | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150 |
| *Of Counsel:* | Wilmington, Delaware 19899<br>(302) 654-1888 |
| Donald R. Dunner | sbalick@ashby-geddes.com |
| Steven M. Anzalone | jday@ashby-geddes.com |
| Richard H. Smith | tlydon@ashby-geddes.com |
| James T. Wilson | lmaguire@ashby-geddes.com |
| John M. Williamson |  |
| FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, L.L.P.<br>901 New York Ave., N.W.<br>Washington, D.C. 20001<br>(202) 408-4000 | *Attorneys for Plaintiff/Counterclaim Defendant<br>Telcordia Technologies, Inc* |

Dated: May 30, 2007
181115.v1

2