IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | Civil Action No. 04-876-GMS |
| v. ) | |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

**TELCORDIA TECHNOLOGIES, INC.'S FED. R. CIV. P. 54(b)
MOTION FOR ATTORNEY FEES AND EXPENSES PURSUANT
TO 35 U.S.C. § 285 AND/OR THE COURT'S INHERENT EQUITABLE AUTHORITY**

Plaintiff Telcordia Technologies, Inc. ("Telcordia") hereby respectfully moves under Fed. R. Civ. P. 54(b) for attorney fees and expenses pursuant to the fee shifting provision of the Patent Act, 35 U.S.C. § 285, and/or the Court's inherent equitable authority. For the reasons stated in the accompanying opening brief, Telcordia respectfully requests that the Court grant its Motion for Attorney Fees and Expenses Pursuant to 35 U.S.C. § 285 and/or the Court's Inherent Equitable Authority.

ASHBY & GEDDES

/s/ *John G. Day*

---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff
Telcordia Technologies, Inc*

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
(202) 408-4000

Dated: May 30, 2007
181117.1