IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,  ) | |
| ) | |
| Plaintiff/Counterclaim Defendant,  ) | |
| ) | |
| v.                                ) | C.A. No. 04-876-GMS |
| ) | |
| CISCO SYSTEMS, INC.,               ) | |
| ) | |
| Defendant/Counterclaim Plaintiff.  ) | |

**DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR NEW TRIAL
ON WILLFUL INFRINGEMENT PURSUANT TO RULE 59(a)**

Pursuant to Fed. R. Civ. P. 59(a), Cisco hereby moves for a new trial on the issue of willful infringement. The Court's jury instruction on willful infringement erroneously included nine factors from *Read Corp. v. Portec, Inc.*, 970 F.2d 816, 826-27 (Fed. Cir. 1992) and inclusion of those factors in the jury instruction did not constitute harmless error.[1] For the reasons set forth in the accompanying brief, the Court should grant Cisco's motion for a new trial.

---

[1] Pursuant to Rule 51(c), Cisco timely raised objections to the Court's jury instruction on willful infringement (*see* D.I. 359 at 2044:9-2056:1).

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jack B. Blumenfeld*
                    Jack B. Blumenfeld (I.D. #1014)
                    Leslie A. Polizoti (I.D. #4299)
                    1201 North Market Street
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    lpolizoti@mnat.com

                    *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

May 31, 2007
845713

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused copies of the foregoing document to be served on May 31, 2007 upon the following in the manner indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, 8th Fl.
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

**BY FEDERAL EXPRESS**
**(on June 1, 2007)**

Don O. Burley
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC 20001

*/s/ Jack B. Blumenfeld*
_____
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com