IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. ) | C.A. No. 04-876 (GMS) |

## STIPULATION AND ORDER

WHEREAS, on May 30, 2007, Plaintiff Telcordia Technologies, Inc. ("Telcordia") filed the following post-trial motions: (1) Telcordia's Motion for Entry of a Permanent Injunction or, in the Alternative, for an Order Requiring Cisco to Pay a Market-Rate Royalty (D.I. 366); (2) Telcordia's Motion for an Award of Prejudgment Interest and an Accounting of Cisco's Infringing Sales Since January 31, 2007 (D.I. 362); (3) Telcordia's Motion to Enhance Damages Pursuant to 35 U.S.C. § 284 (D.I. 369); and (4) Telcordia's Motion for Attorney Fees and Expenses Pursuant to 35 U.S.C. § 285 and/or the Court's Inherent Equitable Authority (D.I. 371) ("Telcordia's post-trial motions").

WHEREAS, on May 31, 2007, Defendant Cisco Systems, Inc. ("Cisco") filed the following post-trial motions: (1) Cisco's Motion for Judgment as a Matter of Law (D.I. 375); and (2) Cisco's Motion for New Trial on Willful Infringement Pursuant to Rule 59(a) (D.I. 373) ("Cisco's post-trial motions").

In light of the numerous motions and scheduling issues, including vacations of counsel, Telcordia and Cisco agree that the briefing schedules for both Telcordia's and Cisco's

1

post-trial motions should be coordinated and extended, and hereby stipulate to the following briefing schedule for all post-trial motions, subject to the approval of the Court:

    1.    Answering briefs in opposition to Telcordia's and Cisco's post-trial motions shall be filed with the Court on June 28, 2007.

    2.    Reply briefs in support of Telcordia's and Cisco's post-trial motions shall be filed with the Court on July 19, 2007.

| ASHBY & GEDDES, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Steven J. Balick<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 5th floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>lmaguire@ashby-geddes.com | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>lpolizoti@mnat.com |
| OF COUNSEL:<br><br>Donald R. Dunner<br>Steven M. Anzalone<br>Richard H. Smith<br>James T. Wilson<br>John M. Williamson<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br><br>*Attorneys for Plaintiff Telcordia Technologies, Inc.* | OF COUNSEL:<br><br>Matthew D. Powers<br>Edward R. Reines<br>Jessica L. Davis<br>Sonal N. Mehta<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br><br>*Attorneys for Defendant Cisco Systems, Inc.* |

2

SO ORDERED this ____ day of June 2007.

_____
U.S. District Court Judge