# EXHIBIT A



| Rank | Company | Revenue | Profit |
|---|---|---|---|
| 39 | Pfizer | 52,415.0 | 19,337.0 |
| 40 | Dow Chemical | 49,124.0 | 3,724.0 |
| 41 | Wells Fargo | 47,979.0 | 8,482.0 |
| 42 | United Technologies | 47,829.0 | 3,732.0 |
| 43 | United Parcel Service | 47,547.0 | 4,202.0 |
| 44 | Walgreen | 47,409.0 | 1,750.6 |
| 45 | Lowe's | 46,927.0 | 3,105.0 |
| 46 | Wachovia Corp. | 46,810.0 | 7,791.0 |
| 47 | Lehman Brothers Holdings | 46,709.0 | 4,007.0 |
| 48 | Time Warner | 44,788.0 | 6,552.0 |
| 49 | Microsoft | 44,282.0 | 12,599.0 |
| 50 | Freddie Mac | 44,002.0 | 2,211.0 |
| 51 | CVS/Caremark | 43,813.8 | 1,368.9 |
| 52 | Motorola | 43,739.0 | 3,661.0 |
| 53 | Sprint Nextel | 43,531.0 | 1,329.0 |
| 54 | Medco Health Solutions | 42,543.7 | 630.2 |
| 55 | Caterpillar | 41,517.0 | 3,537.0 |
| 56 | Safeway | 40,185.0 | 870.6 |
| 57 | Lockheed Martin | 39,620.0 | 2,529.0 |
| 58 | Caremark Rx | 36,750.2 | 1,074.0 |
| 59 | Archer Daniels Midland | 36,596.1 | 1,312.1 |
| 60 | Sunoco | 36,081.0 | 979.0 |
| 61 | Allstate | 35,796.0 | 4,993.0 |
| 62 | Intel | 35,382.0 | 5,044.0 |
| 63 | PepsiCo | 35,137.0 | 5,642.0 |
| 64 | Walt Disney | 34,285.0 | 3,374.0 |
| 65 | Sysco | 32,628.4 | 855.3 |
| 66 | Prudential Financial | 32,488.0 | 3,428.0 |
| 67 | Johnson Controls | 32,413.0 | 1,028.0 |
| 68 | FedEx | 32,294.0 | 1,806.0 |
| 69 | Honeywell Intl. | 31,367.0 | 2,083.0 |
| 70 | Ingram Micro | 31,357.5 | 265.8 |
| 71 | Alcoa | 30,896.0 | 2,248.0 |
| 72 | Best Buy | 30,848.0 | 1,140.0 |
| 73 | Northrop Grumman | 30,304.0 | 1,542.0 |
| 74 | DuPont | 28,982.0 | 3,148.0 |
| 75 | Hess | 28,720.0 | 1,916.0 |
| 76 | Federated Dept. Stores | 28,711.0 | 995.0 |
| 77 | Cisco Systems | 28,484.0 | 5,580.0 |
| 78 | New York Life Insurance | 28,365.1 | 1,035.4 |
| 79 | American Express | 27,145.0 | 3,707.0 |
| 80 | TIAA-CREF | 26,756.8 | 2,333.8 |
| 81 | Washington Mutual | 26,561.0 | 3,558.0 |
| 82 | Hartford Financial Services | 26,500.0 | 2,745.0 |
| 83 | Delphi | 26,392.0 | -5,464.0 |
| 84 | Comcast | 25,700.0 | 2,533.0 |
| 85 | Aetna | 25,568.6 | 1,701.7 |
| 86 | Tyson Foods | 25,559.0 | -196.0 |
| 87 | HCA | 25,477.0 | 1,036.0 |
| 88 | News Corp. | 25,327.0 | 2,314.0 |
| 89 | Travelers Cos. | 25,090.0 | 4,208.0 |
| 90 | Massachusetts Mutual Life Insurance | 24,863.4 | 1,266.0 |



**Big deals**
Last year saw the biggest buyout frenzy since 2000, as 42 Fortune 1,000 corporations were acquired. Who was part of the buyout binge?
See them all

See the rest

### Most profitable companies

| Company | 2006 Profits ($ millions) |
|---|---|
| Exxon Mobil | 39,500 |
| UAL | 22,876 |
| Citigroup | 21,538 |

See the rest

### Best investments

Best Investments By Industry: Total Return to Shareholders (1 Year)

| Industry | Total Return to Shareholders (2006) |
|---|---|
| Metals | 70.0 |
| Airlines | 59.2 |
| Telecommunications | 48.1 |

See the rest

### Fortune 500 methodology

Included in the survey are U.S. incorporated companies filing financial statements with a government agency. This includes private companies... (more)

SPECIAL OFFER:



| | | | |
|---|---|---|---|
| 91 | Countrywide Financial | 24,444.6 | 2,674.8 |
| 92 | General Dynamics | 24,212.0 | 1,856.0 |
| 93 | International Paper | 24,186.0 | 1,050.0 |
| 94 | Coca-Cola | 24,088.0 | 5,080.0 |
| 95 | Liberty Mutual Ins. Group | 23,520.0 | 1,626.0 |
| 96 | Raytheon | 23,274.0 | 1,283.0 |
| 97 | 3M | 22,923.0 | 3,851.0 |
| 98 | Deere | 22,768.9 | 1,693.8 |
| 99 | Merck | 22,636.0 | 4,433.8 |
| 100 | Halliburton | 22,576.0 | 2,348.0 |

Current view: 1-100

From the April 30th, 2007 issue

- Home • Portfolio • Calculators • Contact us • Newsletters • Podcasts • RSS • Mobile • Press Center • Site Map
- Advertise with Us • Magazine Customer Service • Datastore • Reprints
- Career Opportunities • Special Sections • Conferences • Business Leader Council

* : Time reflects local markets trading time.    † - Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.    • Disclaimer

© 2007 Cable News Network LP, LLLP. A Time Warner Company    ALL RIGHTS RESERVED.
• TERMS UNDER WHICH THIS SERVICE IS PROVIDED TO YOU.    • PRIVACY POLICY