# EXHIBIT C

# Williamson, John

| | |
|---|---|
| From: | Brittingham, Smith |
| Sent: | Friday, May 11, 2007 8:05 AM |
| To: | Telcordia-ITC-ATTY; Telcordia-ITC-Staff |
| Subject: | Fw: 337-TA-574: update regarding Cisco motion to compel re privilege claims |

---

Sent from my BlackBerry Wireless Device

----- Original Message -----
From: edward.reines@weil.com <edward.reines@weil.com>
To: Gregory.Moldafsky@usitc.gov <Gregory.Moldafsky@usitc.gov>
Cc: alcatel_itc@kenyon.com <alcatel_itc@kenyon.com>; Benjamin.Levi@usitc.gov <Benjamin.Levi@usitc.gov>; Gregory.Moldafsky@usitc.gov <Gregory.Moldafsky@usitc.gov>; jotteson@wsgr.com <jotteson@wsgr.com>; max.grant@lw.com <max.grant@lw.com>; mreed@wsgr.com <mreed@wsgr.com>; steven.cherny@lw.com <steven.cherny@lw.com>; Brittingham, Smith; jessica.davis@weil.com <jessica.davis@weil.com>; sonal.mehta@weil.com <sonal.mehta@weil.com>
Sent: Fri May 11 02:12:27 2007
Subject: Re: 337-TA-574: update regarding Cisco motion to compel re privilege claims

Mr. Moldafsky:

This email responds to Mr. Brittingham's email submission earlier today concerning the district court proceedings.

To add balance to Mr. Brittingham's characterization of the trial, we wanted to report that the jury awarded less than 1/10 of the damages sought by Telcordia. Specifically, Telcordia sought more than $75,000,000 for its two patents and received only $6,500,000 total. Indeed, the unchallenged testimony at trial was that of the fourteen Cisco network cards that contain the accused SRTS technology for the '633 Patent (the only patent remaining in this investigation), thirteen have been discontinued and the last one will be discontinued in a matter of months. Put simply, Cisco is phasing out due to lack of demand the last card that enables its products to use the accused SRTS technology. Accordingly, the accused technology will be entirely discontinued very soon and Telcordia did not deny that at trial.

Although Telcordia abandoned the two other patents originally in this investigation in view of the fact that there was no reasonable possibility it would obtain meaningful relief, time will tell what it plans to do with its last remaining patent. Judging by Mr. Brittingham's email, Telcordia appears interested in continuing ahead notwithstanding the discontinuation of the accused technology. Of course, Cisco will evaluate its options in this regard.

Respectfully Submitted,

Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel (650) 802-3022
Fax (650) 802-3100




"Brittingham, Smith" <smith.brittingham@finnegan.com>

1

05/09/2007 03:31 PM
To
    &lt;Gregory.Moldafsky@usitc.gov&gt;
cc
    &lt;edward.reines@weil.com&gt;, &lt;sonal.mehta@weil.com&gt;, &lt;jessica.davis@weil.com&gt;, &lt;alcatel_itc@kenyon.com&gt;, &lt;steven.cherny@lw.com&gt;, &lt;max.grant@lw.com&gt;, &lt;jotteson@wsgr.com&gt;, &lt;mreed@wsgr.com&gt;, &lt;Benjamin.Levi@usitc.gov&gt;
Subject
    337-TA-574: update regarding Cisco motion to compel re privilege claims

Mr. Moldafsky:

I write to update you with respect to one of the currently pending motions in light of events in the district court trial. On March 23, 2007, respondent Cisco filed a Motion to Compel Telcordia to Withdraw Improper Assertions of Attorney-Client Privilege and Instructions Not to Answer. That motion addressed, among other issues, Telcordia's attorney-client privilege claims with respect to two documents--a Patent Submission document and a Patent Authorization document. See Cisco's Memorandum in Support at 2-6. In Telcordia's response, Telcordia noted that the privileged status of those documents would likely be decided by the district court judge during the district court trial since Cisco was attempting to introduce those documents into evidence over Telcordia's privilege objection. That did, in fact, occur, and the district court judge ruled that the two documents were not covered by the attorney-client privilege.

As a result, Telcordia is no longer asserting an attorney-client privilege objection to use of the Patent Submission document and the Patent Authorization document in this investigation. Telcordia's positions with respect to other aspects of Cisco's motion to compel remain unchanged.

