# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

**REDACTED PUBLIC VERSION**

Civil Action No. 04-876-GMS

---

### DECLARATION OF JOSEPH GIORDANO IN SUPPORT OF TELCORDIA TECHNOLOGIES, INC.'S MOTION FOR (1) AN AWARD OF PREJUDGMENT INTEREST AND (2) AN ACCOUNTING OF DEFENDANT CISCO SYSTEMS, INC.'S INFRINGING SALES SINCE JANUARY 31, 2007

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff/Counterclaim Defendant
Telcordia Technologies, Inc*

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: May 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 04-876-GMS |
| | § | |
| CISCO SYSTEMS, INC, | § | **DECLARATION OF** |
| | § | **JOSEPH GIORDANO** |
| | § | |
| Defendant. | § | |
| | § | |

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Joseph Giordano