IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CISCO SYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> ) | **REDACTED** <br> **PUBLIC VERSION** <br> <br> Civil Action No. 04-876-GMS |

**DECLARATION OF JAMES J. NAWROCKI IN SUPPORT OF TELCORDIA TECHNOLOGIES, INC.'S MOTION FOR (1) AN AWARD OF PREJUDGMENT INTEREST AND (2) AN ACCOUNTING OF DEFENDANT CISCO SYSTEMS, INC.'S INFRINGING SALES SINCE JANUARY 31, 2007**

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: May 30, 2007

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff/Counterclaim Defendant
Telcordia Technologies, Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., § § § Plaintiff, § § v. § § CISCO SYSTEMS, INC, § § Defendant. § § § § § § § | Civil Action No. 04-876-GMS |

## DECLARATION OF JAMES J. NAWROCKI

I, James J. Nawrocki, declare under penalty of perjury the following:

1. I have been retained as an expert on behalf of the Plaintiff, Telcordia Technologies, Inc. ("Telcordia"). I am a certified public accountant at the firm IP Financial Consulting LLC ("IPF"). IPF is a financial consulting firm that provides corporate, individual and law firm clients with financial assessments of intellectual property and other corporate assets. My credentials and experience are described in detail in my June 28, 2006, report submitted in this matter regarding damages claimed by Telcordia.

2. I have been asked by Telcordia's counsel to calculate prejudgment interest on damages awarded by a jury verdict on May 10, 2007. I understand that the jury awarded Telcordia damages of $6.5 million on sales of infringing products for the period

September 2001 through January 2007. I have only received Cisco's sales data through January 2007, and therefore reserve the right to supplement my calculation of prejudgment interest, as set forth herein, to include interest on Cisco's infringing sales thereafter if that information is made available.

3. Based upon the facts and circumstances of this case and the May 29, 2007 Declaration of Joseph Giordano, I have been asked by the Plaintiff's counsel to calculate prejudgment interest on the damages awarded by the jury based on the Prime Rate compounded quarterly. Quarterly revenues were calculated based on the monthly sales of infringing products. I have assumed that quarterly revenues would be due on the first day of the following quarter (e.g. the combined October, November and December 2001 revenues would be due January 1, 2002). I have calculated prejudgment interest from the day that the revenues would be due through May 31, 2007. My prejudgment interest calculation is attached to this declaration as Schedule 1. Shown below is a summary of the interest calculated under this method:

|  | Quarterly Compounding (Damages Begin 9/7/01)[1] |
|---|---|
| **Damages** | $6,500,000 |
| **Interest** | $1,161,616 |
| **Damages with Interest** | $7,661,616 |

---

[1] See Schedule 1

4. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of May 2007 in Houston, Texas.

_____
James J. Nawrocki

Schedule 1

Telcordia Technologies, Inc. v. Cisco Systems, Inc.
Interest Calculation for Damages
at Prime Rate

| | Annual Prime Rate[1] | Periodic Rate[2] | Sales of Infringing Products[3] | Damages[4] | Beginning Principal | Interest | Ending Principal |
|---|---|---|---|---|---|---|---|
| Qtr 3-2001[5] | 6.91% | 1.73% | $16,122,759 | $103,355 | | | $105,140 |
| Qtr 4-2001 | 6.91% | 1.73% | 56,301,382 | 360,920 | $103,355 | $1,785 | 471,502 |
| Qtr 1-2002 | 4.67% | 1.17% | 57,288,748 | 367,250 | 466,061 | 5,441 | 848,544 |
| Qtr 2-2002 | 4.67% | 1.17% | 48,213,936 | 309,076 | 838,751 | 9,792 | 1,171,135 |
| Qtr 3-2002 | 4.67% | 1.17% | 41,930,160 | 268,793 | 1,157,619 | 13,515 | 1,456,739 |
| Qtr 4-2002 | 4.67% | 1.17% | (134,524,781) | (862,371) | 1,439,928 | 16,811 | 600,490 |
| Qtr 1-2003 | 4.12% | 1.03% | 37,933,625 | 243,174 | 594,368 | 6,122 | 852,353 |
| Qtr 2-2003 | 4.12% | 1.03% | 36,878,160 | 236,408 | 843,663 | 8,690 | 1,099,975 |
| Qtr 3-2003 | 4.12% | 1.03% | 40,498,031 | 259,613 | 1,088,761 | 11,214 | 1,373,591 |
| Qtr 4-2003 | 4.12% | 1.03% | 44,569,013 | 285,710 | 1,359,588 | 14,004 | 1,677,304 |
| Qtr 1-2004 | 4.34% | 1.09% | 47,902,893 | 307,082 | 1,659,301 | 18,003 | 2,005,917 |
| Qtr 2-2004 | 4.34% | 1.09% | 50,752,160 | 325,347 | 1,984,386 | 21,531 | 2,356,558 |
| Qtr 3-2004 | 4.34% | 1.09% | 50,207,646 | 321,856 | 2,331,263 | 25,294 | 2,707,475 |
| Qtr 4-2004 | 4.34% | 1.09% | 47,868,211 | 306,859 | 2,678,414 | 29,061 | 3,060,981 |
| Qtr 1-2005 | 6.19% | 1.55% | 58,092,151 | 372,400 | 3,014,334 | 46,647 | 3,486,512 |
| Qtr 2-2005 | 6.19% | 1.55% | 77,436,779 | 496,409 | 3,433,381 | 53,132 | 4,044,556 |
| Qtr 3-2005 | 6.19% | 1.55% | 54,694,951 | 350,622 | 3,982,921 | 61,636 | 4,463,194 |
| Qtr 4-2005 | 6.19% | 1.55% | 50,521,501 | 323,868 | 4,395,179 | 68,015 | 4,882,325 |
| Qtr 1-2006 | 7.96% | 1.99% | 61,676,753 | 395,379 | 4,787,062 | 95,263 | 5,382,730 |
| Qtr 2-2006 | 7.96% | 1.99% | 78,677,306 | 504,361 | 5,277,704 | 105,026 | 6,004,244 |
| Qtr 3-2006 | 7.96% | 1.99% | 78,264,782 | 501,717 | 5,887,091 | 117,153 | 6,635,429 |
| Qtr 4-2006 | 7.96% | 1.99% | 93,243,735 | 597,739 | 6,505,961 | 129,469 | 7,382,352 |
| Qtr 1-2007 | 8.25% | 2.06% | 19,411,317 | 124,436 | 7,233,168 | 149,184 | 7,661,616 |
| Qtr 2-2007[6] | 8.25% | 2.06% | | | 7,506,789 | 154,828 | 7,661,616 |
| Total | | | $1,013,961,217 | $6,500,000 | | $1,161,616 | $7,661,616 |

Notes:
1. Source: www.federalreserve.com
2. Calculated as annual prime rate divided by 4 quarters
3. Quarterly sales derived from annual sales amounts shown on PTX-1812
4. Quarterly damages determined by time phasing the $6.5 million award based upon the quarterly sales of infringing products
5. Includes Sales of infringing product beginning September 2001
6. Interest is calculated through May 31, 2007

Confidential