IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | **REDACTED** |
| | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-876-GMS |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF JOSEPH GIORDANO IN SUPPORT OF TELCORDIA'S MOTION FOR ENTRY OF A PERMANENT INJUNCTION OR, IN THE ALTERNATIVE, FOR A COMPULSORY LICENSE

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: May 30, 2007
181108.v1

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff/Counterclaim Defendant
Telcordia Technologies, Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC., )
)
      Plaintiff/Counterclaim Defendant, )
)
v. )   Civil Action No. 04-876-GMS
)
CISCO SYSTEMS, INC., )
)
      Defendant/Counterclaim Plaintiff. )
)

**DECLARATION OF JOSEPH GIORDANO IN SUPPORT OF TELCORDIA'S MOTION FOR ENTRY OF A PERMANENT INJUNCTION OR, IN THE ALTERNATIVE, FOR A COMPULSORY LICENSE**

**REDACTED**

**REDACTED**

*Joseph Giordano*