IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | C.A. No. 04-876-GMS |

## STIPULATION AND ORDER

WHEREAS, on June 6, 2007, the Court entered the Stipulation and Proposed Order filed by Plaintiff Telcordia Technologies, Inc. ("Telcordia") and Defendant Cisco Systems, Inc. ("Cisco") extending the deadlines for answering briefs in opposition to Telcordia's and Cisco's post-trial motions (D.I. 362, 366, 369, 371, 373, 375) to June 28, 2007, and extending the deadlines for reply briefs in support of those motions to July 19, 2007.

WHEREAS, Cisco has requested and Telcordia has agreed to produce Messrs. James Nawrocki and Joseph Giordano for depositions relating to the subject matter of their declarations served in support of Telcordia's post-trial motions.

WHEREAS, due to the witnesses' schedules, the depositions of these witnesses will not be complete until July 19, 2007.

As a result of these scheduling constraints, Telcordia and Cisco hereby agree that the briefing schedules for both Telcordia's and Cisco's post-trial motions should be further extended, and hereby stipulate to the following revised briefing schedule for all post-trial motions, subject to the approval of the Court:

1. Answering briefs in opposition to Telcordia's and Cisco's post-trial motions shall be filed with the Court on July 23, 2007.

2. Reply briefs in support of Telcordia's and Cisco's post-trial motions shall be filed with the Court on August 13, 2007.

Dated: June 19, 2007

| ASHBY & GEDDES, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Leslie A. Polizoti |
| Steven J. Balick (I.D. #2114) | Jack B. Blumenfeld (I.D. #1014) |
| John G. Day (I.D. #2403) | Leslie A. Polizoti (I.D. #4299) |
| Tiffany Geyer Lydon (I.D. # 3950) | 1201 North Market Street |
| Lauren E. Maguire (I.D. # 4261) | Wilmington, DE 19899-1347 |
| 500 Delaware Avenue, 5th floor | (302) 658-9200 |
| P.O. Box 1150 | jblumenfeld@mnat.com |
| Wilmington, DE 19899 | lpolizoti@mnat.com |
| (302) 654-1888 | |
| sbalick@ashby-geddes.com | |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| | OF COUNSEL: |
| OF COUNSEL: | Matthew D. Powers |
| | Edward R. Reines |
| Donald R. Dunner | Jessica L. Davis |
| Steven M. Anzalone | Sonal N. Mehta |
| Richard H. Smith | WEIL, GOTSHAL & MANGES LLP |
| James T. Wilson | 201 Redwood Shores Parkway |
| John M. Williamson | Redwood Shores, CA 94065 |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER | Telephone: (650) 802-3000 |
| 901 New York Avenue, NW | Facsimile: (650) 802-3100 |
| Washington, DC 20001 | |
| (202) 408-4000 | *Attorneys for Defendant Cisco Systems, Inc.* |
| *Attorneys for Plaintiff Telcordia Technologies, Inc.* | |

SO ORDERED this ____ day of June 2007.

865508

_____
U.S. District Judge