## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TELCORDIA TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | )) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-876-GMS** |
| | ) | |
| **CISCO SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant/Counterclaim Plaintiff.** | ) | |
| | ) | |

### <u>NOTICE OF DEPOSITION OF JOSEPH GIORDANO</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and the agreement of the parties, counsel for Defendant Cisco will take the deposition of Joseph Giordano on July 19, 2007 at 9:00 a.m. at the offices of Weil, Gotshal & Manges LLP, 1300 Eye Street, N.W., Suite 900, Washington, DC  20005.  The deposition will be taken before a certified court reporter or other person authorized to administer oaths.  The deposition will be recorded by videotape and by stenographic means.  The deposition will continue from day to day until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

_____

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:
Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3000

July 17, 2007

1

## CERTIFICATE OF SERVICE

I certify that on July 17, 2007 I electronically filed the Notice of Deposition of Joseph Giordano with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and John G. Day.

I further certify that I caused copies of the foregoing document to be served on July 17, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

John Day (jday@ashby-geddes.com)
Steven J. Balick (sbalick@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)


*/s/ Leslie A. Polizoti*
_____
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com