# EXHIBIT A

# CISCO

**Executive Thought Leadership**

## Executives

### Rely on World-Class Leadership

Cisco brings a wealth of management talent and experience to its executive thought leadership efforts. Read the biographies and perspectives of senior management who provide valuable expertise and insights.

**John T. Chambers**
Chairman and Chief Executive Officer
Biography
Related Content

---

**Nick Adamo**
Senior Vice President, U.S. Service Provider Sales
Biography

**Gregory Akers**
Senior Vice President and Chief Technology Officer for Global Government Solutions
Biography
Related Content

**Tony Bates**
Senior Vice President/GM, Service Provider Routing Technology Group
Biography
Related Content

**Joel Bion**
Senior Vice President, Cisco Research and Advanced Development
Biography

**Brad Boston**
Senior Vice President, Global Government Solutions and Corporate Security Programs
Biography
Related Content

**Susan L. Bostrom**
Senior Vice President, Chief Marketing Officer and Worldwide Government Affairs
Biography
Related Content

**Gary Bridge**
Senior Vice President, Internet Business Solutions Group
Biography
Related Content

**Larry R. Carter**
Senior Vice President, Office of the President
Biography

**Jonathan Chadwick**
Senior Vice President, Corporate Controller, and Principal Accounting Officer
Biography

**Owen Chan**
President, Asia Pacific Theatre
Biography

**Mark Chandler**
Senior Vice President, Legal Services, General Counsel and Secretary
Biography

**Howard Charney**
Senior Vice President, Office of the President
Biography
Related Content

**Marthin De Beer**
Senior Vice President, Emerging Markets Technology Group
Biography

**Chris Dedicoat**
President, European Markets
Biography

**Doug Dennerline**
Senior Vice President, U.S. Commercial Sales
Biography
Related Content

**Robert Lloyd**
Senior Vice President, U.S. and Canada Operations
Biography
Related Content

**John F. McCool**
Senior Vice President, Internet Systems Business Unit
Biography

**Clifford B. Meltzer**
Senior Vice President, Network Management Technology Group
Biography

**Angel L. Mendez**
Senior Vice President, Worldwide Manufacturing
Biography

**Gary B. Moore**
Senior Vice President, Advanced Services
Biography
Related Content

**John P. Morgridge**
Chairman Emeritus
Biography
Related Content

**Paul Mountford**
President, Emerging Markets Theatre
Biography
Related Content

**George O'Meara**
Senior Vice President, Customer Advocacy, U.S. and Canada Theatre
Biography

**Richard W. Palmer, Jr.**
Senior Vice President, Technology Group
Biography

**Pankaj Patel**
Senior Vice President, Broadband Edge and Midrange Routing Business Unit
Biography

**Ian Pennell**
Senior Vice President, Access Business Unit
Biography

**Joe Pinto**
Senior Vice President, Worldwide Technical Services

Biography
Related Content

**Randy Pond**
Senior Vice President, Operations, Processes, and Systems
Biography
Related Content

**Dennis D. Powell**
Senior Vice President and Chief Financial Officer
Biography
Related Content

**Donald R. Proctor**
Senior Vice President, Collaboration Software Group

Biography
Related Content

**Carlos Dominguez**
Senior Vice President, Worldwide Service Provider Ops.
Biography
Related Content

**Thomas Edsall**
Senior Vice President, Data Center Business Unit
Biography

**Wim Elfrink**
Senior Vice President, Customer Advocacy and Chief Globalization Officer
Biography
Related Content

**Charles H. Giancarlo**
Senior Vice President and Chief Development Officer, Cisco Systems, Inc.
President, Cisco-Linksys LLC
Biography
Related Content

**Keith Goodwin**
Senior Vice President, Worldwide Channels
Biography
Related Content

**Kathy Hill**
Senior Vice President, Ethernet and Wireless Technology Group
Biography
Related Content

**Rebecca J. Jacoby**
Senior Vice President and Chief Information Officer
Biography

**Richard J. Justice**
Senior Vice President, Worldwide Operations and Business Development
Biography

**Yasuki Kurosawa**
President, Cisco Systems K.K.
Biography

**Michel Langlois**
Senior Vice President, Network Software and Systems Technology Group
Biography
Related Content

Senior Vice President, New England Executive Sponsor
Biography

**James Richardson**
Senior Vice President, Commercial Business
Biography
Related Content

**Manny Rivelo**
Senior Vice President, Worldwide Field Process & Operations
Biography
Related Content

**Daniel Scheinman**
Senior Vice President and General Manager, Cisco Media Solutions Group
Biography
Related Content

**Brian Schipper**
Senior Vice President, Human Resources
Biography

**Jim Sherriff**
Senior Vice President, U.S. Enterprise
Biography

**Inder Sidhu**
Senior Vice President, Strategy & Planning, Worldwide Operations
Biography

**John N. Stewart**
Vice President and Chief Security Officer, Corporate Security Programs Organization
Biography
Related Content

**Jayshree Ullal**
Senior Vice President, Data Center, Switching and Security Technology Group
Biography
Related Content

---

Linksys Executives
Scientific Atlanta Executives

---

✉ E-mail this page

© 1992-2007 Cisco Systems, Inc. All rights reserved. Terms and Conditions. Privacy Statement. Cookie Policy and Trademarks of Cisco Systems, Inc.