# EXHIBIT A

Case 1:04-cv-00876-GMS    Document 389-2    Filed 07/23/2007    Page 1 of 3

# Summary of Telcordia Licenses

| Date | Licensor | Licensee | Patents / Technology | Rate | Base | Other Terms |
|---|---|---|---|---|---|---|
| July 1997 | Bellcore | Ericsson | ATM Portfolio | 0.5 - 1.0% | Box/ Board if invoiced separately | $100k up front $10k annual |
| July 1997 | Bellcore | General Instrument (later Motorola / NextLevel) | ATM Portfolio | 0.5 - 1.0% | Box/ Board if invoiced separately | $100k up front $10k annual |
| July 1997 | Bellcore | IgT (later PMC-Sierra) | ATM Portfolio | 0.5 - 1.0% | Box/ Board if invoiced separately | $100k up front $10k annual |
| July 1997 | Bellcore | FORE Systems | ATM Portfolio | 0.5 - 1.0% | Box/ Board if invoiced separately | $100k up front $10k annual |
| August 1997 | Bellcore | Telecommunications Techniques Corp. | ATM Portfolio | 0.5 - 1.0% | ATM Testing Equipment | $25k up front $10k annual |
| August 1997 | Bellcore | Fujitsu | ATM Portfolio | 0.5 - 1.0% | Box/ Board if invoiced separately | $100k up front $10k annual |
| September 1997 | Bellcore | NEC Corp. | ATM Portfolio | 0.5 - 1.0% | Box/ Board if invoiced separately | $100k up front $10k annual |
| October 1997 | Bellcore | Siemens | ATM Portfolio | 0.5 - 1.0% | Box/ Board if invoiced separately | $100k up front $10k annual |

PTX-5000

# Summary of Telcordia Licenses

| Date | Licensor | Licensee | Patents / Technology | Rate | Base | Other Terms |
|---|---|---|---|---|---|---|
| June 1999 | Telcordia | Newbridge Networks | '633 | 1.0% | Board | $250k up front / $50k annual |
| September 2000 | Telcordia | Atmosphere | '633 | 3.5% | Board | $50k up front |
| December 2000 | Telcordia | Terawave | '633 | 2.0% | Board | $50k up front / $2.35m over 5 years |
| August 2001 | Telcordia | Paceon / Mitsubishi | '633 | 3.5% | Board | $25k up front / $90k annual |
| August 2001 | Telcordia | Netro | '633 | 3.5% | Air Star Subscriber Access System (Box) | $25k up front / $50k annual |
| March 2002 | Telcordia | Jedai | '633 | 3.5 – 6.0% | Board | $25k up front / $50k annual |
| December 2003 | Telcordia | NEC USA (Zhone) | '763 | $150k up front | Box | (see "rate") |
| September 2005 | Telcordia | Terawave | '633 | 3.0% | Board | $100k up front / $50k annual |
| January 2007 | Telcordia | Entrisphere | '633 '763 '306 | 2.0-5.0% | BLM 1500 system (Box) | $150k annual royalty or $190k lump sum |
| February 2007 | Telcordia | Meriton | '763 '306 | 3.0-3.5% | 6400 OTP and 5400 OTP products as examples (Box) | $122k up front / $10k annual |