# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

July 30, 2007

The Honorable Gregory M. Sleet   *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re:   *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*
         C.A. No. 04-876 (GMS)

Dear Chief Judge Sleet:

   I write to bring to Your Honor's attention two Orders by Administrative Law Judge Charneski last Friday, July 27, in the parallel ITC proceeding brought by Telcordia against Cisco. In Order No. 36 (Ex. A), Judge Charneski continued the ITC evidentiary hearing from August 27, 2007 until February 25, 2008 based on the pendency of the post-trial motions in this action, noting that the resolution of those motions "will undoubtedly have an impact" on the ITC investigation, "could obviate the need for an evidentiary hearing" and at the very least "will better frame the issues to be tried at the evidentiary hearing." (Ex. A at 3). He noted the "unacceptable risk that there will be inconsistent rulings and a waste of private and judicial resources." (Id. at 4). In Order No. 37 (Ex. B), Judge Charneski directed that Telcordia's motion for summary determination based upon this Court's Judgment would be "held in abeyance" until Your Honor rules on the post-trial motions. (Ex. B at 2).

                                                      Respectfully,

                                                      Jack B. Blumenfeld (#1014)

JBB/dlb
Enclosure
   cc:   Clerk of Court (Via Hand Delivery; w/ encl.)
         Steven J. Balick, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
         Donald R. Dunner, Esquire (Via Electronic Mail; w/ encl.)
         Edward R. Reines, Esquire (Via Electronic Mail; w/ encl.)