# EXHIBIT 1

## FULLY REDACTED

# EXHIBIT 2

# Cisco's Closing Statement

## Telcordia Technologies v. Cisco Systems

### 04-876-GMS

DTX 2164

157

# Transmit RTS Outside Convergence Sublayer Overhead

INTERNATIONAL TELECOMMUNICATION UNION

## ITU-T
TELECOMMUNICATION
STANDARDIZATION SECTOR
OF ITU

## I.363.1
(08/96)

SERIES I: INTEGRATED SERVICES DIGITAL NETWORK
Overall network aspects and functions — Protocol layer requirements

**B-ISDN ATM Adaptation Layer specification: Type 1 AAL**

ITU-T Recommendation I.363.1
(Previous CCITT Recommendation)

CONFIDENTIAL

CISCO 03172-0957

2164-0002

# Cisco Products Transmit RTS In CSI Bit



INTERNATIONAL TELECOMMUNICATION UNION

**ITU-T**    **I.363.1**

TELECOMMUNICATION
STANDARDIZATION SECTOR
OF ITU     (08/96)

SERIES I: INTEGRATED SERVICES DIGITAL
NETWORK
Overall network aspects and functions – Protocol layer
requirements

B-ISDN ATM Adaptation Layer specification:
Type 1 AAL

## 2.5.2.2.2   Synchronous Residual Time Stamp (SRTS) method

### d) *Transport of the RTS*

The 4-bit RTS is transmitted in the serial bit stream provided by the CSI bit in successive SAR-PDU headers. The modulo 8 sequence count provides a frame structure over 8 bits in this serial bit stream. Four bits of the framed 8 bits are allocated for the RTS and the remaining 4 bits are available for other uses. The SAR-PDU headers with the odd sequence count values of 1, 3 5 and 7 are used for RTS transport. The MSB of the RTS is placed in the CSI bit of the SAR-PDU header with the sequence count of 1.

2164-0002

DTX 2164

158

# CSI Bit Is Passed From Convergence Sublayer

DTX 2164

159

INTERNATIONAL TELECOMMUNICATION

**ITU-T**
TELECOMMUNICATION
STANDARDIZATION SECTOR
OF ITU

SERIES I: INTEGRATED SERVICE
NETWORK
Overall network aspects and functions
requirements

B-ISDN ATM Adaptation Layer
Type 1 AAL

ITU-T Recommendation I.363.1
(Prelude CCITT Recommendation)

CONFIDENTIAL

## 2.1.4  Primitives between the SAR sublayer and the CS

### 2.1.4.1  General

These primitives model the exchange of information between the SAR sublayer and the Convergence Sublayer (CS). As there exists no Service Access Point (SAP) between the sublayers of the AAL type 1, the primitives are called "invoke" and "signal" instead of the conventional "request" and "indication" to highlight the absence of the SAP. Functional model and SDL of AAL type 1 is given in Appendix I.

### 2.1.4.2  SAR-UNITDATA invoke

SAR-UNITDATA invoke at the AAL type 1 transmitter has the following parameters:

- Interface data: This parameter specifies the interface data unit passed from the CS to the SAR entity. The interface data is 47 octets, and represents a SAR-PDU payload.
- CSI: The Convergence Sublayer Indication (CSI), either "0" or "1", is passed from the CS to the SAR entity.
- Sequence count: The sequence count value is passed from the CS to the SAR entity. The value of sequence count starts with 0, is incremented sequentially and is numbered modulo 8.

### 2.1.4.3  SAR-UNITDATA signal

SAR-UNITDATA signal at the AAL type 1 receiver has the following parameters:

- Interface data: This parameter specifies the interface data unit passed from the SAR to the CS entity. The interface data is 47 octets, and represents a SAR-PDU payload.
- CSI: The CSI is passed from the SAR to CS entity, regardless of the check status (valid or invalid).
- Sequence count: The sequence count value is passed from the SAR to CS entity, regardless of the check status (valid or invalid).
- Check status: This parameter specifies the status of the sequence count and CSI, and has the value of either valid or invalid.

# CSI Bit Indicates CS Function



INTERNATIONAL TELECOMMUNICATION UNION

**ITU-T**          **I.363.1**

**2.4.2.1   Sequence Number (SN) field**

SERIES I: INTEGRATED SERVICES DIGITAL NETWORK
Overall network aspects and functions – Protocol layer requirements

b)   *Existence of CS function*

The SAR sublayer has the capability to indicate the existence of a CS function. Associated with each 47-octet SAR-PDU payload, it receives this indication (CSI) from the CS and conveys it to the peer CS entity.

ITU-T Recommendation I.363.1
(Previous CCITT Recommendation)

CONFIDENTIAL

CISCO 03317-0957

2164-0002

DTX 2164

160

# CSI Bit Provided By The CS



INTERNATIONAL TELECOMMUNICATION UNION

**ITU-T**     **I.363.1**
(08/96)

TELECOMMUNICATION
STANDARDIZATION SECTOR
OF ITU

SERIES I: INTEGRATED SERVICES DIGITAL NETWORK
Overall network aspects and functions — Protocol layer requirements

## 2.4.2.1    Sequence Number (SN) field

The SN field is divided into two subfields as shown in Figure 2. The sequence count field carries the sequence count value provided by the Convergence Sublayer (CS). The CSI bit carries the CS indication provided by the CS. The default value of the CSI bit is "0".

The least significant bit of the sequence count value is right justified in the sequence count field.

