# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 16, 2007

The Honorable Gregory M. Sleet    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:   *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*
      C.A. No. 04-876 (GMS)

Dear Chief Judge Sleet:

Pursuant to D. Del. LR 7.1.4, defendant Cisco Systems, Inc. requests oral argument on its Motion for Judgment as a Matter of Law (D.I. 375). We are, of course, also prepared to address any of the other post-trial motions on which the Court would like argument.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   Clerk of Court (Via Hand Delivery)
      Steven J. Balick, Esquire (Via Electronic Mail and Hand Delivery)
      Donald R. Dunner, Esquire (Via Electronic Mail)
      Edward R. Reines, Esquire (Via Electronic Mail)