# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 21, 2007

The Honorable Gregory M. Sleet    VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re:   *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*,
            C.A. No. 04-876-GMS

Dear Judge Sleet:

      Defendant Cisco Systems, Inc. has requested oral argument on its Motion for Judgment as a Matter of Law, one of six pending post-trial motions in the above action. Although Telcordia of course would be pleased to present argument on any or all of the pending motions if Your Honor would find oral presentations helpful, Telcordia believes that all six motions have been very thoroughly briefed, does not see the need to ask for more of the Court's valuable time to hear argument, and is content for the motions to be decided on the papers.

                                Respectfully,

                                */s/ John G. Day*

                                John G. Day

JGD/nml
183394.1

c:     Donald R. Dunner, Esquire (via electronic mail)
       Jack B. Blumenfeld, Esquire (by hand, and via electronic mail)
       Edward R. Reines, Esquire (via electronic mail)