IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | **REDACTED** |
| | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-876-GMS |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ELISA DAVIS

                                   ASHBY & GEDDES
                                   Steven J. Balick (I.D. #2114)
                                   John G. Day (I.D. #2403)
                                   Tiffany Geyer Lydon (I.D. #3950)
                                   Lauren E. Maguire (I.D. #4261)
                                   500 Delaware Avenue, 8th Floor
                                   P.O. Box 1150
                                   Wilmington, Delaware 19899
                                   (302) 654-1888
                                   sbalick@ashby-geddes.com
                                   jday@ashby-geddes.com
                                   tlydon@ashby-geddes.com
                                   lmaguire@ashby-geddes.com

*Of Counsel:*                         *Attorneys for Plaintiff Telcordia Technologies, Inc.*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON,
FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: August 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-876-GMS |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

**DECLARATION OF ELISA DAVIS**

**REDACTED**

**REDACTED**

**REDACTED**

_____
Elisa Davis