# United States Court of Appeals for the Federal Circuit

2009-1175, -1184

TELCORDIA TECHNOLOGIES, INC.,

Plaintiff-Appellant,

v.

CISCO SYSTEMS, INC.,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the  United States District Court for the District of Delaware

in CASE NO(S).  04-CV-876

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

### AFFIRMED-IN-PART, VACATED-IN-PART, and REMANDED.

ENTERED BY ORDER OF THE COURT

DATED  JUL - 6 2010

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 10/13/10

**ISSUED AS A MANDATE:**  OCT 1 3 2010