If you have any questions, please do not hesitate to contact me.

Regards,

Smith Brittingham

Smith R. Brittingham IV | Finnegan, Henderson, Farabow, Garrett & Dunner LLP | 901 New York Ave., N.W. | Washington, D.C. 20001 | Direct Dial: 202.408.4158 | Fax: 202-408-4400 | Web: www.finnegan.com &lt;blocked::http://www.finnegan.com/&gt;

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

&lt; END &gt;

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

# EXHIBIT D





| Portfolio | Stocks | Community | Picks | Screen | Events | News |

**CISCO SYSTEMS INC ( : CSCO)**    $ 26.400    $.19    .72%

Quote | Discussion | Chart | News | Valuations | Earnings | Analysts | Picks | Sentiment | Technicals | Profile | Industry | News Selects | Insiders | Options | Fundamentals | Financials | Sec Filings

## Invotex Damages Expert Testifies in Telcordia v. Cisco Patent Infringement Trial

Thursday, May 17, 2007 11:21:00 AM ET

In the Telcordia Technologies, Inc. v. Cisco Systems, Inc., (Case #04CV876) patent dispute in federal court in Wilmington, Delaware, Invotex Group CEO and damages expert Terry L. Musika testified that the amount of total damages adequate to compensate for the claimed infringement was $5.5 million. The opposing damages expert, working with FTI Consulting, Inc., testified that the amount of total damages adequate to compensate for infringement was $75 million. On Friday, May 11, 2007, the jury decided that the two Telcordia patents asserted against Cisco were both valid and infringed and awarded damages of $6.5 million.

About Invotex Group

Invotex Group (http://www.invotex.com)">http://www.invotex.com) provides accounting, financial and economic consulting services to clients including Fortune Global 500 corporations, major law firms, leading research universities and local, state, and federal governments and agencies around the country. The firm's highly credentialed experts and professional staff conduct economic and financial analyses to provide objective opinions and advice in matters involving complex transactions, disputes, investigations, reorganizations, insurance and valuations. Invotex also offers advisory services for intellectual property owners, including licensing, technology evaluation and license compliance, asset management and enforcement of IP rights. The firm comprises experienced industry leaders, former public company financial executives, former international accounting and consulting firm ("Big 4") partners and seasoned consultants.

```
Contact
Terry Musika
Chief Executive Officer
410-824-0145
```

| 3 Stocks Ready to Soar | Stocks Ready To Soar | Stock May Triple In Days | 2007 Best Stocks To Buy |
|---|---|---|---|
| Sleep Easy with Stealth Stocks. Free Report with Stock Market Picks | Hot News Alert, Huge Profits 1000%+ Stock Near Explosive Breakout Point | News is out and more is coming. My top pick of 2007 could soar in days | 10 Low-Priced Stocks You Must Own Free Report on Profitable Stocks |
| www.StealthStocksOnline.com/ | www.otcstockexchange.com | smallcapfortunes.com | www.cabotwealth.com |

SOURCE Invotex Group

Terry Musika, Chief Executive Officer of Invotex Group, +1-410-824-0145



http://news.stockselector.com/newsarticle.asp?symbol=CSCO&article=93453131    5/21/2007

StockBanners

**Email this page to a friend:** email@address.com  [Send It]

Feedback | Copyright | Usage Agreement | Privacy Policy | Advertising | About Us | Contact Us | FAQ
Quotes are delayed by 15-20 minutes. Quotes provided by North American Quotations.
News provided by Comtex News Network.

**StockSelector.com, the StockSelector.com logo, and News Selects are trademarks of StockSelector.com.**
**Copyright © 1998 - 2007 StockSelector.com. All rights reserved.**



## Invotex Damages Expert Testifies in Telcordia v. Cisco Patent Infringement Trial

Last Update: 11:21 AM ET May 17, 2007

BALTIMORE, May 17, 2007 /PRNewswire via COMTEX/ -- In the Telcordia Technologies, Inc. v. Cisco Systems, Inc., (Case #04CV876) patent dispute in federal court in Wilmington, Delaware, Invotex Group CEO and damages expert Terry L. Musika testified that the amount of total damages adequate to compensate for the claimed infringement was $5.5 million. The opposing damages expert, working with FTI Consulting, Inc., testified that the amount of total damages adequate to compensate for infringement was $75 million. On Friday, May 11, 2007, the jury decided that the two Telcordia patents asserted against Cisco were both valid and infringed and awarded damages of $6.5 million.