CONFIDENTIAL

CSCO 03/7-0967

2184-0002

DTX 2164

161

# Timing Recovery Is Function Of CS



INTERNATIONAL TELECOMMUNICATION UNION

**ITU-T**    **I.363.1**
TELECOMMUNICATION
STANDARDIZATION SECTOR
OF ITU    (08/96)

B-ISDN ATM Adaptation Layer specification:
Type 1 AAL

## 2.5.1.1    Functions of the CS for circuit transport

d)    *Handling of timing relation*

This function is required for delivery of AAL-SDUs to an AAL user at a constant bit rate. Recovered source clock should have satisfactory jitter and wander performance. For example, the jitter and wander performance for Recommendation G.702 signals is specified in Recommendations G.823 and G.824, for which the CS procedure to be used (the SRTS method) is described in 2.5.2.2.2.

CONFI

2164-0002

DTX 2164

162

# CS Provides SRTS



INTERNATIONAL TELECOMMUNICATION UNION

**ITU-T**
TELECOMMUNICATION
STANDARDIZATION SECTOR

**I.363.1**
(08/96)

**2.5    Convergence Sublayer (CS)**

**2.5.2.2    Source clock frequency recovery method**

For synchronous CBR services, the clock is locked to a clock available from the network.

The CS provides two methods for the support of asynchronous CBR services with clocks not locked to a network clock.

- Adaptive clock method for those services which need to comply with jitter requirements but which do not need to comply with wander requirements, i.e. Recommendation G.823/G.824;

- Synchronous Residual Time Stamp (SRTS) method for those services which need to comply with jitter and wander requirements, i.e. Recommendation G.823/G.824.

CONFIDENTIAL

CSCO 0317-0957

2164-0002

DTX 2164

163

# CS Provides SRTS



INTERNATIONAL TELECOMMUNICATION UNION

## ITU-T    I.363.1
TELECOMMUNICATION    (08/96)
STANDARDIZATION SECTOR

### 2.5    Convergence Sublayer (CS)

d)    *Transport of the RTS*

The 4-bit RTS is transmitted in the serial bit stream provided by the CSI bit in successive SAR-PDU headers. The modulo 8 sequence count provides a frame structure over 8 bits in this serial bit stream. Four bits of the framed 8 bits are allocated for the RTS and the remaining 4 bits are available for other uses. The SAR-PDU headers with the odd sequence count values of 1, 3 5 and 7 are used for RTS transport. The MSB of the RTS is placed in the CSI bit of the SAR-PDU header with the sequence count of 1.

ITU-T Recommendation I.363.1
Prefrate CCITT Recommendation

CONFIDENTIAL

CISCO 03/73-0967

2164-0302

# EXHIBIT 3

## FULLY REDACTED

# EXHIBIT 4

## FULLY REDACTED

# EXHIBIT 5



"Kakarla, Vamsi"
<vamsi.kakarla@finnegan.co
m>

04/28/2007 08:54 AM

To  &lt;Telcordia_Attorneys@weil.com&gt;,
&lt;Sasha.Mayergoyz@lw.com&gt;, &lt;David.McKone@lw.com&gt;,
&lt;steven.cherny@lw.com&gt;

cc

Subject  Telcordia v. Cisco and Lucent: Deposition Designations for
Trial

We attach Telcordia's deposition testimony that we plan to introduce at trial.

Best regards,
Vamsi

This e-mail message is intended only for individual(s) to whom it is addressed and may contain
information that is privileged, confidential, proprietary, or otherwise exempt from disclosure
under applicable law. If you believe you have received this message in error, please advise the
sender by return e-mail and delete it from your mailbox. Thank you.



telcordia final designations for trial 4.28.07 (3).DOC

**Deposition of Anthony Alles**
**March 6, 2007**

| | | |
|---|---|---|
| 9:6-8 | | |
| 18:20 - 20:21 | 401-403 | 21:1-7; 54:14 – 55:12; 138:11-20 |
| 21:9 - 15 | | 21:1-7; 54:14 – 55:12; 138:11-20 |
| 30:4 - 32:11 | 401-403 re: 30:4 – 31:20 | 54:14 – 55:12; 138:11-20 |
| WITHDRAW 30:4-5, 30:15-32:11 | | |
| 36:1 - 39:18 | 401-403 | |
| WITHDRAW 36:1-36:5; 36:14-39:18 | | |
| 43:18 - 44:3 | 401-403 | |
| 45:5 - 21 | 401-403 | |
| 46:7 - 48:16 | 401-403; 701 | 48:18 – 50:3; 51:2-6 |
| 51:7 - 53:6 | 401-403; 701 | |
| WITHDRAWN 51:7-52:9 | | |
| 73:17 - 74:2 | 401-403; 602 | 70:11-19; 74:4-7 |
| 75:15 - 76:10 | 401-403; 602 | 70:11-19 |
| 77:2 - 88:20 | 401-403; 602 | 54:14 – 55:12; 70:11-19; 89:22 – 90:4 |
| WITHDRAW 77:2-78:5, 78:15-79:15, 79:19-88:20 | | |
| 92:10 - 19 | 401-403 | |
| 100:11 - 104:16 | 401-403; 602; 701 | 100:3-10; 104:18 – 105:18; 107:2 – 109:3 |
| 110:7 - 14 | 401-403 | 104:18 – 105:18; 107:2 – 109:3; 110:15-18 |