About Invotex Group

Invotex Group ( http://www.invotex.com ) provides accounting, financial and economic consulting services to clients including Fortune Global 500 corporations, major law firms, leading research universities and local, state, and federal governments and agencies around the country. The firm's highly credentialed experts and professional staff conduct economic and financial analyses to provide objective opinions and advice in matters involving complex transactions, disputes, investigations, reorganizations, insurance and valuations. Invotex also offers advisory services for intellectual property owners, including licensing, technology evaluation and license compliance, asset management and enforcement of IP rights. The firm comprises experienced industry leaders, former public company financial executives, former international accounting and consulting firm ("Big 4") partners and seasoned consultants.

```
Contact
Terry Musika
Chief Executive Officer
410-824-0145
```

SOURCE Invotex Group

Terry Musika, Chief Executive Officer of Invotex Group, +1-410-824-0145 http://www.invotex.com Copyright (C) 2007 PR Newswire. All rights reserved ************************************************ As of Sunday, 05-13-2007 23:59, the latest Comtex SmarTrend® Alert, an automated pattern recognition system, indicated an UPTREND on 02-15-2007 for FCN @ $32.22. For more information on SmarTrend, contact your market data provider or go to www.mysmartrend.com SmarTrend is a registered trademark of Comtex News Network, Inc. Copyright © 2004-2007 Comtex News Network, Inc. All rights reserved.



Site Index | Archive | Help | Feedback | Membership | Premium Products | RSS | Podcasts | Company Info | Advertising Media Kit | Dow Jones Licensing Services
Dow Jones Online Network:
WSJ.com | Barron's Online | BigCharts | Virtual Stock Exchange | All Things Digital | MarketWatch Sync
CareerJournal.com | CollegeJournal.com | OpinionJournal.com | RealEstateJournal.com | StartupJournal.com

MarketWatch
Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to terms of use. Historical and current end-of-day data provided by FT Interactive Data. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Dow Jones IndexesSM from Dow Jones & Company, Inc. SEHK intraday data is provided by Comstock and is at least 60-minutes delayed. All quotes are in local exchange time.

Yahoo! My Yahoo! Mail    Make Y! your home page    Search: [          ]  Web Search

YAHOO! FINANCE   Sign In   Finance Home - Help
                 New User? Sign Up                     PR Newswire

Welcome [Sign In]                        To track stocks & more, Register
Financial News

Enter symbol(s) [      ] Basic [▼] Get  Symbol Lookup

**Press Release**                                    Source: Invotex Group

# Invotex Damages Expert Testifies in Telcordia v. Cisco Patent Infringement Trial

Thursday May 17, 11:21 am ET

BALTIMORE, May 17 /PRNewswire/ -- In the Telcordia Technologies, Inc. v. Cisco Systems, Inc., (Case #04CV876) patent dispute in federal court in Wilmington, Delaware, Invotex Group CEO and damages expert Terry L. Musika testified that the amount of total damages adequate to compensate for the claimed infringement was $5.5 million. The opposing damages expert, working with FTI Consulting, Inc., testified that the amount of total damages adequate to compensate for infringement was $75 million. On Friday, May 11, 2007, the jury decided that the two Telcordia patents asserted against Cisco were both valid and infringed and awarded damages of $6.5 million.

About Invotex Group

Invotex Group (http://www.invotex.com) provides accounting, financial and economic consulting services to clients including Fortune Global 500 corporations, major law firms, leading research universities and local, state, and federal governments and agencies around the country. The firm's highly credentialed experts and professional staff conduct economic and financial analyses to provide objective opinions and advice in matters involving complex transactions, disputes, investigations, reorganizations, insurance and valuations. Invotex also offers advisory services for intellectual property owners, including licensing, technology evaluation and license compliance, asset management and enforcement of IP rights. The firm comprises experienced industry leaders, former public company financial executives, former international accounting and consulting firm ("Big 4") partners and seasoned consultants.

```
Contact
Terry Musika
Chief Executive Officer
410-824-0145
```

Source: Invotex Group

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.