1

| | | |
|---|---|---|
| 112:16 – 123:3 | 401-403; 602; 701; 801-802 | 49:19-50:3; 51:2-6; 104:18 – 105:18; 123:14 – 124:1 |
| 124:2 – 129:2 | 401-403; 602; 801-802 | |
| 130:15 – 133:1 | 401-402 | |
| 135:7 – 136:15 | 401-402; 602; 801-802 | 134:21 – 135:5; 138:11-20 |
| 144:19 – 148:3 | 401-403 | |
| 148:17 – 164:21 | 401-403; 602; 701 | 165:1-2; 165:22 – 166:5 |
| 166:6 – 168:15 | 401-403; 602; 701 | 165:22 – 166:5 |
| 169:11 – 174:13 | 401-403; 602; 701 | 174:19 – 175:6; 179:20 – 180:7 |
| 180:9 – 182:2 | 401-403; 602; 701 | 179:20 – 180:7 |
| 186:15 – 188:2 | 401-403; 602; 701 | 179:20 – 180:7 |
| 188:15 – 189:3 | 401-403; 602; 701 | 179:20 – 180:7; 189:16 – 190:10 |
| 190:16 – 193:15 | 401-403; 602; 701 | |
| 194:12 – 207:22 | 401-403; 602; 701 | |
| WITHDRAW 194:12-196:9, 196:21-198:20, 199:8, 199:22-200:13, 201:3-203:4, 204:12-207:22 | | |
| 208:20 – 213:7 | 401-403 | 54:14 – 55:12 |
| 224:13 – 225:22 | 401-403 | 54:14 – 55:12; 70:11-19 |
| 229:6 – 231:16 | 401-403; 602; 701 | 54:14 – 55:12; 70:11-19 |
| 257:6 – 257:11 | 602 | 256:17-20 |

2

**Deposition of Robert Barr**
**May 27, 2006**

| | | | | |
|---|---|---|---|---|
| 7:79-18 | | | | |
| 8:1 – 12:7 | 401 – 403 re: 9:4 – 10:11:2 | 12:8 – 14 | | |
| WITHDRAW 8:7-10 , 8:15-9:3 , 9:8-11:2 , 11:10-12:7 | | | | |
| 14:12 – 16:8 | 401 – 403 | | | |
| 18:14 – 22:4 | 401 – 403 re: 18:14 – 20:11 | | | |
| 22:7 – 24:5 | 401 – 403 re: 24:2 – 5 | | | |
| 25:3 – 26:3 | 401 – 403 | | | |
| 26:10 – 26:22 | | | | |
| 27:18 – 28:5 | | | | |
| 28:9 – 33:9 | 401 – 403, re: 31:8 – 12; 32:11 – 33:9 | | | |
| 34:8 – 34:21 | 401 – 403 | | | |
| 35:4 – 38:12 | 401 – 403 re: 35:4 – 12; 37:15 – 38:12 | | | |
| 38:16 – 40:13 | | | | |
| 45:9 – 45:13 | 401 – 403 | | | |
| 48:3 – 49:19 | 401 – 403 | 50:7 – 51:1; 52:3 – 7 | 401-403 | 49:20-50:16; 52:8-54:7 |
| 54:15 – 55:7 | 401 – 403 | | | |
| 55:20 – 56:17 | 401 – 403 | 50:7 – 51:1; 52:3 – 7 | 401-403 | |
| 58:7 – 64:2 | | | | |
| 69:11 – 71:6 | | | | |
| 71:19 – 72:9 | | | | |
| 73:8 – 73:13 | 401 – 403 | 73:14 – 22 | non-responsive | |
| WITHDRAW 73:8-9 | | | | |
| 73:14-74:21 | | | | |

3

| | | | |
|---|---|---|---|
| 74:22 – 76:13 | 401 – 403 | | |
| WITHDRAW 76:10-13 | | | |
| 77:10 – 81:9 | 401 – 403 re: 77:10 – 80:18 | 81:10 – 83:7 | |
| 83:8 – 89:1 | 401 – 403 re: 87:15 – 89:1 | 81:10 – 83:7 | |
| WITHDRAW 83:8-84:10, 85:11-18, 86:2-4, 86:7-15, 88:8-17, 88:22-89:1 | | | |
| 89:16 – 90:11 | | | |
| 92:19 – 93:15 | | 93:19 – 22 | 401-403; non-responsive |
| 94:1 – 103:22 | | | |
| WITHDRAW 94:1-98:16, 99:2-103:22 | | | |
| 104:6 – 104:13 | | | |
| 105:7 – 105:16 | | | |
| 106:2 – 109:3 | | | |
| 109:20 – 110:5 | | | |
| 110:20 – 111:19 | | | |
| 112:6 – 116:11 | | | |
| 117:10 – 117:22 | | | |
| 118:4 – 119:19 | | | |
| WITHDRAW 118:4-18, 119:6-19 | | | |
| 120:16 – 121:1 | | | |
| 121:18 – 121:22 | | | |
| 122:2 – 130:6 | 401 – 403 re: 121:10 – 127:2; 128:15 – 130:6 | 121:2 – 10 | 401-403; non-responsive |

4

| | | | | |
|---|---|---|---|---|
| 131:8 – 133:12 | | | | |
| WITHDRAW 131:22-133:12 | | | | |
| 135:10 – 135:13 | | | | |
| 136:10 – 140:22 | 401 – 403 re: 140:12 – 22 | | | |
| WITHDRAW 137:6-137:20, 138:10-139:12, 139:19-21, 140:18-22 | | | | |
| 141:4 – 142:17 | 401 – 403 re: 141:19 – 142:1 | | | |
| 145:3 – 147:17 | 602 re: 145:18 – 146:11 | | | |
| 150:14 – 150:20 | | | | |
| 151:12 – 151:22 | | | | |
| 157:3 – 160:19 | 401 – 403 re: 158:10 – 159:15 | | 153:13 – 154:8; 154:15 – 155:9 | 154:9-14 |
| 161:21 – 162:10 | | | 163:16 – 164:1 | 164:2-13 |
| 170:7 – 171:22 | 401 – 403 | | 172:10 – 17 | |
| 173:15 – 175:19 | 401 – 403 | | 172:10 – 17 | |
| 177:9 – 180:5 | | | | |
| 181:15 – 185:8 | 401 – 403 | | | |
| 185:16 – 187:7 | 401 – 403 | | | |

5

**Deposition of Guy Fedorkow**
**May 9, 2006**

| Designation | Objection | Counter-designation | |
|---|---|---|---|
| 7:7-7:8 | | | |
| 8:18 - 8:22 | 401 - 403 re: 8:20 - 22 | | |
| 24:7 - 26:6 | | | |
| WITHDRAW 24:7 - 25:14 | | | |
| 26:20 - 27:20 | | 27:21 - 28:6 | |
| WITHDRAW 26:20-27:5, 27:9-13 | | | |
| 29:6 - 29:17 | | | |
| 30:4 - 38:1 | 602 re: 30:4 - 34:5 | | |
| WITHDRAW: 30:4-32:1, 32:11-34:10; | 701 re: 30:4 - 34:5 | | |
| 34:22-36:21 | 801 - 802 re: 30:4 - 34:5 | | |
| 38:17-39:4 | | | |
| 42:5 - 42:8 | 602; 801 - 802 | | |
| 43:16 - 53:8 | 801 - 802 | | |
| WITHDRAW 43:16-46:11, 47:19-48:12, 49:4-10, 51:22-53:8 | | | |
| 54:5 - 55:11 | 801 - 802 | 55:12 - 22 | |
| 56:3-8 | | | |
| 62:9 - 63:12 | 602; 801 - 802 | 57:7 - 12; 59:4 - 60:5 | |
| 64:3 - 65:22 | 801 - 802 | 57:7 - 12; 59:4 - 60:5; 66:1 - 13 | 66:14-17 |
| WITHDRAW 64:3-21 | | | |

6

| | | | |
|---|---|---|---|
| 70:13 – 75:6 | 801 – 802 | 75:7 – 16 | |
| WITHDRAW 70:13-74:03 | | | |
| 75:17 – 79:22 | 602; 801 – 802 | 75:7 – 16; 80:1 – 12 | 80:13-18 |
| WITHDRAW 76:16-79:22 | | | |
| 82:10 – 83:8 | 801 – 802 | | |
| 85:15 – 87:19 | 602; 701; 801 – 802 | 59:4 – 60:5; 66:1 – 13 | |
| 91:22 – 95:5 | 602; 801 – 802 | 95:20 – 97:4 | |
| WITHDRAW 92:11-95:5 | | | |
| 99:16 – 104:2 | 801 – 802 | | |
| WITHDRAW 99:16-100:3, 100:9-16, 100:20-101:22, 103:7-9 | | | |
| 108:5 – 110:10 | | 11:6 – 18 | |
| 113:14 – 114:15 | | 11:6 – 18 | |
| 120:4 – 121:9 | 801 – 802 | 116:4 – 19; 121:18 – 122:6 | |
| WITHDRAW 120:14-121:9 | | | |
| 123:8 – 126:11 | 401 – 403; 602; 801 – 802 | 116:4 – 19; 121:18 – 122:6 | 116:20-119:1 |
| WITHDRAW 123:13-22, 124:11-13, 124:21-126:1 | | | |
| 129:22 – 131:18 | 401 – 403; 602; 801 – 802 | 116:4 – 19; 121:18 – 122:6; 132:2 – 14 | |
| WITHDRAW 130:8-131:18 | | | |
| 133:18-134:1 | | | |
| 137:17-138:3 | | | |

| | | |
|---|---|---|
| 142:10-22 | | |
| 169:19 – 171:14 | 401 – 403; 801 – 802 | 116:4 – 19; 121:18 – 122:6 |
| 171:5-18 | | |
| WITHDRAW 171:10-18 | | |
| 181:20-182:13 | | |
| WITHDRAW 182:03-13 | | |
| 186:7 – 190:16 | 401 – 403 | 116:4 – 19; 121:18 – 122:6 |
| WITHDRAW 186:13-16, 187:2-190:16 | | |
| 190:20-191:2 | | |
| 194:13 – 208:1 | 401 – 403 re: 194:13 – 202:16 | |
| WITHDRAW 194:13-204:17, 205:3, 205:18-208:1 | | |
| 209:21 – 211:20 | 801 – 802 | |
| WITHDRAW 210:6-10, 210:22-211:20 | | |
| 214:8 – 224:21 | 602 re: 218:2 – 218:13; 220:11 – 221:20; 223:16 – 224:21 | |
| WITHDRAW 214:8-222:6, 222:11-12, 222:18-223:15, 223:21-224:3, 224:9-10, 224:14-15 | 801 – 802 re: 218:2 – 218:13; 220:11 – 221:20; 223:16 – 224:21 | |

**Deposition of Greg Fujii**
**May 31, 2006**

| | |
|---|---|
| 9:10 – 10:4 | |
| 10:22 – 11:4 | |
| 12:12 – 13:13 | |
| WITHDRAW 12:15-13:13 | |
| 15:3 – 15:20 | |
| 16:10 – 16:13 | |
| 19:4 – 20:5 | |
| 20:18 – 21:9 | |
| 24:1 – 24:7 | |
| 24:13 – 25:6 | 401 – 403 |
| 25:11 – 27:1 | 401 – 403 |
| 28:8 – 28:14 | |
| 30:14 – 31:2 | |
| 31:22 – 32:4 | |
| 32:21 – 33:11 | |
| 33:22 – 35:3 | |
| 35:22 – 36:11 | |
| 38:3 – 38:7 | 401 – 403 |
| 43:5-47:8 | |
| 51:22 – 52:20 | 801 – 802 |
| 54:3 – 54:22 | 801 – 802 |
| 58:4 – 58:12 | 801 – 802 |
| 62:1 – 64:4 | |
| WITHDRAW 62:1-7, 62:14-64:4 | |

9

| | | | | |
|---|---|---|---|---|
| 64:11 – 66:14 | 401 – 402 re: 64:11 – 65:17 | | | |
| WITHDRAWN 64:11-65:17, 66:4-10 | 66:4-10 | | | |
| 66:11 – 66:14 | | | | |
| 67:16 – 67:20 | | | | |
| 68:13 – 69:5 | | | | |
| 69:14 – 70:3 | 401 – 402 | | | |
| 71:4 – 71:10 | | | | |
| 71:22 – 72:4 | | | | |
| 72:15 – 72:18 | | | | |
| 73:4 – 74:10 | 401 – 403 | | | |
| 75:22 – 76:21 | 401 – 403 | | | |
| 77:22 – 78:5 | 401 – 403 | | | |
| 79:16 – 81:5 | 401 – 403 re: 79:16 – 80:11 | | | |
| 81:8 – 81:15 | | | | |
| 82:16 – 84:5 | 401 – 403 | | | |
| 84:18 – 85:4 | 401 – 403 | | | |
| 85:7 – 85:13 | | | | |
| 86:9-87:1 | | | | |
| 87:6-8 | | | | |
| 90:8 – 92:4 | 401 – 403 | | | |
| 94:10 – 94:22 | 401 – 403; 801 – 802 | 95:1 – 10 | 86:9-90:7; 95:11-96:8 | |
| 96:9 – 96:16 | | | | |
| 109:12 – 110:12 | | 110:13 – 20; 112:6 – 14 | | |
| 111:13 – 112:5 | | | | |
| 112:15 – 114:2 | 401 – 403 | | | |
| 114:9 – 120:11 | 401 – 403 re: 114:9 – 119:10 | 122:11 – 123:10 | 123:11-19 | 123:11-19 |
| 134:16 – 136:2 | | | | |
| WITHDRAW 134:19-21, 135:10-136:2 | | | | |
| 137:17 – 141:22 | | 122:11 – 123:10 | | 123:11-19 |

10

| | | | |
|---|---|---|---|
| 142:18 – 144:21 | | | |
| WITHDRAW 142:18-143:14, 144:11-21 | | | |
| 150:21 – 151:10 | 401 – 403 | 214:2 – 215:12 | 401-403 |
| 153:8 – 154:12 | | | |
| 174:11-175:10 | | | |
| 178:4 – 178:10 | | | |
| 187:1-17 | | | |
| 189:4 – 190:51 | 401 – 403 | 188:4 – 189:3 | |
| 190:9 – 191:19 | 401 – 403 | | |
| 195:11 – 197:17 | 401 – 403 | | |
| 199:17 – 199:22 | | | |
| 202:13 – 203:2 | 401 – 403 | | |
| 207:20-208:12 | | | |
| 215:13 – 217:7 | 401 – 403 | 214:2 – 215:12 | |
| WITHDRAW 216:22-217:7 | | | |
| 217:22 – 218:20 | | | |
| 223:6-225:2 | | | |

**Deposition of Brian Holden**
**May 22, 2006**

| | |
|---|---|
| 8:21 – 9:6 | |
| 12:5 – 12:18 | |
| 13:15 – 17:2 | 801 – 802; 401 – 403 re: 16:1 – 19 |
| 17:10 – 20:6 | 401 – 403: re: 19:12 – 20:6 |
| 20:8 – 22:16 | 401 – 403 re: 20:7 – 18 |
| 23:5 – 24:13 | |
| 24:20 – 33:5 | 30:10 – 16; 32:6 – 33:5 |
| 33:8 – 33:14 | 401 – 403 |
| 34:1 – 40:8 | 401 – 403 |
| 40:19 – 43:6 | 401 – 403 re: 40:19 – 41:18 |
| | 602; 801 – 802 re: 41:19 – 42:13 |
| 43:14 – 45:11 | 602 re: 44:4 – 19 |
| WITHDRAW 43:14-44:20, 45:5-11 | |
| 47:15 – 48:2 | 401 – 403; 801 – 802 re: 45:8 – 11 |
| 48:13 – 49:11 | |
| 49:20 – 50:2 | |
| 50:17 – 50:20 | |
| 51:17 – 53:22 | 401 – 403; 602 re: 51:17 – 52:10 |

12

**Deposition of Vipul Jain**
**December 05, 2006**

| | | |
|---|---|---|
| 6:18 - 8:9 | | |
| WITHDRAW 6:22-7:9, 7:14-8:9 | | |
| 10:20 - 32:13 | 401-403 re: 10:20-11:22; 17:10-18:2 | |
| WITHDRAW 10:20-16:17, 17:1-18:18, 19:4-32:13 | | |
| 38:12 - 51:10 | 602 re: 41:9-42:4; 401-403 re: 47:16-51:10 | |
| 54:8 -:20 | | |
| 60:12 - 66:10 | | 66:11-18 |
| WITHDRAW 60:12-61:10, 63:2-66:3 | | |
| 67:3 - 73:13 | 70:6-71:8 | |
| WITHDRAW 67:13-73:13 | | |
| 78:15 - 79:3 | 401-403 | |
| 79:21 - 82:7 | 401-403 | |
| 83:15 - 86:16 | 401-403 | |
| WITHDRAW 84:11-86:16 | | |
| 89:16 - 90:19 | 401-403 | 90:20-92:7 |
| 93:9 - 13 | 401-403 | |
| 94:1 - 95:17 | 401-403 | |

13

| | | |
|---|---|---|
| WITHDRAW 94:10-95:17 | | |
| 96:5 - 11 | 401-403 | 96:12-97:2 |
| 98:20 - 103:11 | 401-403 | |
| WITHDRAW 98:20-103:5 | | |
| 108:3 - 109:13 | 401-403 | |
| 110:7 - 111:6 | 401-403; 602 | |
| 118:1 - 127:7 | 602 re 118:7-17; 120:22-121:15; 126:18-127:7 | |
| 130:12 - 133:1 | 602; 702 | |
| WITHDRAW 130:12-132:3, 132:11-133:1 | | |
| 141:5 - 142:1 | | 142:21-143:21 |
| WITHDRAW 141:12-142:1 | | |
| 146:9 - 15 | | 142:2-20 |
| 147:8 - 148:10 | | 152:4-19 |
| 150:11 - 151:22 | | 160:11-19 |
| 160:2 - 10 | 401-403 | 168:10-169:16 |
| 164:11 - 168:9 | 401-403 re 164:11-166:8 | 172:9-14 |
| 171:17 - 172:7 | | 177:12-178:6 |
| 173:5 - 175:10 | | |
| 177:4 - 10 | | |
| 178:8 - 179:5 | | |
| 179:17 - 184:4 | | |
| 187:9 - 188:5 | 602 | |
| 191:3 - 194:3 | 602 | 194:4-15; 195:14-96:11: |
| 198:9 - 199:22 | 401-403; 602 re 199:12-22 | |
| 200:21 - 201:2 | | |
| 205:9 - 207:20 | 602 | 207:21-209:13 |
| 209:15 - 210:6 | 602 | |

14

| | | |
|---|---|---|
| 212:10 - 213:18 | 602 | |
| 214:11 - 215:10 | | |
| 218:1 - 13 | | 217:7-22; 218:14-19 |
| 218:21 - 223:15 | | |
| 225:8 - 22 | | |
| 230:11 - 16 | 401-403 | 230:18-232:7 |
| 232:9 - 233:2 | 401-403 | |
| 236:9 - 14 | 401-403 | 235:12-236:8; 236:16-18 |
| 242:10 - 247:7 | 602 | 248:8-16 |
| 265:18 - 266:20 | | 266:21-267:4 |
| 272:20 - 274:2 | 602 | 274:3-9 |
| 276:5 - 15 | | |
| 278:6 - 10 | | 276:17-278:4 |
| 278:19 - 21 | | |
| 280:8 - 17 | | 280:18-281:4 |
| 282:1 - 284:19<br><br>WITHDRAW<br>282:1-11, 282:19-284:19 | 602 re: 283:1-284:19; 702 re: 283:1-284:19 | |
| 286:21 - 287:15 | 602 | |
| 302:13 - 306:8 | 306:10-308:2 | |
| 308:3 - 310:11 | | |
| 313:14 - 328:6 | 602 re: 316:11-324:19; 325:22-328:6; 702 re: 321:6-321:21 | 328:8-19 |
| 331:3 - 351:8<br><br>WITHDRAW<br>331:6-332:8, 332:17-351:8 | 602 re: 340:16-342:11; 343:2-9; 344:13-351:8; 702 re: 340:16-342:11; 344:13-351:8 | |
| 351:16 - 357:15 | 602; 702 | |

15

**Deposition of Brian Rushka**
**April 7, 2006**

| Designation | Exhibit / Objection | Counter-designation | |
|---|---|---|---|
| 5:10 – 5:13 | | | |
| 8:11 – 8:19 | 401 – 403 | | |
| 10:11 – 11:6 | | | |
| 12:9 – 13:3 | 401 – 403 | | |
| 16:7 – 16:12 | | | |
| 25:20 – 26:2 | | | |
| 29:21 – 30:10 | 401 – 403 | 30:11 – 16 | |
| 30:17 – 33:6 | | 30:11 – 16 | |
| 37:14 – 38:9 | 401 – 403 | 35:19 – 37:13 | |
| 44:2 – 44:14 | 801 – 802 | | |
| 50:7 – 50:20 | 801 – 802 | | |
| 51:8 – 52:9 | | | |
| 61:18 – 63:13 | | 63:14 – 64:11 | |
| 68:7 – 72:18 | | | |
| 73:2 – 73:9 | | | |
| 77:9 – 78:12 | | 76:7 – 77:8 | |
| 79:20 – 80:16 | | 79:2 – 19; 80:17 – 81:4 | |
| 84:2 – 84:14 | | | |
| 85:7 – 87:7 | | | |
| 88:8 – 90:4 | | 90:5 – 6 | |
| 91:18 – 93:14 | | | |
| 94:17 – 100:17 | 401 – 403; 801 – 802 | 100:18 – 21 | |
| 100:22 – 101:1 | | | |
| 101:11 – 101:14 | | | |
| 101:15 – 102:1 | | | |
| 105:15 – 110:2 | | | |
| 110:9 – 111:21 | | | |
| 112:6 – 115:16 | | | |
| 116:6 – 119:9 | | | |
| 120:2 – 121:3 | | 121:4 – 122:5 | |
| 128:2 – 128:12 | 801 – 802 | | |
| 134:17 – 135:12 | | | 122:6 – 123:6 |

16

| | | |
|---|---|---|
| 142:22 – 144:4 | | 140:18 – 142:3; 144:5 – 145:10 |
| 145:19 – 146:5 | | 146:6 – 147:5; 147:22 – 149:3 |
| 147:6 – 147:20 | | 146:6 – 147:5; 147:22 – 149:3 |
| 152:10 – 153:16 | | 146:6 – 147:5; 147:22 – 149:3; 151:19 – 152:9 |
| 154:15 – 155:11 | 401 – 403 | |
| 158:6 – 159:1 | | |
| 161:8 – 161:13 | | |
| 164:11 – 164:19 | | 162:10 – 164:10 |
| 165:19 – 166:2 | | 165:5 – 18 |
| 167:9 – 168:22 | 401 – 403 | |
| 172:3 – 172:20 | 401 – 403 | 172:21 – 173:9 |
| 173:12 – 175:13 | 401 – 403 | 172:21 – 173:9 |
| 175:21 – 176:7 | 401 – 403 | 176:8 – 16 |
| 179:15 – 182:5 | 401 – 403 | 177:14 – 179:14; 182:12 – 17 |
| 182:12 – 183:7 | 401 – 403 | 182:12 – 17 |
| 183:20 – 185:16 | 401 – 403 | 182:12 – 17 |
| 187:1 – 190:8 | 401 – 403 | |
| 191:6 – 193:8 | | 193:9 – 20 |
| 194:9 – 194:20 | 401 – 403 | |
| 201:6 – 203:10 | 401 – 403 | 199:6 – 201:5203:11 – 204:12 |
| 205:9 – 206:21 | | 206:22 – 209:2 |
| 211:16 – 212:10 | | |
| 215:22 – 216:4 | | 216:5 – 19 |
| 217:11 – 219:3 | | |
| 225:3 – 226:15 | | 223:21 – 225:2 |
| 227:11 – 228:14 | | 228:15 – 22 |

17

**Deposition of Brian Rushka**
**April 8, 2006**

| | | | |
|---|---|---|---|
| 239:4 - 241:5 | | | |
| 242:18 - 244:1 | 401 – 403 | | |
| 244:19 - 250:22 | 401 – 403 | | |
| 252:9 - 254:17 | 401 – 403 | | |
| 255:9 - 256:11 | 401 – 403 | | |
| 256:20 - 257:12 | 401 – 403 | | |
| 259:8 - 260:17 | 401 – 403 | 260:18 – 21 | |
| 268:2 - 269:22 | | | |
| 271:21 - 272:14 | 401 – 403 | 271:6 – 20 | |
| 273:11 - 274:16 | 401 – 403 | 274:17 – 275:19 | |
| 282:17 - 283:8 | | 281:13 – 282:16 | |
| 283:15 - 285:1 | | 281:13 – 282:16 | |
| 285:6 - 286:4 | 401 – 403 | | |
| 286:9 - 288:11 | 401 – 403 | | |
| 291:20 - 292:5 | 401 – 403 | | |
| 293:13 - 294:1 | | | |
| 294:9 - 294:22 | | | |
| 295:8 - 297:1 | | | |
| 299:18 - 300:1 | 401 – 403 | | |
| 300:11 - 301:4 | 401 – 403 | | |
| 302:16 - 303:20 | 401 – 403 | | |
| 304:12 - 309:9 | 401 – 403 | | |
| 310:14 - 316:2 | 401 – 403 | | |
| 317:9 - 319:1 | 401 – 403 | | |
| 319:6 - 319:19 | 401 – 403 | | |
| 320:8 - 335:11 | 401 – 403 | | |
| 337:17 - 339:11 | 401 – 403 | | |
| 350:16 - 351:5 | | 351:15 – 352:7 | |
| 352:8 - 353:11 | 401 – 403 | 351:15 – 352:7 | |
| 353:14 - 353:19 | 401 – 403 | | |

18

| | | |
|---|---|---|
| 362:15 – 363:2 | | |
| 363:22 – 364:4 | | |
| 378:10 – 378:19 | 401 – 403; 801 – 802 | |
| 380:21 – 381:9 | | 378:20 – 379:10 |
| 385:20 – 386:14 | | 378:20 – 379:10 |
| | | 378:20 – 379:10 |
| 395:1 – 402:1 | 401 – 403 | |
| 402:20 – 408:1 | 401 – 403 | |
| 409:2 – 410:13 | 401 – 403 | |
| 412:9 – 419:22 | 401 – 403 | |
| 420:21 – 421:15 | 401 – 403 | |
| 425:11 – 429:16 | 401 – 403 | |
| 429:1 – 429:16 | 401 – 403 | |
| 429:22 – 435:18 | 401 – 403 | |
| 437:12 – 443:3 | | 147:22 – 149:3 |
| 445:18 – 446:20 | | 446:21 – 447:16 |
| 447:17 – 448:6 | | 446:21 – 447:16 |
| 450:21 – 458:20 | | 449:19 – 450:20 |

19

**Deposition of Ramesh Sastry**
**February 21, 2007**

| | | |
|---|---|---|
| 9:6 - 24 | | |
| WITHDRAW | | |
| 9:10-24 | | |
| 10:18 - 13:16 | 401-403 | |
| 16:1 - 10 | | 16:11-16 |
| 17:21 - 19:7 | | |
| 20:10 - 22:4 | | 32:4-21 |
| 22:7 - 17:21 | 602 | 22:24-23:6 |
| 23:7 - 9 | | |
| 24:14 - 25 | | |
| 25:23 - 27:7 | 401-403; 602 | |
| 28:1 - 29:5 | | |
| 38:25 - 39:7 | 602 | |
| 39:21 - 41:2 | 602 | 39:10-20; 41:3-42:3 |
| 42:4 - 46:17 | 602 (42:4 - 18 , 42:20 - 43:1, 43:4 - 11) | |
| 47:8 - 15 | | |
| 47:17 - 20 | | |
| 48:1 - 49:10 | 602 | |
| 50:6 - 9 | | |
| 50:11 - 19 | 602 | 50:20-51:1 |
| 52:2 - 54:19 | | 51:7-18 |
| 57:17 - 23 | | |
| 58:9 - 59:5 | 602 | 57:24-58:8 |
| 60:3 - 8 | | |
| 64:7 - 65:23 | 401-403 | 66:5-10 |
| 66:2 - 4 | 401-403 | 100:20-101:15 |

20

| Designation | Objection | |
|---|---|---|
| 66:11 - 18 | | 100:20-101:15 |
| 66:20 - 67:1 | | |
| 67:12 - 69:18 | 401-403 | |
| WITHDRAW 67:12-68:12, 68:17-69:13 | | |
| 69:21 - 70:3 | 602 | |
| 70:5 - 7 | 602 | |
| 70:11-12 | 602 | |
| 70:14 - 20 | | |
| 70:22 - 71:6 | 602 | |
| 72:1 - 8 | 602 | |
| 72:15 - 19 | 401-403 | |
| 72:22 - 73:2 | 401-403 | |
| 73:24-74:01 | 401-403 | |
| 74: 6-9 | | |
| WITHDRAW 74:8-9 | | |
| 74: 11 | 401-403 | |
| 74:14 - 17 | 401-403 | |
| 74:20 -24 | 401-403 | |
| 75:2 - 23 | 401-403 | 75:24-76:25 |
| 77:4 - 9 | 401-403 | |
| 79:11 - 80:8 | 401-403; 602 (79:22-80:2) | |
| WITHDRAW 79:11-79:24, 80:03-06 | | |
| 80:19 - 20 | 401-403 | |
| 81:6 - 83:18 | 401-403 | |

21

| Line | | |
|---|---|---|
| 85:7 - 86:10 | 401-403 | |
| 86:12 - 87:4 | 401-403 | |
| 87:24 - 88:3 | 401-403 | |
| 91:7 - 8 | 602; 702 | |
| 91:10 -13 | 602; 702 | |
| 92:22 - 23 | 602; 702 | |
| 92:25 - 93:8 | 602; 702 | |
| 93:11 - 14 | 602; 702 | |
| 93:17 - 94:3 | 602; 702; 401-403 | |
| 95:11 - 23 | 602 | 94:11-95:10 |
| 96:11 - 13 | 702 | |
| 96:18 - 22 | 702 | |
| 96:24 - 98:4 | 602; 702 | |
| 103:1 - 104:24 | 602; re 104:19-24 | |
| 105:21 - 106:9 | | |
| 108:1 - 16 | | |
| 109:8 - 11 | | 109:12-17 |
| 109:18 - 23 | | 109:24-110:16 |
| 111:5 - 111:19 | | |
| 113:17 - 21 | 602 | 113:22-114:11 |
| 114:12 - 13 | 602 | 113:22-114:11 |
| 114:16 - 23 | 602 | 113:22-114:11 |
| 114:25 - 116:8 | 602 | 113:22-114:11 |
| 119:24 - 120:8 | | |
| 120:10 - 14 | 602 | |
| 120:16 - 19 | 602 | |
| 120:21 | 602 | |
| 121:1 - 122:8 | 602 | |
| 122:11 | 602 | |
| 123:16 - 125:24 | 602 | |
| 126:3 - 5 | 602 | |
| 126:7 - 12 | 602 | |
| 126:15 - 19 | 602 | |

22

| | |
|---|---|
| 126:21 - 129:21 | 602; 702 |
| 130:3 - 136:19 | 602 |
| 138:17 - 141:14 | 141:15-143:9 |
| 149:1 - 155:5 | 602; 702; 401-403 re: 150:15-24 |
| 156:22 - 24 | 602 |
| 157:1 | 602 |
| 157:20 - 158:1 | 602 |
| 159:2 - 6 | 602 (159:2-4 , 159:6) |
| 161:13 - 164:1 | 401-403; 602 |
| 165:19 - 20 | 401-403; 602 |
| 165:23 - 25 | 401-403; 602 |
| 166:15 - 167:15 | 167:16-168:18 |
| 172:14 - 173:10 | |
| 173:12 - 174:23 | |
| 177:16 - 22 | 401-403 |
| 177:23 - 25 | non-responsive |
| 178:7 - 179:17 | 602 |
| 179:17 | 602  179:18-25 |
| 180:4 - 185:25 | 602  re:  182:3-185:25, 187:25-190:11 |
| 186:1-2 | |
| 186:3 - 190:11 | |
| WITHDRAW 180:4-185:17 , 186:7-187:1 , 187:10-190:11 | |
| 191:6 - 18 | 602 re: 191:13-15 |
| 193:23 - 194:17 | 602 |
| 194:22 - 195:6 | |

23